# UNITED STATES DISTRICT COURT
## For The District of Columt

CASE NUMBER  1:06CV01372

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 08/  /2006

phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation

　　　　　　　　Plaintiffs

　　　　　　　　V.

UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA

　　　　　　　　Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case

Judg

Suite in Equity Article III §-2 United States Constitution

Declaratory Injunctive Relief

Declaratory Compensation and Damages

## Complaint for Ex parte Declaratory Injunctive Relief
## And Compensation and Damages
## To Enjoin Enforcement of Administrative Codes

Comes Now the Plaintiff-Affiants, members of the Indigenous North American Peoples and lineal descendent members of the Pembina Nation Little Shell Band of North America, members of the Moorish American Nation, in their private natural capacity bring this action on their own behalf and on the behalf of the Indigenous North American Peoples and all other members of the private citizenry, states as follows:

### Jurisdiction

1. Jurisdiction of this Court is conferred by Article III §-2 of the Organic Constitution for the United States of America establishing that; "the judicial power shall extend to all cases in Law and Equity, arising under this Constitution, the laws of the United States, and Treaties made, or which shall be made, under their authority; to controversies to which the United States shall be a party and those cases in which a State shall be party; between a State and Citizens of another State; between Citizens of different States, and between a State or the Citizens thereof, and foreign States, Citizens, or Subjects," inter alia.

2. Title 28 United States Code §-1491, §-1331 and §-1332 in support upholding Article III §-2 of the Constitution for the United States also confers jurisdiction upon this Court for any claim against the United States founded either upon the Constitution, or any Act of Congress or any Laws or Treaties of the United States, or upon any express or implied Contract with the United States, inter alia.

3. Title 28 §-1367(a) confers Supplemental jurisdiction over any state-law claims because the state-law claims are so related to the Federal United States claims that they form part of the same case or controversy under Article III §-2 of the United States Constitution involving joinder intervention of other parties.

4. Jurisdiction is also conferred by Title 28 USC §-1343 for damages for injured private person, private property and deprivation of rights.

5. Title 28 United States Code §-1346 confers upon this Court original jurisdiction, concurrent with the United States Court of Federal Claims.

6. Title 28 United States Code §-2201 and §-2202 Jurisdiction is further invoked, this being a suit for declaratory judgment, declaring the unconstitutionality of the Defendants' actions under color of law against plaintiffs, being members of the Private Citizenry of the United States of North

7. America.

### Venue

8. Venue is proper in this District Court pursuant to 28 United States Code §-1391, General Venue. A substantial part of the private property is situated in this district and a substantial part of the events or omissions giving rise to the claim occur in this district, and a substantial part of the property that is the subject of this action is situated in this district.

9. Plaintiffs are natural private men and woman publishing, attesting, bearing witness, making this solemn declaration and verification of Accepting the Organic Constitutions for the United States

of America for Delaware, New Jersey, Kansas and Accepting the Oath of Office and Fiduciary Duty of each Defendant and their agents as Public Servants cited herein this complaint.

10. The Venue of the Plaintiffs-Injured Private Parties and the Venue of the Private Plaintiffs causes of this action with respect to the subject of Real Private Property and the Private Existence of the Plaintiffs situated and located within the boundary of the Republic of North America, the Delaware, New Jersey, Kansas and North Carolina Republics. Whereas the Constitution guarantees a Republic form of Government within each state within the United States. See Article 4 §-4 United States Constitution.

11. Plaintiffs file this action in the Venue-Jurisdiction of United States Constitution Article 3, law in equity.

## Parties

12. The Parties are Diversity of Citizenship including injured third party.

   A. Plaintiffs are Indigenous Private Natural Citizens within the North American Republic.

   a. The Plaintiffs, phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach are appearing here as members of the Private Sector within the Delaware, New Jersey and Kansas Private Citizenry within the Republic of North America and not officers of any government or officers of any private corporation privileged to exist by any government, but are members of the treaty tribes of the Sovereign Pembina of North America Little Shell Band of Indigenous Peoples and the Moorish American Nation of North America Indigenous people and heirs of the Delawares Treaty and members of the private citizenry of the many nations existing here upon this land in North America and not resident in the Corporate United States of America or any of its political subdivisions.

   b. The Pembina Nation Little Shell Band of North America is a nationally recognized

North American Sovereign Treaty Nation that exercises sovereign government jurisdiction and power of the territory within the exterior boundaries of the Corporate United States and its Political Sub-divisions in territories in North and South Dakota, Montana and Canada.

c.  The Moorish American Nation of North America is a nationally recognized Treaty Native American Nation that exercises sovereign government jurisdiction and power of the territory within the exterior boundaries of the Corporate United States and its Political Sub-divisions.

d.  Plaintiffs, phillip allen dye and phillippo ali dey are appointed law Counsel for the Pembina Nation of North America to provide law counsel for Pembina Nation citizen members and for the private citizenry throughout North America Republic, appointed by each of the Plaintiffs as the Private Law Counsel and advisor for and on behalf of Plaintiff phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach, having been given full Power of Attorney to function as Private Law Counsel for each Plaintiff and the Plaintiffs at large.

e.  Plaintiffs, phillip allen dye and phillippo ali dey are self-appointed to the Office of Private National Attorney General and Law Counsel in accordance with the Qui Tam *p*rovisions allowing private citizens to act as "Private Attorneys General" under the False Claim Act pursuant to the Positive Law Codified at Title 18 of the United States Code Annotated §-286, §-287 and the Title 31 §-3729 to §-3733 to bring actions against those who violate the law especially under the Colorable Law to Prosecute against False Claims made under the colorable law made against Private Natural Citizens to defend natural Citizens who are the victims of False Claims. See <u>U.S. v. Florida-Vanderbilt Development Corp.</u>, D.C. Fla., 326 F. Supp. 289, 290.

f. Third Party – The Delawares Sovereign North America Nation is a nationally recognized North American Sovereign Treaty Nation that exercises sovereign government jurisdiction and power of the territory within the exterior boundaries of the Corporate United States and its Political Sub-divisions.

B. Defendants are self-governing corporations existing under the corporate laws of the Public Sector of the United States of America with no governing authority within the Private Sector within the United States of North America. The Private Sector is distinctly different from the Public Sector.

a. This Corporate "United States" is a <u>Legislative Democracy</u> within the Constitutional United States Republic, and is known as the Federal United States. It has exclusive, unlimited rule over its citizenry, the residents of the District of Columbia, the territories and enclaves (Guam, Midway Islands, Wake Island, Puerto Rico, etc.), and anyone who is a citizen by way of the <u>14th Amendment</u> (naturalized citizens).

b. Both United States have the same Congress that rules in both nations. One "<u>United States</u>," the Republic of fifty States, has the "stars and stripes" as its flag, but without any fringe on it. The Federal United States' flag is the stars and stripes with a yellow fringe, seen in all the courts. The abbreviations of the States of the Continental United States are, with or without the zip codes, Ala., Alas., Ariz., Ark., Cal., etc. The abbreviations of the States under the jurisdiction of the Federal United States, the Legislative Democracy, are AL, AK, AZ, AR, CA, etc. (no periods and with zip codes).

c. United States Supreme Court in the case; <u>U. S. v. Cruikshank</u>, 92 U. S. 542, 23 L. Ed. 588, "There is in our Political System, (two governments) a government of the Several (50) States and a government of the United States. Each is distinct from the other and has citizens of its own." To be a citizen under one government constitutes a nonresident

alien to the other government. Also see US Supreme Court Decision in the Hooven v. Evatt. 394 U. S. 671.

d. United States of America, the State of Delaware, the State of New Jersey, the State of Kansas and the State of North Carolina are Corporate Governances comprised of a Legislative, an Executive and Judicial Branch functioning as De Facto Governments administering their governances over and for the Public Resident and Public Citizenry and Government Resident and Citizenry including the Government Officers, Officials, Employees, and the General Public Politic at large under their jurisdiction and venue.

e. <u>Article I, Section 8, Clause 17</u> of the Constitution provides for a forum of Government to exist within the United States to function exclusive of the Constitution "To exercise exclusive Legislation in all Cases what so ever, over such District (not exceeding ten Mile square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings."

f. Defendants are Artificial Fictional Corporate Persons of the Public Politic Venue having public positions within the public governments, public residents, citizens, public servants, public agents and the general public sector at large consisting of artificial corporate persons.

