# EXHIBIT B – 3 Pages

Documentation of Enforcement of United States of America
Internal Revenue Code Title 26 USC

INTERNAL REVENUE SERVICE

DEPARTMENT OF TREASURY
31 Hopkins Plaza
Baltimore, MD  21201

Phillip A. Dye
403 Union Church Road
Townsend, DE  19734

Person to Contact:
David G. Schoettinger
51-00103
Telephone Number:
(302) 678-2788
Fax Number: 678-2532
Date: May 31, 2005

Dear Mr. Dye:

The IRS has filed Notice of Federal Tax Lien 140497603 against your property. The original Notice of Federal Tax Lien is no longer in effect. We have enclosed a copy of the "Withdrawal of Filed Notice of Federal Tax Lien" for your records. The original has been recorded with the New Castle County Recorder of Deeds where the original Notice of Federal Tax Lien was filed.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Joel A. Goverman
Area Director

By: *Christine Kalcevic* (signature)
Christine Kalcevic
Technical Services Manager

Enclosure:

   Copy of this letter

   Withdrawal of Filed Notice of Federal Tax Lien

WI



Department of the Treasury
Internal Revenue Service
P.O. BOX 219236
KANSAS CITY, MO 64121-9236

7103 9819 9170 2463 6840

Date:
AUG. 12, 2002

Taxpayer Identification Number:
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    V 00

Caller ID:    278004

Contact Telephone Number:
TOLL FREE:  1-800-829-7650

BEST TIME TO CALL: 8:00AM TO 8:00PM
EXPECT ANSWER DELAYS: 4PM TO 6:30PM

PHILLIP A & REBECCA J DYE
403 UNION CHURCH RD
TOWNSEND    DE    19734-9117035

## CALL IMMEDIATELY TO PREVENT PROPERTY LOSS
## FINAL NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING

### WHY WE ARE SENDING YOU THIS LETTER

We've written to you before asking you to contact us about your overdue taxes. You haven't responded or paid the amounts you owe. We encourage you to call us immediately at the telephone number listed above to discuss your options for paying these amounts. If you act promptly, we can resolve this matter without taking and selling your property to collect what you owe.

We are authorized to collect overdue taxes by taking, which is called levying, property or rights to property and selling them if necessary. Property includes bank accounts, wages, real estate commissions, business assets, cars and other income and assets.

### WHAT YOU SHOULD DO

This is your notice, as required under Internal Revenue Code sections 6330 and 6331, that we intend to levy on your property or your rights to property 30 days after the date of this letter unless you take one of these actions:
- Pay the full amount you owe, shown on the back of this letter. When doing so,
  - Please make your check or money order payable to the United States Treasury,
  - Write your social security number and the tax year or employer identification number and the tax period on your payment, and enclose a copy of this letter with your payment.
- Make payment arrangements, such as an installment agreement that allows you to pay off your debt over time
- Appeal the intended levy on your property by requesting a Collection Due Process hearing within 30 days from the date of this letter.

### WHAT TO DO IF YOU DISAGREE

If you've paid already or think we haven't credited a payment to your account, please send us proof of that payment. You may also appeal our intended actions as described above.

Even if you request a hearing, please note that we can still file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice that tells your creditors that the government has a right to your current assets and any assets you acquire after we file the lien.

We've enclosed two publications that explain how we collect past due taxes and your collection appeal rights, as required under Internal Revenue Code sections 6330 and 6331. In addition, we've enclosed a form that you can use to request a Collection Due Process hearing.

We look forward to hearing from you immediately, and hope to assist you in fulfilling your responsibility as a taxpayer.

Enclosures: Copy of letter, Form 12153, Publication 594, Publication 1660, Envelope



*222260692103*

Automated Collection System

If you want a detailed explanation of the statutory additions (penalties and interest), please call the telephone number shown on the front of this letter.

| Account Summary | | PHILLIP A & REBECCA J DYE | | | 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 |
|---|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Statutory Additions | | Total |
| 1040 | 12-31-1996 | $ 6,283.40 | $ 4,762.07 | $ | 11,045.47 |
| | | | Total Amount Due | $ | 11,045.47 |

If you want a detailed explanation of the statutory additions (penalties and interest), please call the telephone number shown on the front of this letter.

| Account Summary | | PHILLIP A DYE | | | 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 |
|---|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Statutory Additions | | Total |
| 1040A | 12-31-1997 | $ 15,953.14 | $ 2,957.49 | $ | 18,910.63 |
| | | | Total Amount Due | $ | 18,910.63 |



**Department of the Treasury**
**Internal Revenue Service**
1973 North Rulon White Blvd.
Ogden, UT 84201

Taxpayer Identification Number:
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
Form:
Tax Period Ended and Tax Deficiency:
1998
$19,071.00
Person to Contact:
Ms. Parks

Date: April 22, 2002

Contact Telephone Number:
1-866-899-9083 Ext. 8475
Employee Identification Number:
0469647700
Refer Reply to:
Mail Stop 4456
Last Date to Respond to this letter:
May 22, 2002

PHILLIP A DYE
403 UNION CHURCH RD
TOWNSEND DE 19734-9117

Dear Mr. Dye:

We have no record of receiving your federal income tax return for the year(s) shown above. We have figured the proposed tax and penalties based on information your employers, banks and other payers reported on Forms W-2, W-2P, 1099, etc. We explain the tax and penalties in the enclosed report.

If you agree with the tax and penalties shown in the report, please sign, date and return one copy of the report along with payment for the total payment due. It is to your advantage to pay the total amount now since we will continue to charge interest until the amount you owe is paid in full. If you can't pay the full amount at this time, please call us to discuss how you can pay what you owe.

If you don't agree with the tax and penalties and want us to reconsider this matter, you should provide the reason you didn't file a return and other related information you want us to consider.

Please respond within 30 days from the date of this letter. If we do not hear from you within this time frame we will issue a Notice of Deficiency. A Notice of Deficiency is a legal notice stating the amount of the proposed tax increase and penalties, and explaining your right to file a petition with the United States Tax Court.

If you decide to file a return at this time, please send it to the above address. To help us identify your case, please include this letter with your return. Be sure to include all supporting records. We have enclosed a copy of this letter for your records and an envelope for your convenience.

Under the Privacy Act of 1974, we must tell you that our legal right to ask for this information is Internal Revenue Code sections 6001, 6011, 6012(a) and their regulations. They say that you must furnish us with records of statements for any tax year that you are liable for, including the taxes your employer withheld.

We ask for this information to carry out the Internal Revenue Tax laws of the United States and you are required to give us this information. We may give the information to the Department of Justice for civil and criminal litigation, other Federal agencies, states, cities and the District of Columbia for use in administering their tax laws.

(continued next page)

Letter 1862 (SC) (Rev. 4-1999)
Cat. No. 61253E

-2-

If you do not provide the information we ask for, or provide fraudulent information, the law provides that you may be charged penalties and in certain cases, you may be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

We have enclosed Publication 1, Your Rights as a Taxpayer, Publication 5, Your Appeal Rights and How to Prepare a Protest If You Don't Agree, and Publication 594, Understanding the Collection Process, for your information.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely,

Operations Manager,
Exam SC Support

Enclosures:
Copy of this letter
Envelope
Examination Report (2)
Publications 1
Publication 5
Publication 594
Notice 609

Letter 1862 (SC) (Rev. 4-1999)
Cat. No. 61258E