# EXHIBIT C – 2 Pages

1. Documentation of Enforcement of Income Tax Delaware Code
2. New Castle County Delaware Property Tax Statutes

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

VS

PHILLIP A DYE
REBECCA J DYE

STATE OF DELAWARE
COUNTY OF NEW CASTLE

Judgment No: 04J-09-004
P-21-214

Certificate of Assessment

TO: Prothonotary of NEW CASTLE County

I, Patrick T. Carter, Director of Revenue of the State of Delaware, do hereby certify that assessment of: PERSONAL INCOME TAX 2001

| | | |
|---|---|---|
| Tax in the amount of | $ | 3,705.00 |
| Penalty in the amount of | $ | 2,611.92 |
| Interest in the amount of | $ | 1,561.81 |
| Totaling | $ | 7,878.73 |

was made against:

PHILLIP A DYE
REBECCA J DYE
403 UNION CHURCH RD
TOWNSEND DE 19734

SSN/FEIN: 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
SSN/FEIN: 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

That Notice thereof was given to the taxpayer by bill/letter dated and mailed 07/26/04; that the same remained unpaid for ten days (10) after the assessment became final; and that the total assessment of $7,878.73 has not been paid to date.

THEREFORE, please enter this Certificate as a Judgment in accordance with Title 30 Delaware Code, Section 554. In accordance with Title 30 Del. Code Sections 533 and 534, interest will continue to accrue at a rate of 1% per month on the unpaid balance and penalty will accrue at 1/2% on tax only.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal at Wilmington, Delaware, this September 1, 2004.



Director of Revenue

cc: D100-AC/FDOR99B/Z20478S/Z0038095

THOMAS P. GORDON  
COUNTY EXECUTIVE



ERIC LEONARD EPISCOPO  
ACTING COUNTY ATTORNEY

OFFICE OF LAW  
Finance Legal Office  
(302) 395-5148

September 25, 2001

Mr. and Mrs. Phillip A. Dye  
403 Union Church Road  
Townsend, Delaware 19734

    RE:    Local School Taxes  
            Parcel No. 14-016.00-192

Dear Mr. and Mrs. Dye:

On behalf of New Castle County, I acknowledge receipt of your September 6, 2001 communication concerning your local school taxes.

While I do not purport to understand the nature of your communication, it does not appear that you have any basis for asserting an exemption under the Delaware Code from the school taxes that were levied against your property for the 2001-2002 tax year. Under Delaware law, those taxes constitute a statutory lien against your property and, unless paid, will incur penalty and will subject your property to potential legal collection action, including the possibility of Sheriff's Sale.

                                  Sincerely yours,

                                  Dennis J. Siebold  
                                Finance Legal Officer

cc:    Eric L. Episcopo, Esquire  
        Mr. Nicholas A. Rich, Jr

DJS/94 dye.ltr

87 READS WAY, NEW CASTLE, DE 19720        PHONE: 302-395-5130    FAX 302-395-5150