# EXHIBIT D – 5 Pages

Documentation of Enforcement State of Delaware Property Foreclosure Statues

IN THE SUPERIOR COURT OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| IndyMac Bank, FSB | C.A. No. 05L-10-099 FSS |
| Plaintiff(s) | **NON ARBITRATION**<br>In Rem<br>Sci. Fa. Sur Mortgage Action<br>Mortgage Record 7072, Page 312 |
| Phillip A. Dye, Rebecca J. Dye and<br>Solowiz Trust International | |
| Defendant(s) | **PLAINTIFFS DEMAND THAT DEFENDANTS ANSWER THE ALLEGATIONS OF THE COMPLAINT BY AFFIDAVIT PURSUANT TO 10 DEL. C. §3901** |

## ALIAS SUMMONS

**THE STATE OF DELAWARE**
**TO THE SHERIFF OF NEW CASTLE COUNTY:**
**YOU ARE COMMANDED:**

To summon the above named defendants so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Thomas D.H. Barnett, Esquire, Draper & Goldberg, P.L.L.C., plaintiff's attorney, whose address is 112 East Market Street, Georgetown, Delaware 19947, and answer to the complaint and, if an affidavit of demand has been filed, an affidavit of defense.

To serve upon defendant, pursuant to 10 Del. C. § 3104(d), a copy hereof, of the complaint and of the affidavit of demand, if any, has been filed by plaintiff.

Dated

Sharon Agnew
Prothonotary

_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve upon plaintiff's attorney named above an answer to the complaint and, if an affidavit of demand has been filed, an affidavit of defense, judgment by default will be rendered against you for the relief demanded in the complaint or in the affidavit of demand, if any.

Dated 12-15-05

Sharon Agnew
Prothonotary

_____
Per Deputy

THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| INDYMAC BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05L-10-099-FSS |
| | ) | |
| PHILLIP A. DYE, REBECCA J. DYE and SOLOWIZ TRUST INTERNATIONAL, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

On June 14 and 21, 2006, Defendants sent to chambers an assortment of papers. They appear to be pleadings that are not recognized by the Rules of Civil Procedure for the Superior Court of the State of Delaware. One pleading is titled "Affidavit of Specific Negative Averment." The next is "Bill of Peace." The papers are accompanied by other documents, such as "Delaware State All-Purpose Acknowledgment and *Sui Juris - Jura Summi Imperii*." The papers are typewritten but their contents are virtually incomprehensible. They are gibberish. The papers filed on June 21, 2006 seem to be interrogatories to the court.

The papers are procedurally out of order. They violate Superior Court Civil Rules 5, 7, 8, 10, 11 and 12. Further, it is not clear that Defendant's served their papers on Plaintiffs, as required by Superior Court Civil Rule 5. The interrogatories are impertinent, at best. The court's commission is a matter of public record.

Consistent with the June 5, 2006 order, Plaintiffs shall not respond to Defendants' June 14 and 21, 2006 submissions. The Prothonotary shall docket the papers, only for record purposes.

Also consistent with the June 5, 2006 order, the only submission the court expects from Defendants in this mortgage foreclosure case and the only submission it is likely to consider, is the answer to the Complaint. During the last hearing, the court carefully and courteously explained to Defendants what is required. The court further notified Defendants that if they did not file a proper answer, Plaintiffs may be entitled to a default judgment, which will lead inevitably to foreclosure.

In the event that Defendants file the pleading that is required in order for them to avoid a default judgment and foreclosure, they must file it with the Prothonotary and serve Plaintiffs, as provided in the court's rules. The court strongly urges Defendants to consult a lawyer, if that is possible.

**IT IS SO ORDERED.**

/s/ S.S.
_____
Judge

cc: Prothonotary (Civil Division)
pc: Neil F. Dignon, Esquire
    Thomas D.H. Barnett, Esquire
    Phillip A. Dye and Rebecca J. Dye

2

# THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| INDYMAC BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 05L-10-099-FSS |
| ) | |
| PHILLIP A. DYE, REBECCA J. ) | |
| DYE and SOLOWIZ TRUST ) | |
| INTERNATIONAL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Consistent with the court's July 13, 2006 Order, Defendants' latest assorted papers SHALL be docketed for record purposes only.

No response shall be filed.

**IT IS SO ORDERED.**

_/s/ FWSS_
Judge    July 19, 2006

cc: Prothonotary (Civil Division)
pc: Neil F. Dignon, Esquire
    Thomas D.H. Barnett, Esquire
    Phillip A. Dye and Rebecca J. Dye

Page 24 of 60

# THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

INDYMAC BANK,

    Plaintiff,

    v.                                                                         C.A. NO. 05L-10-090-FSS

PHILLIP A. DYE, REBECCA J.
DYE and SOLOWIZ TRUST
INTERNATIONAL,

    Defendants.

### ORDER

Consistent with the court's June 30, 2006 Order, Defendants' latest assorted papers SHALL be docketed for record purposes only.

No response shall be filed.

**IT IS SO ORDERED.**

                                                      _____
                                                             Judge

oc: Prothonotary (Civil Division)
pc: Neil F. Dignon, Esquire
     Thomas D.H. Barnett, Esquire
     Phillip A. Dye and Rebecca J. Dye