# EXHIBIT E – 5 Pages

Documentation of Enforcement of State of Delaware

Motor Vehicle Administrative Code

Oath of Office of Judiciary Court of Common Pleas

# EXHIBIT E

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE
STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY

PAGE: 1

COURT NO. 9

## BOND/ORDER TO APPEAR

TO: PHILLIP A DYE, Defendant, you are hereby COMMANDED to appear:

| | |
|---|---|
| DATE/TIME: | at the date and time you are notified by said Court |
| COURT: | New Castle County Court of Common Pleas |
| LOCATION: | New Castle County Co Wilmington DE |
| FLOOR/COURTROOM: | |
| PHONE NUMBER: | (302)255-0943 |
| EVENT: | ARRAIGNMENT |

Failure to appear on the scheduled date and time may result in a charge of Contempt of Court and a Bench Warrant may be issued for your arrest.

| CHARGE | CASE NO | ARREST NO | BAIL AMT | TYPE OF BAIL |
|---|---|---|---|---|
| 21:2701:000A:M: NO VALID LICENS | 0409005671 002 | 106571 | 100.00 | UNSECURED BOND |
| 21:2115:0001:M: UNREGIS MV | 0409005671 003 | 106571 | 100.00 | UNSECURED BOND |
| 21:2115:0002:M: FICT/CNCLD REG | 0409005671 004 | 106571 | 100.00 | UNSECURED BOND |

Defendant and Surety also understand the following: If either party fails to keep the Court advised of defendant's address, as required by Delaware statute, they waive any notice requirements pertaining to this release, to forfeiture of the security amount, to court appearances and/or other matters pertaining to the charge or proceedings of this release. The Court reserves the right, without prior notice to defendant or hearing, to summarily revoke the release based on this bond and to issue a warrant for your arrest, if the Court finds that you have not kept the peace or been of good behavior.

VIOLATIONS OF CONDITIONS:
Failure to comply with the above provisions will subject the defendant to a warrant being issued for your arrest, revocation of your release, forfeiture of any bail bond posted and prosecution for contempt of Court. Defendant shall also be subject to separate criminal offense, which provides a maximum penalty of imprisonment not to exceed 5 years and/or fine of $5,000.

I acknowledge that I have been advised of my rights to an attorney and that if I cannot afford an attorney, I am to contact the Public Defender's Office at NEW CASTLE COUNTY COURTHOUSE 500 N. KING STREET - 2ND FLR. WILMINGTON, DE 19801 Telephone: (302) 255-0130 for an appointment to determine whether or not I qualify.

Failure to make an appointment with the Public Defender or make arrangements with a private lawyer to represent you before your next court appearance may mean you have waived your right to counsel. Such failure may also result in a change in your bail status.

This bond is valid for present and all subsequent proceedings in any court having jurisdiction by transfer, appeal, or remand, until full and final determination of the case(s).

The defendant and surety promise to perform the conditions set forth above, in which case this bond shall null and void, but otherwise this bond shall remain in full force and effect and payment herein promised shall be payable forthwith; and we confess judgement in the above sum and we submit to the jurisdiction of the Court and irrevocably appoint any clerk of any Court of record as our agent upon whom any paper affecting our liability may be served, and our liability may be enforced on motion without necessity of independent action, without further notice; and we release and disclaim any errors in the judgement or entry thereof and waive all exemption laws of the State of Delaware. I hereby acknowledge that I understand the conditions and obligations of this bond and the penalties and forfeiture which may follow for non-compliance.

_____         09/08/2004
Justice of the Peace ROBERT A ARMSTRONG        Date

                          Refused.

| | |
|---|---|
| POLICE/COMPLAINANTS | Defendant: PHILLIP A DYE |
| This is your subpoena for trial | Address: 403 Union Church RD |
| 32 - OFC. SHOTWELL 26060 | TOWNSEND DE 19734 |
| 32 - SHOTWELL 02606 | Phone: (302) 378-8015 |

GIL

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE
STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY

PAGE: 2

COURT NO. 9

BOND/ORDER TO APPEAR

TO: PHILLIP A DYE, Defendant, you are hereby COMMANDED to appear:

| | |
|---|---|
| DATE/TIME: | at the date and time you are notified by said Court |
| COURT: | New Castle County Court of Common Pleas |
| LOCATION: | New Castle County Co Wilmington DE |
| FLOOR/COURTROOM: | |
| PHONE NUMBER: | (302)255-0943 |
| EVENT: | ARRAIGNMENT |

