# EXHIBIT F – 6 Pages

United States Enforcement of Administrative Court Rules and Procedures

Deny The Right To Practice Law

      

Moor Great Seal     Moor 1787 Treaty     American Unity States 1791 Organic Constitution     America Republic Great Seal     Al Moroccan Empire Treaty 1836     Delawares 1778 Treaty     Pembina 1863 Treaty



# :UNITED-STATES-DISTRICT-COURT:
# FOR THE :NEW-JERSEY-DISTRICT:

JOSEPH F. PEET, Debtor and Joseph Peet, Injured )
Secured Party Original Creditor                  )
                                                 )
                        Plaintiffs               )     Case No: 04-6249 (AET)
                                                 )
                           V.                    )
                                                 )
Brian Jarka, Gregory Edgecomb, James Liguori,    )
Robert Greitz, Lionel Simon, Thomas F. Kelaher,  )
Daniel T. Mahony, Thomas Cannavo, Michael J.     )
Baranski, Wendel E. Daniels, Sharon Harrington,  )
 Pam Coury and Jack Wilson                       )
                                                 )
                        Defendants               )

## Amended Publication of This Actual Notice Coming Into Court
## Special Appearance of The Private Counsel In Fact

### Nationality and Identity Publication

The Noble Philippo Alo Wikvaya Ali Dey a Living Soul is publishing for the record this statement of my American Nationality by the Divine Creation Birthright deriving My Powers and Authority from my Inheritance from my Ancient Moabite Ancestors of the Al Moroccan Empire Territory the land of the North Gate North America Continent the Great Seal of the Moor Al Morocs Empire Amexem (America) and Pembina Nation Lineal Descendant by Inheritance being Indigenous of the Pembina Nation Territory Land of my North America Republic Continent Aboriginal Ancestors and Supremely from My Creator God Ishi (Hebrew) Ieous (Greek).

Thus sustaining and maintaining this Noble Sovereignty within the Aboriginal Jurisdiction in the Provisions within the followings Treaties between the United States Sovereign Nation and the following De Jure Indigenous Sovereign North America Nations and the Sui Juris Sovereign Secure Party The Noble Philippo Alo Wikvaya Ali Dey a Living Soul with Birthright Lineal Descendant in my Private Person Capacity of My own Right In Propria Persona Sui Juris, whereas these Treaties that are still binding and in force and having Supremacy in Law within the United States of America pursuant to Article VI of the United States of America Constitution.

1. The 1778 Treaty between The Delawares Native Indian Sovereign Nation and the United States of America Nation
2. The 1785 Moorish-American Treaty of Peace and Friendship and the United States of America Nation

3.   The 1863 Treaty between the Chippewa-Red Lake and Little Shell Bands [Pembina Nation] and the United States

Pursuant to the terms and the conditions of these Treaties The Noble: Phillip-Alo-Wikvaya-Ali: Dey being a Pembina Nation lineal descendant and being a Moorish National Indigenous Freehold by inheritance enjoying the Treaties and the provisions therein preserving securing protecting His Noble Sovereign Existence is PUBLISHING THIS NOTICE.

The Noble Phillip Alo Wikvaya Ali Dey is publishing this notice of the coming into this court [by special appearance] for the Counsel in Fact having the full Power of Attorney to function in a capacity necessary to effect a favorable remedy for the Injured Party Joseph Peet the Noble :Joseph-Tathagata-Ali: Bey.

## Authorities Supporting This Appointment of Private Law Counsel

Article VI of the United States Constitution secures the Superior Claim of Treaties having Original Jurisdiction in Law and Superior Authority in Law providing unlimited support for this notice of providing Lawful Counsel for Joseph Peet the Noble :Joseph-Tathagata-Ali: Bey. The following references provides additional support for securing the claims of this notice.

*Rudolph Schware, Petitioner v. Board of Bar Examiners of the State of New Mexico, 353 US 234, No. 92.* "A State cannot exclude a person from the practice of law or from any other occupation in a manner or for reasons that contravene the Due Process or Equal Protection Clause of the Fourteenth Amendment."

