# EXHIBIT G – 4 Pages

Documentation of Enforcement of State of New Jersey
Motor Vehicle Code

DOVER TWP MUNICIPAL COURT
255 OAK AVENUE

TOMS RIVER      NJ 08753-

TELEPHONE: 732-797-3914
9:00 AM - 4:00 PM

NOTICE OF WARRANT FOR ARREST ISSUED

WARRANT DATE: 06/21/2006
POLICE DEPT:   SOUTH TOMS RIVER POLICE DEPT
               144 MILL STREET
               ATTN WARRANTS
               SO TOMS RIVER    NJ 08757

NOTICE DATE: 06/22/2006
TELEPHONE: X

PLEASE BE ADVISED THAT A WARRANT FOR YOUR ARREST FOR CONTEMPT OF COURT AS A RESULT OF AN
UNANSWERED TRAFFIC SUMMONS HAS BEEN ISSUED. IT HAS BEEN FORWARDED FOR ACTION TO THE
POLICE DEPARTMENT SHOWN ABOVE.

TO AVOID THE EMBARRASSMENT AND INCONVENIENCE OF YOUR PENDING ARREST IT IS SUGGESTED THAT YOU
REPORT TO THE POLICE DEPARTMENT FOR THE PURPOSE OF POSTING BAIL. YOU WILL THEN BE NOTIFIED
OF THE DATE YOU WILL BE REQUIRED TO APPEAR IN COURT.

STATE VS    JOSEPH    F PEET
SUMMONS # D 0995525  DATE - 11/01/2003  TIME  11:50 AM
VIOLATION 39:8-1        FAILURE TO HAVE INSPECTION
BAIL AMOUNT     $411.56

DL NUMBER P5176 41065 01574
PLATE NO NA

COURT ADMINISTRATOR
BLANCHE REED

JOSEPH    F PEET
58 2ND AVE
SO TOMS RIVER   NJ 08757

DOVER TWP MUNICIPAL COURT
265 OAK AVENUE

TOMS RIVER      NJ 08753

TELEPHONE: 732-797-3914
9:00 AM - 4:00 PM

NOTICE OF WARRANT FOR ARREST ISSUED
WARRANT DATE - 06/16/2006

POLICE DEPT - SOUTH TOMS RIVER POLICE DEPT
144 MILL STREET
ATTN WARRANTS
SO TOMS RIVER    NJ 08757-

NOTICE DATE - 06/16/2006
TELEPHONE -

PLEASE BE ADVISED THAT A WARRANT FOR YOUR ARREST FOR CONTEMPT OF COURT AS A RESULT OF AN
UNANSWERED TRAFFIC SUMMONS HAS BEEN ISSUED. IT HAS BEEN FORWARDED FOR ACTION TO THE
POLICE DEPARTMENT SHOWN ABOVE.

TO AVOID THE EMBARRASSMENT AND INCONVENIENCE OF YOUR PENDING ARREST IT IS SUGGESTED THAT YOU
REPORT TO THE POLICE DEPARTMENT FOR THE PURPOSE OF POSTING BAIL. YOU WILL THEN BE NOTIFIED
OF THE DATE YOU WILL BE REQUIRED TO APPEAR IN COURT.

STATE VS   JOSEPH     F FEE)
SUMMONS # TT 027039  DATE - 03/01/2006   TIME - 09:49 AM
VIOLATION 39-3 40      DRIVING AFTER LICENSE SUSPENDED OR
BAIL AMOUNT    $750.00

DL NUMBER F2170 91066 01574
PLATE NO  NA

COURT ADMINISTRATOR
BLANCHE REED

JOSEPH      F FEE)
93 2ND AVE
SO TOMS RIVER   NJ 08757

DOVER TWP MUNICIPAL COURT
255 OAK AVENUE

ORDER SUSPENDING DRIVER LICENSE

TOMS RIVER        NJ 08753

TELEPHONE: 732-797-3914

TOTAL AMOUNT DUE    :    311.50

NOTICE DATE: 06/16/2006

OUR RECORDS INDICATE THAT YOU ARE IN ARREARS ON YOUR PAYMENTS ON THE MATTER LISTED BELOW.
IT IS ORDERED ON THIS DATE, PURSUANT TO N.J.S.A. 39:4-139.10(B), OR 39:4-203.1 ET SEQ, THAT
DEFENDANTS DRIVER LICENSE IS SUSPENDED; AND IT IS FURTHER ORDERED THAT THIS SUSPENSION SHALL
CONTINUE UNTIL FURTHER ORDER OF THIS COURT, INSTRUCTIONS TO DEFENDANT, (1) CONTACT THIS COURT
TO RESOLVE THIS OUTSTANDING TIME PAYMENT ORDER, ONCE THIS MATTER HAS BEEN RESOLVED, (2) CONTACT
MOTOR VEHICLE SERVICES WITH PROOF OF SATISFACTION OF THE PARTIAL PAYMENT ORDER TO DETERMINE IF
YOUR DRIVING PRIVILEGES CAN BE RESTORED.

                                                        BY ORDER OF THE JUDGE

STATE VS :  PEET                 JOSEPH   F           JAMES A LIGUORI
LEAD TICKET: D 099325
VIOLATION :  39:8-1              FAILURE TO HAVE INSPECTION

START DATE OF PAYMENT: 03/15/2006                      JOSEPH   F PEET
TOTAL DUE :        311.50                               58 2ND AVE
                                                        SO TOMS RIVER   NJ 08757

DOVER TWP MUNICIPAL COURT
255 OAK AVENUE

TOMS RIVER                          NJ 08753

TELEPHONE: 732-797-5744
COURT HOURS : 7:00 AM - 4:00 PM

BAIL BOND FORFEITURE NOTICE

DEFENDANT COPY
NOTICE DATE : 06/15/2006

DEFENDANT'S COURT DATE : 06/05/2006
BAIL FORFEITURE DATE: 06/14/2006

BE ADVISED THAT THE DEFENDANT LISTED BELOW, HAVING BEEN PREVIOUSLY NOTIFIED OF THE COURT DATE, FAILED TO APPEAR IN COURT ON THE DESIGNATED DATE, AS REQUIRED. IT IS THEREFORE THE JUDGMENT OF THIS COURT THAT THE BAIL POSTED ON BEHALF OF THE DEFENDANT IS HEREBY DECLARED FORFEITED BY THIS COURT ON THE DATE LISTED ABOVE.

FAILURE TO SATISFY A FORFEITURE OR FILE A WRITTEN OBJECTION SEEKING TO SET ASIDE THE FORFEITURE WITHIN 75 DAYS OF THE DATE OF THIS NOTICE WILL RESULT IN THE ENTRY OF A JUDGMENT AS TO ANY OUTSTANDING BAIL. THIS FAILURE WILL ALSO RESULT IN THE REMOVAL OF THE NAMES OF ALL OF A CORPORATE SURETY COMPANY'S LICENSED INSURANCE PRODUCERS AND LIMITED INSURANCE REPRESENTATIVES FROM THE BAIL REGISTRY MAINTAINED BY THE CLERK OF THE SUPERIOR COURT PURSUANT TO RULE 1:13-3(E).

BY ORDER OF THE COURT,
JAMES A. LIGUORI

DEFENDANT : JOSEPH F PEEI
COMPLAINT # : W 2006 000233
OFFENSE : 36-29-08(A)          HINDER APPREHENSION    UNLSDT - 143
BAIL AMOUNT : $1,500.00
AMOUNT FORFEITED: $1,500.00

JOSEPH F PEEI
58 2ND AVENUE
SOUTH TOMS RIVER    NJ 08757