# EXHIBIT H – 3 Pages

Documentation of Enforcement of State of Kansas
Administrative Private Property Foreclosure Statutes



## SHAPIRO & REID

ATTORNEYS AT LAW

Gerald M. Shapiro
Licensed in Illinois &
Florida only
David S. Kreisman
Licensed in Illinois only

Linda S. Mock,
Managing Attorney

February 10, 2004

**RESIDENT**
3228 Northwood Court
Newton, KS 67114

RE:   Galen R. Beach
      Case No. 03CV131
      Our File No. 02-1164

Occupant:

Enclosed please find a copy of the Notice of Sheriff's Sale. The sale is scheduled for March 10, 2004.

If you have any questions, please call me.

Sincerely,

SHERRY W. KRAFT
Kansas Foreclosures

/sk
enc.

6310 Lamar  —  Ste. 240  •  Overland Park, KS 66202  •  voice: (913) 831-3000  fax: (913) 831-3320

IN THE DISTRICT COURT OF HARVEY COUNTY, KANSAS

| | |
|---|---|
| WASHINGTON MUTUAL BANK, FA SUCCESSOR IN INTEREST TO FLEET MORTGAGE CORP.<br><br>-vs-<br><br>GALEN R. BEACH, et. al.; | PLAINTIFF<br>No. 03CV131<br>Div. No. 1<br>K.S.A. 60<br>Mortgage<br>Foreclosure<br>DEFENDANTS |

### NOTICE OF SHERIFF'S SALE

Under and by virtue of an Order of Sale issued by the Clerk of the District Court in and for the said County of Harvey, in a certain cause in said Court Numbered 03CV131, wherein the parties above named were respectively plaintiff and defendant, and to me, the undersigned Sheriff of said County, directed, I will offer for sale at public auction and sell to the highest bidder for cash in hand at the front door of the Courthouse in the City of Newton in said County, on March 10, 2004, at 10:00 a.m., of said day the following described real estate located in the County of Harvey, State of Kansas, to wit:

THE FOLLOWING DESCRIBED REAL ESTATE IN THE COUNTY OF HARVEY AND THE STATE OF KANSAS TO WIT:
LOT TWO (2), BLOCK ONE (1), ROYER WEST, A SUBDIVISION OF THE SOUTHWEST QUARTER (SW/4) OF SECTION TWENTY-FOUR (24), TOWNSHIP TWENTY-THREE (23) SOUTH, RANGE ONE (1) WEST OF THE 6TH P.M. IN HARVEY COUNTY, KANSAS. Commonly known as 3228 Northwood Court, Newton, KS 67114

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Byron Motter, SHERIFF OF HARVEY COUNTY, KANSAS

SHAPIRO & REID
Attorneys for Plaintiff
6310 Lamar- Ste. 240
Overland Park, KS 66202
(913)831-3000
Fax No. (913)831-3320
Our File No. 02-1164/sk
Publish once a week for
3 consecutive weeks beginning
February 16, 2004
SEND THREE CLIPPINGS
SEND ONE COPY OF AFFIDAVIT
OF PUBLICATION



Galen R. Beach
3228 Northwood Court
Newton, Kansas, 67114

June 1, 2004

Certified Mail Receipt 7002 0460 0002 5453 9818

Office of the Clerk of the District
Court for Harvey County, Kansas
201 East on 6th Street
Newton, Kansas, 67114

RE : Case # 2003 CV 131 : redemption of real property pursuant to KSA § 60-2414,
and payment & discharge in full of borrower's note & mortgage.

Dear Office of the Clerk of the District Court :

    Since KSA § 60-2414 designates you as the authorized payment agent for the Plaintiff-purchaser who paid all the costs enumerated in the Sheriff's return regarding the Sheriff's sale on the mortgage foreclosure case 2003 CV 131 :
    Please forward the enclosed money, in the form of a Certified Money Draft, attached to a letter both to & *"for the use of the person... thereunto entitled"* :

        WASHINGTON MUTUAL BANK, FA
        Attention :   Remittance Processing
        P.O. Box 3029
        Milwaukee, Wisconsin, 53201-3029

Thanking you for your help in advance, Sincerely, _Galen R. Beach_
                                                redeeming Defendant
                                                and home owner