# EXHIBIT I – 7 Pages

**Documentation of Enforcement of United States Administrative Court Rules and Procedures**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
Apr 6  2 01 PM '05

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| Plaintiff, } | |
| vs. } | Case No. 05-10057-01-02-MLB |
| GALEN RENEE BEACH and } | |
| VICKIE LYNN BEACH, } | |
| Defendants. } | |

## INDICTMENT

The Grand Jury charges:

*Introduction*

1. Galen Renee Beach and Vickie Lynn Beach (the defendants) are married and their last known address is 3228 Northwood Ct., Newton, Kansas, 67114.

2. On September 17, 2001, the defendants filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court, Wichita, Kansas.

3. On the petition, signed by the defendants under penalty of perjury, the defendants knowingly and intentionally provided Social Security numbers not assigned to them.

4. On September 18, 2001, the clerk of the U.S. Bankruptcy court notitied the defendants that they had listed incorrect Social Security numbers of their petition.

5. On September 25, 2001, the defendants filed an amended page 1 of their Chapter 7 bankruptcy petition in which they provided their true Social Security numbers.

6. J. Michael Morris is an attorney licensed in the State of Kansas who is appointed as a United States Trustee, whose job it is to see to it that assets of bankruptcy assets are properly accounted for and distributed in accordance with federal bankruptcy law. Mr. Morris was assigned to serve as a United States Trustee in the defendants' bankruptcy case.

7. On about July 10, 2003, the defendants filed a false and fraudulent UCC 1 Financing Statement with the Kansas Secretary of State's office claiming they had a "summary judgment" in the amount of $500,000 against Mr. Morris when they had no such legitimate judgment.

8. In about March 2004, using a bogus, false and fraudulently generated "arbitration award" document in the amount of $500,720, and another in the amount of $1,500,535.67, from the so-called "Western Arbitration Council," the defendants made a false claim against the Liberty Mutual Insurance Company surety bond maintained by the United States Trustee for Region 20 for its appointed United States trustees. The bond is intended to protect against any negligent or unlawful conduct on the part of appointed United States Trustees.

9.8. The defendants' claim ultimately was denied once the insurance company determined that it was false and fraudulent.

10. The defendants utilized the United States Postal Service and other carriers in connection with their filing of the UCC 1 financing statement and their surety bond claim.

**The Charges**

### COUNT 1

11. Paragraphs 1-10 are incorporated by reference herein. Between about November 2002 and about August 2003, within the District of Kansas and elsewhere, the defendants,

**GALEN RENEE BEACH**
**and**
**VICKIE LYNN BEACH,**

having devised a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses and representations, and by using spurious articles for the purpose of executing such scheme and artifice and attempting to do so, in the amount of $500,000, deposited and caused to be deposited matter in the U.S. Mails and other carriers operating in interstate commerce, in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT 2

12. Paragraphs 1-10 are incorporated by reference herein. In about March 2004, within the District of Kansas and elsewhere, the defendants,

**GALEN RENEE BEACH
and
VICKIE LYNN BEACH,**

having devised a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses and representations, and by using a spurious article for the purpose of executing such scheme and artifice and attempting to do so, in the amount of $500,720, deposited and caused to be deposited matter in the U.S. Mails and other carriers operating in interstate commerce, in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT 3

13. Paragraphs 1-10 are incorporated by reference herein. On or about September 17, 2001, within the District of Kansas, the defendants,

**GALEN RENEE BEACH
and
VICKIE LYNN BEACH,**

knowingly, intentionally and fraudulently made a false declaration under penalty of perjury in connection with the filing of a Title 11, United States Code, Chapter 7 bankruptcy petition, in that they provided Social Security numbers on the petition not assigned to them to deceive creditors to whom they owed debts of about $114,580,

in violation of Title 18, United States Code, Section 152(3).

## COUNT 4

14. Paragraphs 1-10 are incorporated by reference herein. On or about September 11, 2001, within the District of Kansas, defendant

**GALEN RENEE BEACH,**

knowingly and with the intent to deceive the United States Bankruptcy Court and others in connection with the filing of a bankruptcy petition seeking to discharge debts totaling $114,580, represented a Social Security account number ending in 8717 to be his when, as the defendant well knew, that Social Security account number was not assigned to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 5

15. Paragraphs 1-10 are incorporated by reference herein. On or about September 11, 2001, within the District of Kansas, defendant

**VICKIE LYNN BEACH,**

knowingly and with the intent to deceive the United States Bankruptcy Court and others in connection with the filing of a bankruptcy petition seeking to discharge debts totaling $114,580, represented a Social Security account number ending in 6428 to be hers when, as the defendant well knew, that Social Security account number was not assigned to her, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## A TRUE BILL

4/5/05
Date

_____
FOREMAN OF THE GRAND JURY

*[signature]*

ERIC F. MELGREN, Bar No. 12430
UNITED STATES ATTORNEY
District of Kansas
301 N. Main, Suite 1200
Wichita, KS 67202
(316) 269-6481

[IT IS REQUESTED THAT JURY TRIAL BE HELD IN WICHITA, KANSAS]

Returned in open court this 6th day of April, 2005.

*[signature]*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

U.S. DISTRICT COURT ) ss:
DISTRICT OF KANSAS )
I hereby certify that the foregoing
is a true copy of the original on file
in this court and cause.
RALPH L. DELOACH, Clerk
By _____ Deputy
Dated: 4-6-05