# EXHIBIT J – 2 Pages

Documentation of Enforcement of United States
Administrative IRS Tax Code

**Department of the Treasury**
Internal Revenue Service
Ogden Customer Service Center
Ogden, Utah 84201

7003 0500 0000 5544 2870

Letter 1384(SC)
Letter Date: 07/21/2004
Taxpayer Identification Number:
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
Person to Contact:
Dennis L Parizek        29-61699
Contact Telephone Number:
(866) 899-9083
(A Toll Free Number)
Hours to Call: M-F 8AM - 10PM MDT

GALEN R BEACH
3228 NORTHWOOD CT
NEWTON, KS 67114-8627288

Last Day to File a Petition with
the U.S. Tax Court: 10/19/2004
(If Outside of U.S.: 12/18/2004)

CERTIFIED MAIL

Tax Year Ended           Dec 31, 2001
Deficiency:
Increase in tax          $15,130.00
Penalties
    IRC 6662(a)          $397.15
    IRC 6651             $2,614.25

Dear Taxpayer:

We found a deficiency in your tax for the tax year(s) shown on the enclosed statement. This increased the amount you owe as shown on the statement. This is your legal Notice of Deficiency.

Even though you are in bankruptcy, you may want to contest this deficiency in the United States Tax Court. However, because bankruptcy law requires that your petition with the tax court be automatically stayed (stopped), you must ask the bankruptcy court to lift the stay before you can file a petition with the Tax Court. You have 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States) plus any additional period provided by section 6213(f)(1) (generally the period the automatic stay is in effect, plus 60 days) to file a petition with the Tax Court.

If we've addressed this letter to both you and your husband or wife and both of you want to petition the Tax Court, you may file a single petition which both of you have signed or you may each file a separate signed petition. If only one of you is in bankruptcy, only that spouse is required to get permission from the bankruptcy court to petition the Tax Court. The time period that the person not in bankruptcy has to petition the Tax Court is not extended by the other person's bankruptcy case.

If you decide to contest our decision, file your petition with the United States Tax Court, 400 Second Street NW, Washington, DC 20217 and attach a copy of this letter. Remember to file on time. The Tax Court won't consider your petition if you file late. You can get a copy of the rules for filing a petition by writing to the Clerk of the United States Tax Court at the address shown above.

The Tax Court provides a simplified procedure for small tax cases-disputes involving $10,000 or less for any one year. You can get information about this procedure by writing to the Clerk of the Tax Court.

You may ask bankruptcy court to determine your tax. However, if the bankruptcy court determines your tax, you can't later ask the Tax Court to redetermine it.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver and return it in the enclosed envelope. This will allow us to make an assessment. It also can help limit the amount of interest that we add.

If you have questions, please contact the person whose name and telephone number are shown at the top of this letter.

Thank you for your cooperation.

                Sincerely yours,

                Commissioner

                By

                *Thomas D Mathews*

                Thomas D. Mathews
                FIELD DIRECTOR
                COMPLIANCE SERVICES, OGDEN