### Constitutions, Positive Law and Statutes at Issue

13. The United States has established laws to protect the Plaintiff-Private Citizens, Private Property and all Private Citizens within the United States of America. The following are the Laws at issue.

A. Laws the Defendants are in Violation of, diminished, abrogate and denied to private citizens.

    a. The Constitutions and the Bill of Rights for the United States of America Republic and for the Delaware, New Jersey, Kansas and North Carolina Republics.

    b. Treaties made between the United States of America and the following Sovereign Nations of North America Indigenous People are, Attached herein as Exhibit A

        i. The 1778 Delawares Treaty of Perpetual Peace and Friendship.

        ii. The 1787 Moorish Treaty of Perpetual Peace and Friendship.

        iii. The 1863 Pembina Nation Treaty of Perpetual of Peace and Friendship.

B. The Statutes and Positive Codes the Defendants are in violation of:

    a. 18 USC §-241, §-242 Conspiracy against and depravation of rights under color of law.

    b. 28 USC 2072 Abridge, enlarge or modify any substantive rights.

    c. 42 USC §-1983 Deprivation of Rights under colorable law.

    d. 42 USC §-1985 Conspiracy to Interfere with Rights under colorable law and statues.

    e. 18 USC §-152 and §-3571 Presenting Fraudulent Claim.

C. The Statutes and Positive Codes providing and securing compensation and damages:

    a. United States Constitution 5th and 14th Amendments Just Compensation Clause.

    b. 18 USC §-1001 Making False Statements shall be fined for damages.

    c. 26 USC §-7433 Damages for certain unauthorized and illegal collection activities.

    d. 28 USC §-1343 for damages for deprivation of rights under color of law.

    e. 28 USC §-2201-§-2202 for declaratory injunctive relief and further relief for damages.

### Purpose of This Action

14. The Plaintiffs, Private Citizens within the United States Republic of North America, commence this action being a suit in equity authorized by Article III §-2 of the United States of America Constitution pursuant to Rule 23(b) of the Federal Rules of Civil Procedure, on their own behalf and on behalf of all members of the private citizenry sector similarly situated, namely members of the private sector in the Little Shell Pembina Nation of North America, the Moorish American

Nation. The Private Citizenry is so numerous that joinders of all its members before this court herein is impractical. There are questions of law, questions in law and equity and questions of fact common to the whole class of private citizens.

15. This action is maintainable under this Court's Rules of Civil Procedure Rule 23(b)(1) and (2) of the Federal Rules of Civil Procedure. The claims of the plaintiffs are typical of the claims of the whole private citizenry and will fairly and adequately protect the interest of this private class.

16. The Rule 12(b) Statement of Claim upon which relief can be granted is found upon the Bill of Rights, First Amendment to the Constitution for the United States of America to redress Defendant wrongs of invading, seizing, taking private property and denying and diminishing inalienable substantive rights.

17. Plaintiffs, appearing in their private capacity, pursuant to this Court's Civil Rules of Procedure Rule 65 for Preliminary and Permanent Relief and is not represented by an attorney simply because attorneys live in the world of fiction and are not competent to represent a natural person or a private citizen as cited in Sim v. Ahrens, 271 S. w 72220 (1925). The [Arkansas Supreme Court] upheld that "they [attorneys] cannot represent any private citizen nor any business as the State cannot license the practice of law" nor impose a tax upon any private enterprise, as per the ruling of the Arkansas Supreme Court in <u>Schware v. Board of Examiners</u>, 353 U.S. 238,239

18. This is an action for just compensation for private property taken, damages for injury resulting from Public Servant actions for and on behalf of each Defendants' enforcement, operation, execution of Defendants, Corporate Administrative Laws, Codes, Policies, Statutes, Regulations, Ordinances and other Arbitrary Practices against the Plaintiffs-Private Citizens; Hereinafter is set forth as violation of the Bill of Rights, specifically the IV Amendment and the Due Process and Equal Protection Clauses of Amendments V and XIV to the Constitution for the United States of America and similar Bill of Rights – Amendment protection of the State Constitutions. And for

violations of Treaties of Peace and Friendship made between the United States of North America and Indigenous Nations of North America Territory and Republic. And the deprivation of a Republic form of Self-Government as guaranteed and secure by Article 4 §-4 of the Organic United States Constitution for America.

## Limitations of the Sought Declaratory and Injunctive Relief

19. Plaintiffs are members of the Citizenry of Private Natural Indigenous American National People, Lineal Descendents of Pembina Nation Little Shell Band of North America and Indigenous Freehold by Inheritance Moorish Nation of North America and Heirs of Promise to the Delawares Sovereign North American Nation of Indigenous People, endowed with certain unalienable rights, among these are life, liberty, the pursuit of happiness, private property rights, liberties, freedoms, exclusions and immunities from Government invasion of said freedoms and unalienable substantive rights, under Constitutional Treaty protection and security from said invasion from defendants and their agents.

20. The relief sought by the Plaintiffs is of interest common to the Private Natural Indigenous Citizenry at large while having no interest to the General Public Citizenry at large and is limited to Private Natural Citizens secured and protected by Treaty Terms of Perpetual Peace and Perpetual Friendship with the United States of America and is not applicable to Public Resident Citizens or Government Resident Citizens, the General Public and Corporate Government Politic at large within Corporate Government.

## Defendants' Governance Limited

21. The Defendants pursuant to their Charters, are authorized and empowered to make and enforce Laws, Codes, Policies, Rules, Procedures, Statutes, Regulations, and Ordinances for the Governance of their respective legislative, executive and judiciary-judicial politic jurisdictions and the administration and regulation of said governance over their corporate residents, citizens

and general public at large therein.

22. The Defendants Corporate Governance Legislative, Executive and Judicial authority and enforcement is powers are strictly limited by Treaty and Constitution Contract Terms, to Public Residents and Public Citizens and the General Public Government at large having no authority or jurisdiction or enforcement powers over the Plaintiffs-Private Citizens and their Private Property or the Private Citizenry at large.