Failure to appear on the scheduled date and time may result in a charge of Contempt of Court and a Bench Warrant may be issued for your arrest.

| CHARGE | CASE NO | ARREST NO | BAIL AMT | TYPE OF BAIL |
|---|---|---|---|---|
| 21:4155:000A:M: FAIL TO SIGNAL | 0409005671 005 | 106571 | 100.00 | UNSECURED BOND |

Defendant and Surety also understand the following: If either party fails to keep the Court advised of defendant's address, as required by Delaware statute, they waive any notice requirements pertaining to this release, to forfeiture of the security amount, to court appearances and/or other matters pertaining to the charge or proceedings of this release. The Court reserves the right, without prior notice to defendant or hearing, to summarily revoke the release based on this bond and to issue a warrant for your arrest, if the Court finds that you have not kept the peace or been of good behavior.

VIOLATIONS OF CONDITIONS:
Failure to comply with the above provisions will subject the defendant to a warrant being issued for your arrest, revocation of your release, forfeiture of any bail bond posted and prosecution for contempt of Court. Defendant shall also be subject to separate criminal offense, which provides a maximum penalty of imprisonment not to exceed 5 years and/or fine of $5,000.

I acknowledge that I have been advised of my rights to an attorney and that if I cannot afford an attorney, I am to contact the Public Defender's Office at NEW CASTLE COUNTY COURTHOUSE 500 N. KING STREET - 2ND FLR. WILMINGTON, DE 19801 Telephone: (302) 255-0130 for an appointment to determine whether or not I qualify.

Failure to make an appointment with the Public Defender or make arrangements with a private lawyer to represent you before your next court appearance may mean you have waived your right to counsel. Such failure may also result in a change in your bail status.

This bond is valid for present and all subsequent proceedings in any court having jurisdiction by transfer, appeal, or remand, until full and final determination of the case(s).

The defendant and surety promise to perform the conditions set forth above, in which case this bond shall null and void, but otherwise this bond shall remain in full force and effect and payment herein promised shall be payable forthwith; and we confess judgement in the above sum and we submit to the jurisdiction of the Court and irrevocably appoint any clerk of any Court of record as our agent upon whom any paper affecting our liability may be served, and our liability may be enforced on motion without necessity of independent action, without further notice; and we release and quitclaim any errors in the judgement or entry thereof and waive all exemption laws of the State of Delaware. I hereby acknowledge that I understand the conditions and obligations of this bond and the penalties and forfeiture which may follow for non-compliance.

_____  09/08/2004
Justice of the Peace ROBERT A ARMSTRONG    Date

*Refused*

Defendant: PHILLIP A DYE
Address: 403 Union Church RD
TOWNSEND DE 19734
Phone: (302) 378-8015

POLICE/COMPLAINANTS
This is your subpoena for trial
32 - OFC. SHOTWELL 26060
32 - SHOTWELL 02606

GIL

      

Delawares 1778 Treaty    Moor 1787 Treaty    American Unity States    Moor Great Seal    Moorish America    America Republic    Pembina Nation Little Shell 1863 Treaty

# Notice of Accepting Constitutions and Oath of Office for Public Servants

Date: April 21, 2006

*Exhibit E*
*2 Pages*

1. All Judges for the Court of Common Pleas for the State of Delaware New Castle County Courthouse 500 North King Street Suite 1600 Wilmington Delaware 19801-3704;
    a. Alex J. Smalls dba Chief Judge Court of Common Pleas
    b. William C. Bradley Judge Court of Common Pleas
    c. Jay P. James Judge Court of Common Pleas
    d. John K. Welch Judge Court of Common Pleas
    e. Joseph F. Flickinger, III Judge Court of Common Pleas
    f. Mary M. McDonough Commissioner Court of Common Pleas
2. All Judges for the Court of Common Pleas for the State of Delaware Kent County 38 The Green Suite 6 Dover, Delaware 19901-3620;
    a. Merrill C. Trader dba Judge Court of Common Pleas
    b. Charles W. Welch III Judge Court of Common Pleas
    c. Joseph W. Maybee Comissioner Court of Common Pleas
3. All Judges for the Court of Common Pleas for the State of Delaware Sussex County PO Box 426 1 The Circle Georgetown, Delaware 19947-0426;
    a. Rosemary B. Beauregard dba Judge Court of Common Pleas
    b. Kenneth S. Clark, Jr. Judge Court of Common Pleas
    c. Joseph W. Maybee Commissioner Court of Common Pleas

*Point of Law*

All contracts commence with an offer and only become binding upon acceptance. See: "Contracts" by Farnsworth, third edition, sect. 3.3, pages 112,113.