We need not enter into a discussion whether the practice of law is a "right" or "privilege." Regardless of how the State's grant of permission to engage in this occupation is characterized, it is sufficient to any that a person cannot be prevented from practicing except for valid reasons. Certainly the practice of law it not a matter of the State's grace. Ex parte Garland, 4 Wall. 333. 379 18 L, Ed. 300. Also see the following:

Dent v. State of West Virginia, 129 U.S. 114, 9 S.Ct. 281, 82 L.Ed. 623. Cf.

Slochower v. Board of Higher Education, 350 U.S. 551, 76 S. Ct. 687, 100 L.Ed. 692;

Wieman v, Updegraft, 344 U.S. 188, 76 S.Ct. 215, 97 L.Ed. 216.

And see Ex parte Secombe, 19 How. 9, 13, 15 L.Ed. 565.

"The practice of law is, an occupation of Common Right," as per <u>Sims v. Ahrens</u>, 271 S. W 720 (1925) [Arkansas Supreme Court] and upheld that "they [attorneys] cannot represent any private citizen nor any business as the State cannot license the practice of law" nor impose a tax upon it, as per the ruling of the Arkansas Supreme Court in <u>Schware v. Board of Examiners</u>, 353 U.S. 238,239

"Congress, in enacting the Administrative Procedure Act, refused to limit the right to practice before the administrative agencies to lawyers." That is to; A person engages in the practice of by maintaining an office where he is held out to be an attorney, using a letterhead describing himself as an attorney, counseling clients in legal matters, negotiating with opposing counsel about pending litigation and fixing and collecting fees for services rendered by his associate."

Pursuant to the US Supreme decision in the <u>Hale vs. Henkle</u> 201 U.S. 43 at 74 case; "The individual my stand upon his Constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. Power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business or to open his doors to investigation...He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the Law of the Land, long antecedent to the organization of the State, and can only be taken from him by due process of the law and in accordance with the Constitution. He owes nothing to the public so long as he does not trespass upon their rights".

The only statutes found for the 'unauthorized practice of law" deal with such issues as "A lawyer shall not aid a non-lawyer in the unauthorized practice of law" or "practice law in a jurisdiction where to do so would be in violation of the regulations of the profession in that jurisdiction."

The Noble Philippo Alo Wikvaya Ali Dey is self-appointing to the Office of Private National Attorney General and Counsel under the Qui Tam short for *"Qui tam pro domino rege quam pro se ipso"* Provisions allowing private citizens to act as "Private Attorneys General" under the False Claim Act pursuant to the Title 18 of the United States Code Annotated §-286 §-287 and the Title 31 §-3729 to §-3733 to bring actions against those who violate the law especially under the Color of Law to Prosecute against False Claims under the color of law made against Natural Men and Women and to defend natural men and women who are the victims of False Claims. See <u>U.S. v. Florida-Vanderbilt Development Corp.</u>, D.C. Fla., 326 F.Supp. 289, 290.

Counsel request any hearing scheduled concerning this Notice be via Telephonic Hearing.

The Noble Philippo Alo Wikvaya Ali Dey is Saying Publishing "So as it is Written In The Truth So Let It Be Done."
Date: April 26, 2005 – Fax in.

Autograph: *Philippo Alo Wikvaya Ali Dey*
Noble Philippo Alo Wikvaya Ali Dey
Private National Attorney General
In care of: Post Office Box 508, 312 Main Street
Odessa, Delaware Republic [19730-0508]
(302) 378-8015

# Affidavit of Service

The Phillip Alo Wikvaya Ali Dey is publishing that one copy of the Publication of This Actual Notice Coming Into Court Special Appearance of The Private Counsel In Fact is mailed electronically to individuals listed below on the date listed below.