**Plaintiffs are Without Protection Against Defendants Insurgent, Invasive Actions**

23. Defendants acting on grounds generally administering and enforcing their corporate laws and policies routinely on the plaintiffs-private citizens. The Plaintiffs, Private Natural Citizens and those of the Private Citizenry are adversely affected, suffering profound and irreparable injury by reason of the enforcement of Corporate Internal Administrative Laws, Codes, Policies, Statutes, Regulations, and Ordinances of the Defendants' Governance and practices herein complained of, that said enforcement is facially unconstitutional and are volatile of the Bill of Rights secured and protected by the Fourth Amendment and the Due Process and Equal Protection Clauses of the Fifth and Fourteenth Amendments to the Constitution for the United States of America and corresponding protective Bill of Rights Amendments to the Delaware, New Jersey, Kansas Constitutions and the Constitutions of the several Republic States within America.

24. Defendants, Corporate Internal Administrative Governance enforcement practices are profoundly impairing, diminishing, and inhabiting the Plaintiff's as well as the private citizenry throughout America of their sovereign unalienable substantive right to self-government, the ability to exercise freedom of choice and private unlimited and unrestrained self-determination under freedom, life, liberty, and pursuit of happiness, substantive rights secured at Article VI and Article IV §-4, the Bill of Rights including but not limited to Amendments IV, V and XIV of the United States Constitution and similar protections secured within the Delaware, New Jersey,

Kansas and North Carolina Constitutions and the Constitutions for the several Republic State within the United States of North America.

25. Defendant's Corporate Governances, legislation, judiciary and executive branches provide that nothing contained in their Laws, Codes, Policies, Statutes, Regulations, and Ordinances or otherwise shall be construed to have power or authority legislatively, judicially, executively or other wise to abrogate, impair, diminish, deny, invade or seize or interfere with plaintiffs private inalienable substantive right, private property or the Plaintiff's private citizenry.

26. Plaintiffs are being forced to abandon their private citizenry to apply for artificial persons identification, driver's privileges or some other statutory requirement. Plaintiffs who do not conform and stand for their private unalienable substantive rights are charged with artificial statutory crimes, forced into administrative courts and convicted and detained in jail at both state and federal courts invoking rights that are to protect them from such invasive actions.

27. Plaintiffs phillip allen dye, joseph frances peet, vickie lynn beach all have experience this process for declaring our private status secured by Constitution. Plaintiff galen renee beach is currently in federal prison for maintaining his private citizenry protected by Constitution and Treaty law.

28. Defendants enforcement includes employing undue influence, intimidation, force, threats of imprisonment, actions similar to extortion and racketeering, terrorism to effect compliance to corporate statues. Such actions are criminal pursuant to United States Code Extortion and Threats §-872, Extortion by officers of the United States or any political subdivision thereof. These criminal actions under the pretense of office and employment under the color of right and under colorable law against the Plaintiffs are without restrain. Their abuse of office and disregard for their oath of office and extortion of property and injury to the plaintiffs is unparallel.

29. The Defendants and their agents acting under the color of law and under the color of right in their capacities as officials and employees of state, local and federal governments hold themselves

above the Supreme law of the land, the Constitution and Treaties made under the Constitution, thereby making appropriate instant Ex Parte Extraordinary Declaratory Relief and a Declaratory Permanent Injunctive Relief for the plaintiffs, of the private citizenry necessary.

30. Plaintiffs believe that a further manifestation of intent and purpose of the defendants without any reserve will continue their belligerent, aggressive, oppressive hostile, terrorist assaults, and volatile insurgent enforcement of their Administrative Corporate Laws, Codes, Policies, Statutes, Regulations, and Ordinances depriving the plaintiffs of substantive rights secured and protected under the Constitutions for Delaware, New Jersey, Kansas, North Carolina, the United States and for the several State Republics within the North American Republic.

31. Plaintiffs have no plain, adequate or complete remedy to stop these wrongful intrusions in private property and private business and other arbitrary illegal acts against them other than this action of extraordinary remedy, a declaratory judgment and permanent injunctive relief.

32. This Honorable Court, Issuing a Declaratory Order for Ex Parte Injunctive Relief is the only "extraordinary remedy" available for the Plaintiffs.

## Equity Law Demands Ex Parte "Extraordinary Remedy" Declaratory and Permanent Injunctive Relief

33. The United States of America ratified the Constitution and the Bill of Rights, Treaties of Peace with Sovereign North American Nations without the United States of America, Passed and Codified Positive Laws in Equity supporting and defending the Constitution and the Treaties and providing and securing the necessary enforcement thereof to ensure perpetual peace and friendship between the democracy public government sector and the republic private citizenry sector, to Protect Plaintiff-Private Citizens, their Private Property, their Private Property Rights and all unalienable substantive rights antecedent thereto and to protect all citizens secured under Treaty terms of Perpetual Peace and Friendship from Government invasion, seizure, regulation,

interference with or taking of said private property and inalienable substantive rights.

34. The several States within the United States each ratified the Constitution for the United of America and the Treaties of Peace and Friendship made with the United States and ratified each their own State Constitutions and Bill of Rights guaranteeing to protect private citizens, private property and all unalienable substantive rights antecedent thereto and to protect all citizens secured under Treaty terms of Perpetual Peace and Friendship from Government invasion, seizure, interference with or taking of private property and private property rights.

35. The United States Constitution at Article III §-2 secures in law and equity remedies for the plaintiffs. Article VI of the United States Constitution bounds this court by oath of office and public servant fiduciary duty to uphold and support North American Treaties of Perpetual Peace and Friendship and Constitutions as the Supreme law throughout the United States of America to protect the plaintiffs-private citizens and their private property from government invasion, seizure or any interference in the plaintiff's private property or their private lives.

36. The Bill of Rights, the First Amendment secures the right to redress grievances against the government for its wrongs against the plaintiffs. The Fourth Amendment guarantees security and protection for the plaintiffs in their private property. Amendments Five and Fourteen secures the plaintiffs the right to due process in law and equity and equal protection under the law in equity to redress their claims against the government and provides for just compensation for the taking of private property, private rights and the diminish and deprivation of unalienable substantive rights.

37. Amendment fourteen prohibits any government and all political subdivisions thereof from making and enforcing any law, statue, regulation or any arbitrary action repugnant to or diminishes any constitutionally secured and protected rights of private citizens throughout the United States of America and any of its political subdivisions thereof, this includes the Plaintiffs, private citizens.

38. Positive law in support of Treaty and Constitutional Supremacy in law Codified at Title 28 United

States Code the Judiciary and Judicial Procedure, Part V, Procedure Chapter III, General provisions, §-1652 Sub-title; State Laws as Rules of Decision; holds that the rules of decision in…the courts of the United States are regarded as decisions except where the Constitution or Treaties otherwise require or provide. Constitutions and Treaties are supreme in law throughout the United States protecting private property.

39. Therefore, no court motion, order, decision, no rules of decisions is sufficient to interfere with the issue of an extraordinary remedy, declarative preliminary and permanent injunctive relief from the Defendant Government invasion, seizure and taking of Plaintiff's private property and depriving them of their inalienable substantive rights.

40. The Constitutions cited above and the terms of the Treaties to effect a Perpetual Peace and Friendship demands that this Most Honorable Court in law and Equity issue and affirm a Declaratory and Permanent Injunctive Relief for the Plaintiffs-Private Citizens and Injured Third Party Private Citizens.

41. Title 28 United States Code Judiciary and Judicial Procedure §-2072 holds that rules of evidence, rules of procedure or any, "Such rules shall not abridge, enlarge or modify any substantive right. All laws in conflict with such rules shall be of no further force or effect after such rules have taken effect." No court rule or procedure is sufficient to interfere with the issue of an extraordinary remedy, declarative preliminary and permanent injunctive relief from the Defendant Government invasion, seizure and taking of Plaintiff's private property and depriving them of their inalienable substantive rights.