The Constitutions of the United States and of the State of Delaware and the Oath of office as PUBLIC SERVANTS, amounts to nothing more than an offer of an intention to act or refrain from acting in a specified way between the respective governments and the Private American People and for other purposes.

Be it known by these presents that **I, phillip allen of the Dye Family** of the Natural Genealogy Heir Lineal Descendant of the Native American Peoples of America Territories do hereby accept the Constitutions of the United States and of the State of Delaware and the Oath of Office of the above named PUBLIC SERVANTS as your open and binding offer of promise to form a firm and binding contract between (1) The respective

Page 29 of 60

governments, their political instrumentalities (2) The above named PUBLIC SERVANTS (3) myself in my Private Native American National Capacity.

I Reasonably Require that, as PUBLIC SERVANTS, you will perform all of your promises duties while staying within the limitations of your constitutions, creating no unfounded presumptions, Quasi Contracts nor Quasi In Rem Actions seeking only the true facts and telling the truth at all times and respecting and protecting our secured rights of personal liberty and private property and all rights antecedent thereto.

The aforegoing Notice of Acceptance of Constitutions and of Oath of Office is made Ab initio explicitly without recourse and now constitutes a "Binding Contract" and any deviation therefrom will be treated as a "Breach of Contract" "Breach of Fiduciary Duty of Performance" thereof and a violation of "Substantive Due Process" and will be liable civil and or criminal for breach of the above..

## VERIFICATION

I, phillip allen of the Dye Family declare under penalty of perjury in accordance with the laws of the United States of America that the aforegoing is true, correct and complete to the best of our knowledge and belief.

Autograph: *phillip allen dye*                THIS INSTRUMENT IS
                                              NON-NEGOTIABLE


"Contracts" by Farnsworth, third edition, sect. 3.3, pages 112, 113

**Offer and Acceptance.** The outward appearance of the agreement process, by which the parties satisfy the requirement of bargain imposed by the doctrine of consideration, varies widely according to the circumstances. It may, for example, involve face-to-face negotiations, an exchange of letters or facsimiles, or merely the perfunctory signing of a printed form supplied by the other party. Whatever the outward appearance, it is common to analyze the process in terms of two distinct steps: first, a manifestation of assent that is called an *offer*, made by one party (the *offeror*) to another (the *offeree*); and second, a manifestation of assent in response that is called an *acceptance*, made by the offeree to the offeror. Although courts apply this analysis on a case-by-case basis, depending on the circumstances, it gives a reassuring appearance of consistency.

What is an "offer"? It can be defined as a manifestation to another of assent to enter into a contract if the other manifests assent in return by some action, often a promise but sometimes a performance. By making an offer, the offeror thus confers upon the offeree the power to create a contact. An offer is nearly always a promise and, in a sense, the action (promise or performance) on which the offeror conditions the promise is the "price" of its becoming enforceable. *Offer*, then, is the name given to a promise that is conditional on some action by the promisee *if* the legal effect of the promisee's taking that action is to make the promise enforceable. Empowerment of the offeree to make the offeror's promise enforceable is thus the essence of an offer. When does a promise empower the promisee to take action that will make the promise enforceable? In other words, when does a manifestation of assent amount to an offer? This is one of the main subjects of this chapter.

What is an "acceptance"? It can be defined as the action (promise or performance) by the offeree that creates a contract (i.e., makes the offeror's promise enforceable). *Acceptance,* then, is the name given to the offeree's action if the legal effect of that action is to make the offeror's promise enforceable. When does action by the promisee make the promise enforceable? In other words, when does the promisee's action amount to an acceptance? This is another of the main subjects of this chapter.

Because of the requirement of mutuality of obligation, both parties are free to withdraw from negotiations until the moment when both are bound. This is the moment when the offeree accepts the offer. It therefore follows, as we shall see later in more detail, that the offeror is free to revoke the offer at any time before acceptance