Carl W. Erler
BERRY, SAHRADNIK, KOTZAS, RIORDAN & BENSON
212 Hooper Avenue PO BOX 757
Toms River, NJ 08754-0757

Michael Gilmore
Gilmore & Monhan, P.A.
10 Allen Street PO Box 1540
Toms River, NJ 08754-1540

Janiner L Long Deputy Attorney General
Division of Law
25 Market Street PO Box 116
Trenton, NJ 08625-0116

Date: April 26, 2005

Autograph: *Philippo Alo Wikvaya Ali Dey*
Noble Philippo Alo Wikvaya Ali Dey
Private National Attorney General
In care of: Post Office Box 508, 312 Main Street
Odessa, Delaware Republic [19730-0508]
(302) 378-8015


Moor Great Seal


Moor 1787 Treaty


American Unity States
1791 Organic Constitution


America Republic
Great Seal


Al Moroccan Empire
Treaty 1836


Delawares 1778
Treaty


Pembina 1863
Treaty



# TO THE UNITED STATES DISTRICT COURT
## For THE DISTRICT OF KANSAS
### (Wichita Docket)

UNITED STATES OF AMERICA      )
                           )
        Plaintiff            )
                           )
        V.                )  Case No: 05-10056-01-02 MLB
                           )
**GALEN RENEE BEACH and VICKIE LYNN**  )
**BEACH**                               )
                           )
        Defendant      )

## Publication of This Actual Notice Coming Into Court
## In Special Appearance For The Private Counsel In Fact

### Nationality and Identity Publication

The Noble Philippo Alo Wikvaya Ali Dey a Living Soul is publishing for the record this statement of my American Nationality by the Divine Creation Birthright deriving My Powers and Authority from my Inheritance from my Ancient Moabite Ancestors of the Al Moroccan Empire Territory the land of the North Gate North America Continent the Great Seal of the Moor Al Morocs Empire Amexem (America) and Pembina Nation Lineal Descendant by Inheritance being Indigenous of the Pembina Nation Territory Land of my North America Republic Continent Aboriginal Ancestors and Supremely from My Creator God Ishi (Hebrew) Iesous (Greek).

Thus sustaining and maintaining this Noble Sovereignty within the Aboriginal Jurisdiction in the Provisions within the followings Treaties between the United States Sovereign Nation and the following De Jure Indigenous Sovereign North America Nations and the Sui Juris Sovereign Secure Party The Noble Philippo Alo Wikvaya Ali Dey a Living Soul with Birthright Lineal Descendant in my Private Person Capacity of My own Right In Propria Persona Sui Juris, whereas these Treaties that are still binding and in force and having Supremacy in Law within the United States of America pursuant to Article VI of the United States of America Constitution.

1. The 1778 Treaty between The Delawares Native America Sovereign Nation and the United States of America Nation
2. The 1785 Moor America Treaty of Peace and Friendship and the United States of America Nation
3. The 1863 Treaty between the Chippewa-Red Lake and Little Shell Bands Pembina Nation and the United States

Pursuant to the terms and the conditions of these Treaties The Noble Philippo Alo Wikvaya Ali Dey being a Pembina Nation lineal descendant and being a Moorish National Indigenous Living Soul Freehold by birthright inheritance enjoying the Treaties and the provisions therein preserving securing protecting His Noble Sovereign Existence is PUBLISHING THIS NOTICE COMING INTO THIS COURT AS COUNSEL IN FACT for the alleged Accused Man and Woman.

The Noble Philippo Alo Wikvaya Ali Dey is publishing this notice of the coming into this court by special appearance for the Counsel in Fact having the full Power of Attorney functioning in the capacity of the "Private Attorney General" to effect a favorable remedy for Galen Renee Beach hereafter the Noble Galen Wasatch Ali-Bey and Vickie Lynn Beach hereafter and also known as Vickie Agbenyaga Ali-Bey.

## Authorities Supporting This Appointment of Private Law Counsel

Article VI of the United States Constitution secures the Superior Claim of Treaties having Original Jurisdiction in Law and Superior Authority in Law providing unlimited support for this notice of providing Lawful Counsel for Galen Renee Beach the Noble Galen Wasatch Ali-Bey and Vickie Lynn Beach also known as Vickie Agbenyaga Ali-Bey. The following references provide additional support for securing the claims of this notice.

Rudolph Schware, Petitioner v. Board of Bar Examiners of the State of New Mexico, 353 US 234, No. 92, "A State cannot exclude a person from the practice of law or from any other occupation in a manner or for reasons that contravene the Due Process or Equal Protection Clause of the Fourteenth Amendment."