42. Title 28 United States Code Judiciary and Judicial Procedure §-1657(a) Priority of Civil Actions holds, Notwithstanding any other provision of law, each court of the United States shall determine the order in which civil actions are heard and determined, except that the court shall expedite the consideration of any action…for temporary or preliminary injunctive relief, or any

other action if good cause therefore is shown. For purposes of this subsection, "good cause" is shown if a right under the Constitution of the United States or a Federal Statute (including rights under section 552 of title 5) would be maintained in a factual context that indicates that a request for expedited consideration has merit.

43. This complaint has established sufficient merit and good cause and necessity for the Ex Parte Declarative Injunctive Relief that rights secured by Constitution maybe maintained.

44. The rules of evidence and rules of procedure of the administrative courts, the laws of the legislature and the executive enforcement of any law repugnant to, conflict with or contrary to the Constitution and Treaties of Peace and Friendship are null and void of no further force or effect on its face, and thus bounds this Honorable Court to instantly by ex parte issue a Declaratory and Permanent Injunctive relief enjoining Defendants enforcement of their corporate administrative laws upon the Plaintiffs, private natural persons of the private citizenry sector.

45. As such, any bona fide grievance of redress from government interference in the private sector according to law cited herein above is sufficient to secure immediate ex parte permanent declaratory relief from such actions.

46. The United States Government and the Governances of the several States and each their Political Sub-divisions by their ratified Constitutions and their ratified "Bill of Rights" insured and guaranteed peace, safety and security from government applying, administering or enforcing their rules, policies, regulations, codes, ordinances, statues or any arbitrary practice against the Private Property, the Plaintiffs Members of the Private Citizenry.

47. The Plaintiffs are declaring that this Most Honorable Court perform its Fiduciary Duty to uphold the Laws that protect Plaintiffs from Government Corporate Governances with an ex parte declaratory injunctive relief enjoining enforcement of Federal and State Governances and their Political Sub-divisions from Administrative Corporate statues or any arbitrary practices against

the Plaintiffs and their private properties.

**Declaration and Evidence of Claims of Defendants Enforcement of Administrative Code**

48. It is not necessary for the Plaintiffs to follow the administrative court's rules, procedures, or to argue or defend at law or case law decisions. As cited above the Positive Law 18 USC §-2072 and §-1652, any rule, decisions, orders, laws or any arbitrary act repugnant to the Constitution is unlawful. Any act by any government person in any capacity that is contrary to Constitution and/or Treaty demands instant equitable relief in law and instant compensation for property taken and for damages from injury.

49. There is nothing for the Plaintiffs to argue or defend. The Constitution, Treaties and Positive Codified Law have already declared and settled the matter. Simply declaring and evidencing by affidavit fact a violation of any part of the Constitution, Bill of Rights or any Treaty is sufficient to secure declaratory and permanent injunctive relief and just compensation for property taken and for damages from injury.

50. Positive Law Codified, 28 USC §-2201 Creation of Remedy affirms; The declaration of any rights diminished, abrogated, violated, invaded, seized or declaring any arbitrary action against unalienable substantive rights or private property rights secured and protected by the Constitution and by Treaty "shall have the force and effect of a final judgment." Title 28 USC §-2201.

51. Therefore, each declaration herein following already has the force and effect of final judgment.

**First Declaration: United States Defendant Enforce Tax Code**

**Plaintiffs phillip allen dye and rebecca jane dye Declaration of Rights Violated**

52. The Plaintiffs restate and incorporated by reference the allegations otherwise set forth in this complaint.

53. Plaintiffs phillip allen dye and rebecca jane dye – Declaration of Defendant United States' enforcement of Administrative Statutes Title 26 USC, unlawful, unauthorized and unreasonable

tax collection practices resulting in invasion, seizure and taking of private property and substantive inalienable rights. Declaration is evidenced by documentation attached hereto as Exhibit B.

54. Public Servants acting for and on behalf of the United States confirms declaration of enforcement of Title 26 United States Code conspiring against and deprivation of rights under the color of statue are:

   1. Mark W. Everson Commissioner Internal Revenue Service 1111 Constitution Avenue NW Washington, DC 20224.

   2. Christine Kalcevic Technical Services Manager IRS Department of Treasury 31 Hopkins Plaza Baltimore, MD 21201.

   3. Dennis L. Parizek Operations Manager Exam SC Support Department of the Treasury Internal Revenue Service 1973 North Rulon White Blvd. Ogden, UT 84201.

**Second Declaration: State of Delaware Defendants Enforce State Tax Codes Plaintiffs phillip allen dye and rebecca jane dye Declaration of Rights Violated**

55. The Plaintiffs restate and incorporated by reference the allegations otherwise set forth in this complaint.

56. Plaintiffs phillip allen dye and rebecca jane dye – Declaration of Defendant State of Delaware's enforcement of Administrative Statutes Title 30 Delaware Code Annotated, unlawful, unauthorized and unreasonable tax collection practices resulting in invasion, seizure and taking of private property and substantive inalienable rights. Declaration is evidenced by documentation attached hereto as Exhibit C.

57. Public Servants acting for and on behalf of the State of Delaware in conspiracy with in enforcement of Delaware Code and Statutes conspiring against and deprivation of rights under the color of statue are:

1. Patrick T. Carter Director of Revenue State of Delaware Division of Revenue 820 North French Street PO Box 8763 Wilmington, DE 19898-8763.

2. Dennis J. Siebold New Castle County Financial Legal Office of Law 87 Reads Way, New Castle, DE 19720.

### Third Declaration: Defendants United States and State of Delaware
### Conspire In Seizure of Private Property
### Plaintiffs phillip allen dye and rebecca jane dye Declaration of Rights Violated

58. The Plaintiffs restate and incorporated by reference the allegations otherwise set forth in this complaint.

59. Plaintiffs phillip allen dye and rebecca jane dye – Declaration of Defendant United States in concert and conspiracy with the State of Delaware invasion of and seizure of Plaintiff's phillip allen dye and rebecca jane dye's private property via fictitious mortgage loan claims, fraudulent conveyance of private property via judicial orders prohibiting plaintiffs from filing arguments, motions necessary of due process. Judicial orders denying due process in this Defendant action of taking private property via this statutory administrative court procedure of fraudulent foreclosure. Declaration is evidenced by documentation attached herein as Exhibit D.

60. Public Servants acting for and on behalf of the United States in Conspiracy with the State of Delaware enforcement of State of Delaware, Property Foreclosure Statues in continued assaults conspiring against and deprivation of rights and taking private property without compensation under the colorable statues and colorable administrative courts are:

1. Thomas DH Barnett, Esquire and Neil F. Dignon Esquire are Attorneys actively initiating all private property taking under color of statute: Draper & Goldberg, PLLC PO Box 947 Georgetown, DE 19947

2. Foreclosure attempt in Superior Court of Delaware New Castle County Wilmington, DE 19801 case # 02L-04-143 and 02L-04-143-J Richard R. Cooch presiding administrative agent.

3. Judith K. Fitzgerald court administrative agent and Michael B. Joseph Bankruptcy Court Trustee in United States Bankruptcy District of Delaware Wilmington, DE 19899 Case No: 03-12394-JKF.

4. Judith K. Fitzgerald court administrative agent and Michael B. Joseph Bankruptcy Court Trustee in United States Bankruptcy District of Delaware Case Number 03-13727 JKF.