We need not enter into a discussion whether the practice of law is a "right" or "privilege." Regardless of how the State's grant of permission to engage in this occupation is characterized, it is sufficient to any that a person cannot be prevented from practicing except for valid reasons. Certainly the practice of law it not a matter of the State's grace. Ex parte Garland, 4 Wall. 333. 379 18 L, Ed. 300. Also see the following:

Dent v. State of West Virginia, 129 U.S. 114, 9 S.Ct. 281, 82 L.Ed. 623. Cf.

Slochower v. Board of Higher Education, 350 U.S. 551, 76 S. Ct. 687, 100 L.Ed. 692;

Wieman v, Updegraft, 344 U.S. 188, 76 S.Ct. 215, 97 L.Ed. 216.

And see Ex parte Secombe, 19 How. 9, 13, 15 L.Ed. 565.

"The practice of law is, an occupation of Common Right," as per Sims v. Ahrens, 271 S. W 720 (1925) [Arkansas Supreme Court] and upheld that "they [attorneys] cannot represent any private citizen nor any business as the State cannot license the practice of law" nor impose a tax upon it, as per the ruling of the Arkansas Supreme Court in Schware v. Board of Examiners, 353 U.S. 238,239

"Congress, in enacting the Administrative Procedure Act, refused to limit the right to practice before the administrative agencies to lawyers." That is to; A person engages in the practice of by maintaining an office where he is held out to be an attorney, using a letterhead describing himself as an attorney, counseling clients in legal matters, negotiating with opposing counsel about pending litigation and fixing and collecting fees for services rendered by his associate."

Pursuant to the US Supreme decision in the Hale vs. Henkle 201 U.S. 43 at 74 case; "The individual my stand upon his Constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. Power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business or to open his doors to investigation...He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the Law of the Land, long antecedent to the organization of the State, and can only be taken from him by due process of the law and in accordance with the Constitution. He owes nothing to the public so long as he does not trespass upon their rights".

The only statutes found for the 'unauthorized practice of law" deal with such issues as "A lawyer shall not aid a non-lawyer in the unauthorized practice of law" or "practice law in a jurisdiction where to do so would be in violation of the regulations of the profession in that jurisdiction."

The Noble Philippo Alo Wikvaya Ali Dey is self-appointing to the Office of Private National Attorney General and Counsel under the Qui Tam short for *"Qui tam pro domino rege quam pro se ipso"* Provisions allowing private citizens to act as "Private Attorneys General" under the False Claim Act pursuant to the Title 18 of the United States Code Annotated §-286 §-287 and the Title 31 §-3729 to §-3733 to bring actions against those who violate the law especially under the Color of Law to Prosecute against False Claims under the color of law made against Natural Men and Women and to defend natural men and women who are the victims of False Claims. See U.S. v. Florida-Vanderbilt Development Corp., D.C. Fla., 326 F.Supp. 289, 290.

GALEN RENEE BEACH and VICKIE LYNN BEACH two Private Living Souls There has provided Sufficient Cause to Show the Existence of False Claims made against them.

Counsel request any hearing scheduled concerning this Notice be via Telephonic Hearing.

The Noble Philippo Alo Wikvaya Ali Dey is Saying Publishing "So as it is Written In The Truth So Let It Be Done."

Date: April 27, 2005

# Affidavit of Service

Philippo Alo Wikvaya Ali Dey is publishing that one original of this Notice of this Publication of This Actual Notice Coming Into Court In Special Appearance For The Private Counsel In Fact is filed with the Clerk of this Court one copy for the Judge for the Evidence file, Service by United States Post Office Priority Mail with Return Receipt 7002 0860 0001 2709 2118 and Service by United States Post Office First Class Mail to the US Attorney for the District of Kansas on the date below.

Clerk for the US District Court
204 U.S. Courthouse
401 N. Market
Wichita, Kansas 67202
316-269-6491

ERIC F. MELGREN, Bar No. 12430
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
301 N. Main Suite 1200
Wichita, KS 67202

Date: April 25, 2005

*Philippo Alo Wikvaya Ali Dey*

The Noble Philippo Alo Wikvaya Ali Dey
Private National Attorney General
In care of: Post Office Box 508 312 Main Street
Odessa, Delaware Republic [19730-0508]
(302) 378-8015