5. Judith K. Fitzgerald court administrative agent and Michael B. Joseph Bankruptcy Court Trustee in United States Bankruptcy District of Delaware Case Number 05-11619 JKF.

6. Sue L. Robinson presiding official Delaware District Court Case Number 04-386 refused to correct the private property taking wrong Number 04-4308.

7. Public Servant Ken A Jordon United States Agent Delaware District Court Wilmington, DE 19899 Case Number 05-684-KAJ has the opportunity to correct the wrong.

8. Michael T. Walsh New Castle Sheriff Louis L. Redding City-County Building 800 North French Street Wilmington, DE 19801

61. A full investigation of the Court Docket Record of transcripts, arguments, filings and defenses from and by the Dyes in each case will profoundly evidence how the Defendants the United States and State of Delaware and their agents were relentless in their actions against the Plaintiffs phillip and rebecca dye having no regard for the Constitution they violated, the court rules of procedure abandoned in their assault against the Plaintiff's private property secured and protected by Amendment Four and Defendants' using the courts procedure to deny Plaintiffs access to due process and equal protection under the law.

## Fourth Declaration: Corporate State of Delaware
## Enforcement of Motor Vehicle Department Annotated Code and Statutes
### Plaintiff phillip allen dye Declaration of Rights Violated

62. The Plaintiff restates and incorporated by reference the allegations otherwise set forth in this complaint.

63. Plaintiff phillip allen dye – Declaration of Defendant State of Delaware enforcement of administrative statutes Delaware Code Annotated, unlawful, unauthorized practices resulting in invasion, seizure and taking of private property and substantive inalienable rights. Declaration is evidenced by documentation attached hereto as Exhibit E.

64. Public Servants acting for and on behalf of the State of Delaware enforcement of Delaware Motor Vehicle Code conspiring against and deprivation of rights under the color of statue are:

    1. Kevin Shotwell New Castle County Police Officer public servant for the State of Delaware.

    2. Romi Dunning New Castle County Police Officer State of Delaware Public Servant.

    3. Alex J. Smalls acting as Judge in the State of Delaware Court of Common Pleas New Castle Courthouse Wilmington, DE 19809.

    4. Robert A. Armstrong Justice of the Peace of Court 11 Middletown, Delaware 19709.

    5. William C. Bradley acting as Judge in the State of Delaware Court of Common Pleas New Castle Courthouse Wilmington, DE 19809.

    6. Jay P. James, John K. Welch, Joseph F. Flickinger, III, Mary M. McDonough, Merrill C. Trader, Charles W. Welch, III, Joseph W. Maybee, Rosemary B. Beauregard, Kenneth S. Clark, Jr. Alfred Fraczkowski each acting as Judge in the State of Delaware Court of Common Pleas New Castle Courthouse Wilmington, DE 19809 and Anne Marie Hayes Deputy Attorney General for the State of Delaware Wilmington, DE.

        a. These State of Delaware Public Servant Court Officers were all timely noticed of Constitution oaths and interfering in this matter without proper personum jurisdiction and subject matter (Contract) jurisdiction would result in their joinder to these case co-conspirators against right and deprivation against rights under color of law attached herein as Exhibit E.

    7. Deborah Mowbray Clerk of Court of Common Pleas Wilmington, DE 19809.

8. Kathryn M. Sheneman a Psychologist for the Corporate State of Delaware Psychiatric Center 1901 N. Dupont Highway New Castle, DE 19720.

9. Michael D. Shahan, Director of Motor Vehicle Division, the Corporate State of Delaware Department P O Box 698 Dover, DE 19903-0698.

10. Raphael Williams Warden Howard Young Correction Multi-Purpose Criminal Facility 1301 East 12th Street Wilmington, DE 19809.

11. Perry Phelps Deputy Warden Howard Young Correction Multi-Purpose Criminal Facility 1301 East 12th Street Wilmington, DE 19809.

12. Mark Emic Chief of Security Howard Young Correction Multi-Purpose Criminal Facility 1301 East 12th Street Wilmington, DE 19809.

## Fifth Declaration: Defendant United States Enforcement of Administrative Court Rules of Procedure
### Plaintiff phillippo ali dey Declaration of Rights Violated

65. The Plaintiff restates and incorporated by reference the allegations otherwise set forth in this complaint.

66. Plaintiff phillippo ali dey – Declaration of Defendant United States enforcement of Federal Rules and Procedures to seize and deprive Plaintiff phillippo ali dey access to due process and equal protection under the law to provide lawful counsel by denying him a special appearance in court to provide Lawful Counsel to Plaintiffs joseph frances peet in the New Jersey District Court and to galen renee and vickie lynn beach in the Kansas District Court.

67. These actions by the United States evidences denying the Plaintiffs joseph frances peet, galen renee beach and vickie lynn beach access to due process, the right to Counsel and equal protection under the law, thus denying Plaintiff phillippo ali dey the right to provide such counsel.

68. The Plaintiffs were wrongfully convicted of non-existing false allegations as a result of being denied Counsel. This Declaration is evidenced by documentation attached herein as Exhibit F.

69. Public Servants acting for and on behalf of the United States and in Conspiracy with the United States in enforcement of Administrative Court Rules and Procedures to deprive phillippo ali dey a Private Attorney General special appearance into an equity claim court case to seek redress for public servants' injurious action against plaintiffs under the color of statue and colorable administrative courts are:

    1. Anne Thompson doing business as Federal District Judge for the United States New Jersey District Court Fisher Federal Building and United States Courthouse Room 4000 402 E. State Street Trenton, NJ 08608.

    2. Monti L. Belot doing business as Magistrate for United States Court For The Kansas District, 403 United States Courthouse 401 North Market Wichita, KA 67202

## Sixth Declaration: Corporate State of New Jersey
### Enforcement of Motor Vehicle Department Annotated Code and Statutes
### Plaintiff joseph frances peet Declaration of Rights Violated

70. The Plaintiff restates and incorporated by reference the allegations otherwise set forth in this complaint.

71. Plaintiff joseph frances peet – Declaration of Defendant State of New Jersey enforcement of administrative New Jersey Statutes unlawful, unauthorized practices resulting in invasion, seizure and taking of private property and substantive inalienable rights. The State of New Jersey attacked Plaintiff Joseph frances peet twice and the second time included a ten (10) jail detainment. Declaration is evidenced by documentation attached hereto as Exhibit G.

72. Public Servants acting for and on behalf of and in conspiracy the Corporate State of New Jersey enforcement of New Jersey Motor Vehicle Code conspiring against the private property and substantive rights of Private Natural Citizen joseph frances peet are:

    1. Brian Jarka dba Patrolman for the Corporate State of New Jersey Dover Municipal Police Department Ocean County 255 Oak Avenue Toms River, NJ 08753.

2. Gregory Edgecomb dba supervisor over Brian Jarka for the Corporate State of New Jersey Dover Municipal Police Department Ocean County 255 Oak Avenue Toms River, NJ 08753.

3. LT Steven C. Gudey ID No: 188 dba Officer for the Corporate State of New Jersey Dover Municipal Police Department Ocean County 255 Oak Avenue Toms River, NJ 08753.

4. Jennifer Juka ID Number 319 dba Police Officer for the Corporate State of New Jersey Dover Municipal Police Department Ocean County 255 Oak Ave Toms River, NJ 08753.

5. Cindy Weyandt: DCA, CMCA dba a court judicial Corporate State of New Jersey Dover Municipal Court Ocean County 255 Oak Avenue Toms River, NJ 08753.

6. James Liguori dba Municipal Court Administrative Judge for Corporate State of New Jersey Dover Municipal Court Ocean County 255 Oak Avenue Toms River, NJ 08753.

7. Domian Murry dba Municipal Court Administrative Judge for Corporate State of New Jersey Dover Municipal Court Ocean County 255 Oak Avenue Toms River, NJ 08753.

8. Anne E. Thompson dba Federal District Judge for the Corporate United States New Jersey District Court Clarkson S. Fisher Federal Building and U. S. Courthouse Room 4000 402 E. State Street Trenton, NJ 08608.

## Seventh Allegation: Defendants United States and State of Kansas Conspire In Seizure of Private Land Property

73. The Plaintiffs restate and incorporated by reference the allegations otherwise set forth in this complaint.

74. Plaintiffs galen renee beach and vickie lynn beach – Declaration of Defendant United States in Conspiracy with the State of Kansas in enforcement of State of Kansas Administrative Property Foreclosure Statutes unlawful, unauthorized and unreasonable seizure of private property practices resulting in invasion, seizure and taking of private property and substantive inalienable rights. This Declaration is evidenced by documentation attached hereto as Exhibit H.

75. Public Servants acting for and on behalf of and in conspiracy with the United States in conspiracy with the State of Kansas in enforcement Kansas State Statues conspiring against and deprivation of private property and substantive rights and taking of Private Property from Private Natural Citizens galen renee beach and vickie lynn beach are under the color of administrative statues are:

1. Sherryl Kraft, Kansas Foreclosures Shapiro and Reid Attorneys At Law Lamar Suite 240 Overland park, KS 66202.

2. Byron Motter, Sheriff, 9th Judicial District of Harvey County State of Kansas.

3. Clerk of District Court Harvey County Kansas 201 East Sixth Street Newton, KS 67114.

4. Washington Mutual Bank, FA PO Box 3029 Milwaukee, Wisconsin 53201-3029.

5. Linda S. Mock and Sarah Rosenblum Attorneys for Washington Mutual Bank, FA Successor in Interest to Fleet Mortgage Corporation c/o PO Box 3029 Milwaukee, Wisconsin 53201.

6. J. Michael Morris Trustee US Bankruptcy Court Kansas District

7. Robert E. Nugent doing business as the Chief Bankruptcy Magistrate United States Bankruptcy Court for the District of Kansas.

### Eighth Declaration: Defendant United States Enforcement of Administrative Court Rules of Procedure

**Plaintiffs galen renee beach and vickie lynn beach Declaration of Rights Violated**

76. The Plaintiffs restate and incorporated by reference the allegations otherwise set forth in this complaint.

77. Plaintiffs galen renee beach and vickie lynn beach – Declaration of Defendant United States enforcement of Administrative Court Rules, Procedure, Decisions unlawful, unauthorized-unreasonable court room practices resulting in invasion, seizure and taking of private property and substantive inalienable rights. Declaration is evidenced by documentation attached hereto as Exhibit I.

78. Public Servants acting for and on behalf of and in conspiracy with the United States in of enforcement of Administrative Court Rules and Procedure of Fraudulent Allegation Indictment conspiring against and deprivation of private property and inalienable substantive rights and deprivation of due process and equal protection under the law from Private Natural Citizens galen

renee beach and vickie lynn beach under the color of administrative statues are:

1. Magistrate Donald W. Bostwick 403 United States Courthouse 401 North Market Wichita, KA 67202-2000.

2. Magistrate Monti L. Belot 403 US Courthouse 401 North Market Wichita, KA 67202.

3. Magistrate J. Thomas Marten 403 United States Courthouse District of Kansas 401 North Market Wichita, KA 67202.

4. Magistrate Karen Humphreys United States District Court Wichita Kansas 403 United States Courthouse 401 North Market Wichita, KA 67202

5. Eric Melgren US Attorney District of Kansas 301 North Main Suite 1200 Wichita, KS 67202.

6. Brent I Anderson Prosecuting Attorney United States District Court in Wichita, Kansas.

7. Roger L. Falk, Public Defender appointed United States District Court Wichita Kansas 301 West Central Wichita, KA 67202-1077

8. Timothy J. Henry Public Defender appointed United States District Court Wichita Kansas Office of Federal Public Defender 850 Epic Center 301 North Main Wichita, KS 67202-2000

9. Magistrate Robert E. Nugent dba: United States Bankruptcy Court for the District of Kansas in Wichita, Kansas.

10. J. Michael Morris United States Bankruptcy Court Trustee for District of Kansas 401 North Market Room 167 Wichita, KA 67202.

## Ninth Declaration: United States Defendant Enforce Tax Code
## Resulting in Injury to Plaintiff-Private Citizens
### Plaintiffs galen renee beach and vickie lynn beach Declaration of Rights Violated

79. The Plaintiffs restate and incorporated by reference the allegations otherwise set forth in this complaint.

80. Plaintiffs galen renee beach and vickie lynn beach – Declaration of Defendant United States enforcement of administrative statutes Title 26 USC, unlawful, unauthorized and unreasonable

tax collection practices resulting in invasion, seizure and taking of private property and substantive inalienable rights. Declaration is evidenced by documentation attached as Exhibit J.

81. Public Servants acting for and on behalf of and in conspiracy with the United States in of enforcement of Title 26 United States Code conspiring against and deprivation of private property and all substantive rights and taking of Private Property from Private Natural Citizens galen renee beach and vickie lynn beach are under the color of administrative statues are:

    1. Dennis L. Parizek Operations Manager Exam SC Support Department of the Treasury IRS 1973 North Rulon White Blvd. Ogden, UT 84201.

    2. Thomas D Mathews Field Director Compliance Department of the Treasury IRS 1973 North Rulon White Blvd. Ogden, UT 84201.

**Tenth Declaration: Defendant State of Kansas Enforce Tax Code**
**Resulting in Injury to Plaintiff-Private Citizens**
**Plaintiffs galen renee beach and vickie lynn beach Declaration of Rights Violated**

82. The Plaintiffs restate and incorporated by reference the allegations otherwise set forth in this complaint.

83. Plaintiffs galen renee beach and vickie lynn beach – Declaration of Defendant State of Kansas unlawful enforcement of Administrative Statutes unlawful, unauthorized and unreasonable income tax collection practices resulting in invasion, seizure and taking of private property and substantive inalienable rights. Declaration is evidenced by documentation attached hereto as Exhibit K.

84. Public Servants acting for and on behalf of and in conspiracy with the United States in of enforcement of the State of Kansas Administrative Tax Revenue Code conspiring against and deprivation of private property and substantive rights and taking of Private Property from Private Natural Citizens galen renee beach and vickie lynn beach are under the color of statues are:

A. Lasherrez Ramirez Revenue Agent Civil Tax Enforcement PO Box 12005 Topeka KS 66612.

## Eleventh Allegation: The State of North Carolina Enforcement of Statutes
## Resulting in Injury to Private Citizen
### Plaintiff Injured Party daniel alden dye Declaration of Rights Violated

85. The Plaintiffs restate and incorporated by reference the allegations otherwise set forth in this complaint.

86. The Injured Third Party daniel alden dye – Declaration of Defendant State of North Carolina enforcement of administrative statutes by unlawful, unauthorized and unreasonable practices resulting in invasion, seizure and taking of private property and substantive inalienable rights is evidenced by documentation attached hereto as Exhibit L.

87. Public Servants and a public citizen acting for and on behalf of and in conspiracy with the State of North Carolina enforcement of North Carolina Administrative Statutes conspiring against and deprivation of private property rights, inalienable substantive rights and taking of Private Property from Private Natural Citizen daniel alden dye under the color of administrative statues are:

   1. Monica D. Dye a citizen and resident of the State of Maryland initiated a conspiracy resulting in an invasion and seizure of private property and conspired against daniel alden dye a private citizen of the North Carolina Republic depriving him of private property and unalienable substantive rights secured and protected against such actions.

   2. Monica D. Dye in concert with the Corporate State of North Carolina acting through Public Servants Tom Church and Wayne L. Michaels invaded the private property of daniel alden dye (the private son of the plaintiffs) demanding that he surrender his private person to the ward-ship of the corporate administrative court and comply with State of North Carolina Regulations and Statutes demanding that he surrender his private property to the court.

   3. The Private Citizen daniel alden dye invoked his 4th Amendment Constitutional protected right to be secure in his private property and his private person. He choosing not to consent to

the arbitrary regulations of the Corporate State of North Carolina was assaulted and confined and forced to pay the corporate liability.

4.  The State of North Carolina acting through Public Servants Tom Church and Wayne L. Michaels acting under the color of corporate law, codes statutes, regulations seized and arrested the private person of daniel alden dye, forcing him to pay fines to satisfy corporate debt liabilities. These actions are similar to Racketeering, Terrorism, Privateering, Extortion, Privateering and constitute a taking of private property and taking of substantive rights.

5.  The actions of North Carolina through Public Servants Tom Church and Wayne L. Michaels in concert with Monica D. Dye constitutes conspiracy against protected rights and depravation of secured rights under color of law.

6.  North Carolina acting through Public Servants Tom Church and Wayne Michaels conspiring conspiracy with Monica D. Dye enforcement of corporate administrative regulations, rules, procedures, statues, laws and codes constitute Constitutional violations of, invasion of, seizure of and abrogating, diminishing, deprivation of Article I §-10, Article VI, and the 1st, 4th, 5th and 14th Amendments.

7.  This single action of the State of North Carolina in conspiracy against rights with Monica D. Dye, the arrest was sufficient enough to cause daniel alden dye to resign from his work.

8.  The court docket record will evidence this invasion of Corporate State of North Carolina and his public servants Tom Church and Wayne L. Michaels is found in the court docket official records at the General Court in Statesville North Carolina case number 05CVD000002.

88. This private man is the private property of the plaintiffs phillip allen and rebecca jane dye by live birth right and authentic biological parenthood. The Corporate State of North Carolina and his agents are without authority or right to invade, seize or interfere with or in the private life and affairs of the Dye's private property for any reason without consent and permission from the

89. owner of the private property, the natural biological parents of daniel alden dye or from daniel himself. This act cost daniel his source of livelihood.

## Conclusion

90. The *landmark Supreme Court case of 1795*, <u>Penhallow v Doan's Administrators</u>, (3 U S. 54; 1 L.Ed 57; 3 Dall. 54), defines governments succinctly: "governments are corporations" inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary - having neither actuality nor substance-is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, a well as any law, agency, aspect, court, etc. thereof, can concern itself with anything other than corporate, artificial persons and the contracts between them.

91. CRUDEN v NEALE, 2 N.C. 338 (1796) 2 S.E.70 is upholding the Supreme decision "In as much as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons."

92. The Supreme Court has ruled governances, the Defendants as Governments can only interact with and do business with artificial corporate persons. Pursuant to Black's Law Dictionary 6th Ed, Artificial persons – Persons created and devised by human laws for the purpose of government, as distinguished from natural persons. An artificial person consist of corporations, public person, citizen, residents, employees, officers, officials, artificial property and the general public at large;

93. Therefore all actions of the Defendants artificial persons declared herein affirm the Defendants are in violation of the law to enforce any of their statues, regulations or otherwise upon the Private-Plaintiffs, Natural Persons and upon their private property or the private citizenry at large.

94. The Supreme Law of the Land at Article III §-2 and Article VI of the Constitution for the United States, The Bill of Rights, Judiciary and Judicial Procedure at Title 28 §-1562 and §-2072,

Federal Rules of Civil Procedure Rule 60 and Title 28 USC §-2201 each distinctly and in unity demand in Law and Equity the execution of an immediate Ex Parte Declaratory Judgment for Permanent Relief from the Defendants Corporate United States, Corporate State of Delaware, Corporate State of New Jersey, the Corporate State of North Carolina and all Corporate Governances and their subdivisions throughout and within the Corporate United States including all corporate local, County Municipal Governances.

95. In support of the Constitution for the United States and the Constitutions of the several States the United States Supreme decision in the <u>Hale vs. Henkle</u> 201 U.S. 43 at 74 case; "The individual my stand upon his Constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. Power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business or to open his doors to investigation...He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the Law of the Land, long antecedent to the organization of the State, and can only be taken from him by due process of the law and in accordance with the Constitution. He owes nothing to the public so long as he does not trespass upon their rights".

96. The Plaintiffs with Respect and Honor simply demand that this Court perform its fiduciary duty to uphold the Constitution and its Bill of Rights and Treaties of Perpetual Peace and Friendship as Supreme in law and grant the Plaintiffs permanent relief with compensation and damages. The Plaintiffs are merely invoking inalienable substantive rights existing by the Law of the Land, long antecedent to the organization of the United States and the several States therein as the Honorable Court published in the above-cited decision.

97. The Declarations of rights interfered with and the preponderance of evidence in fact cited herein this complaint with each Exhibit in support "shall have the force and effect of a final judgment." Declaratory Injunctive and Permanent Injunctive Relief. Title 28 USC §-2201

98. THEREFORE, Plaintiffs standing on inalienable substantive rights that exist by the Law of the Land, long antecedent to the organization of the State reasonably, respectively and honorably demand that this Most Honorable Court:

1. Issue an immediate ex parte Declaratory Judgment Order to compel the Defendants, their successors, their officers, their agents and all private and public persons acting in concert with them to perform his/her duty to Protect and Secure Private-Citizen Plaintiffs and their Private Property and all Unalienable Substantive Rights pursuant to Title 28 United States Code §-361, "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

2. Issue an immediate ex parte Declaratory Order enjoining defendants, their successors, their agents and all persons acting in concert with them from enforcing or threatening to enforce federal and state corporate administrative statues, laws, codes, ordinances, regulations or any arbitrary acts inconsistent, repugnant or contrary to the Constitution and Treaties cited herein on the plaintiffs, members of Treaty Nations in North America and the private citizenry.

3. Issue a declaratory judgment order ordering each defendant to return all private property taken or seized by wrongfully by undue influence, fraudulent conveyance, misrepresenting of facts, non-disclosure of facts or with holding of facts in any agreement or contract administering registrations and applications and recording as follows:

   i. The application and or registration documents for corporate birth certification.

   ii. The application and or registration documents for corporate marriage certification.

   iii. The application and or registration documents for social security number.

   iv. The application and or registration documents for vehicle certificate of title.

   v. The recording and or registration documents for private real land property.

     vi. That each defendant terminates all hidden adhesion contracts associated with the
names that appear like and sound like the name of the private plaintiffs.

## Calculations To Determine Compensation For Property Taken and Damages

99. Whereas the Declaration of a violation of a substantive right "shall have the force and effect of a final judgment." Pursuant to Title 28 USC §-2201, each declaration shall be treated independently per defendant and plaintiff and Defendant and third injured party.

100.    Each Plaintiff and Injured Party seek a Just Compensation of $ 25,000.00 for each violation of private property, private property rights and inalienable substantive rights taken and Damages of $25,000.00 for each violation of law interfering with inalienable substantive secured and protected rights cited herein below as follows;

A. There are ten (10) violations published below.

    1. The 1778 Delawares Treaty of Perpetual Peace and Friendship.

    2. The 1787 Moorish Treaty of Perpetual Peace and Friendship.

    3. The 1863 Pembina Nation Treaty of Perpetual of Peace and Friendship.

    4. 18 USC §-241 Conspiracy against substantive rights.

    5. 18 USC §-242 Depravation of rights under color of law

    6. 28 USC 2072 Abridge, enlarge or modify any substantive rights.

    7. 42 USC §-1983 Deprivation of Rights under colorable law.

    8. 42 USC §-1985 Conspiracy to Interfere with Rights under colorable law and statues.

    9. 18 USC §-1001 Making False Statements shall be fined for damages.

    10. 18 USC §-152 and §-3571 Presenting Fraudulent Claim.

B. The Provisions for Compensation and Damages are published below.

    1. The United States Constitution 5th and 14th Amendments Just Compensation Clause.

    2. 26 USC §-7433 Damages for certain unauthorized collection actions.

    3. 28 USC §-1343 for damages for deprivation of rights under color of law.

    4. 28 USC §-2201 and §-2202 for declaratory relief and further relief.

    5. 18 USC §-152 and §-3571 for presenting fraudulent claim.

101. Compensation and damages for each declaration actions against plaintiffs as follows:

  a. The First Declaration – United States 10 violations of takings at $25,000.00 each.

     i. phillip allen dye - $250,000.00.

     ii. rebecca jane dye - $250,000.00.

  b. The Second Declaration – United States 10 violations at $25,000.00 each.

     i. phillip allen dye - $250,000.00.

     ii. rebecca jane dye - $250,000.00.

  c. The Third Declaration – United States and State of Delaware 10 violations at $25,000.00 each

     i. phillip allen dye - $250,000.00/$250,000.00.

     ii. rebecca jane dye - $250,000.00/$250.000.00.

  d. The Fourth Declaration – State of Delaware 10 violations at $25,000.00 each.

     i. phillip allen dye - $250,000.00.

     ii. phillip allen dye - $750,000.00 for 3 days detainment in prison.

  e. The Fifth Declaration – United States 10 violations at $25,000.00 each.

     i. phillippo ali dey - $250,000.00.

     ii. joseph frances peet - $250,000.00.

     iii. galen renee beach - $250,000.00

     iv. vickie lynn beach - $250,000.00

  f. The Sixth Declaration – State of New Jersey 10 violations at $25,000.00 each.

     i. joseph frances peet - $250,000.00.

     ii. joseph frances peet - $250,000.00 for the second occurrence.

iii. joseph frances peet - $2,500,000.00 for 10 days detainment in prison.

g. The Seventh Declaration – United States and State of Kansas 10 violations at $25,000.00 each

    i. galen renee beach - $250,000.00/$250,000.00.

    ii. vickie lynn beach - $250,000.00/$250,00.00.

h. The Eighth Declaration – United States 10 violations at $25,000.00 each..

    i. galen renee beach - $250,000.00.

    ii. galen renee beach - $5,500,000.00 for over five months detainment in prison.

    iii. vickie lynn beach - $250,000.00.

    iv. vickie lynn beach - $3,250,000.00 for 93 Days detainment in prison.

i. The Ninth Declaration – United States 10 violations at $25,000.00 each.

    i. galen renee beach - $250,000.00.

    ii. vickie lynn beach - $250,000.00.

j. The Tenth Declaration – State of Kansas 10 violations at $25,000.00 each.

    i. galen renee beach - $250,000.00.

    ii. vickie lynn beach - $250,000.00.

k. The Eleventh Declaration – State of North Carolina 10 violations at $25,000.00 each.

    i. daniel alden dye - $250,000.00.

    ii. daniel alden dye - $250,000.00 for over two hours confinement in local jail.

102. The following Table contains the final amount each Defendant is liable for compensation for taking of private property rights and damage resulting from violations of Treaty, Constitution and Positive laws of America to each Plaintiff based on the Declaration of allegation-claims against each Defendant.

## Total of Compensation and Damages for Each Plaintiff

| Plaintiff | Defendant | Compensation | Damages |
|---|---|---|---|
| phillip allen dye | United States of America | $750,000.00 | $750,000.00 |
| phillip allen dye | State of Delaware | $500,000.00 | $500,000.00 |
| rebecca jane dye | United States of America | $750,000.00 | $750,000.00 |
| rebecca jane dye | State of Delaware | $250,000.00 | $250,000.00 |
| phillippo ali dey | United States of America | $250,000.00 | $250,000.00 |
| joseph frances peet | United States of America | $250,000.00 | $250,000.00 |
| joseph frances peet | State of New Jersey | $750,000.00 | $750,000.00 |
| galen renee beach | United States of America | $6,000,000.00 | $6,000,000.00 |
| galen renee beach | State of Kansas | $500,000.00 | $500,000.00 |
| vickie lynn beach | United States of America | $4,250,000.00 | $4,250,000.00 |
| vickie lynn beach | State of Kansas | $500,000.00 | $500,000.00 |
| Daniel alden dye | State of North Carolina | $500,000.00 | $500,000.00 |

103.    The above declaration of just compensation to each Plaintiff from the specific Defendants' actions of taking of private property, private property rights and interference with specific Plaintiff's inalienable and substantive rights; "shall have the force and effect of a final judgment." Title 28 USC §-2201.

104.    The above declaration for damages resulting from the Defendants taking of private property, private property rights and interference with specific Plaintiff's inalienable and substantive rights; said damages "shall have the force and effect of a final judgment." Title 28 USC §-2201.

105.    Therefore, Plaintiffs respectively, reasonably and Honorably demand that this Most honorable Court Grant each plaintiff and the injured third party the just compensation and damages as published above.

106.    And, that this Most Honorable Court Grant the Plaintiffs such other relief as the Court may deem proper.

Date: July 31, 2006

## *Autograph Verification and Authentication of Complaint*

### *Private Notary    Sui Juris – Jura Summi Imperii*

*I phillip allen dye, I rebecca jane Dye, I phillippo ali dey, I joseph frances peet, I galen renee beach, I vickie lynn beach herein attest, affirm and declare, VERIFY and AUTHENTICATE that the above statements and declarations of evidentiary facts are true and correct to best of my knowledge under penalty of perjury In My Private Capacity my Own Right In Propria Persona Sui Jura Summi Imperii I affirm and execute verify and authenticate this complaint document. I therefore place my Autograph and Seal in Witness thereof.*

Date: July 31, 2006

Autograph:   *phelly allen dye*          Autograph:   *joseph frances peet*

Autograph:   *rebecca jane dye*          Autograph:   *galen renee beach*

Autograph:   *phillippo ali dey*         Autograph:   *vickie lynn beach*