# EXHIBIT K – 1 Page

Documentation of Enforcement of United States Administrative Court Rules and Procedures Administrative Tax Statutes

**DEPARTMENT OF REVENUE**    **STATE OF KANSAS**

Civil Tax Enforcement  
PO Box 12005  
Topeka KS 66612-2005  
Internet Address: www.ksrevenue.org

Phone: (785) 296-6120  
FAX: (785) 296-1279  
Hearing Impaired TTY: (785) 296-6117

January 12, 2006

GALEN R BEACH

3228 NORTHWOOD CT  
NEWTON KS 67114

Re:  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, 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/497053  
     Galen R Beach, Vickie L Beach

| | | |
|---|---|---|
| Case Number: | 04ST25 | Total Account Balance Due: $9,735.86 |
| County: | HARVEY | |
| Tax Type: | Individual Income Tax | |
| Case Amount Due: | $9,735.86 | |

### NOTICE OF INTENT TO COLLECT ON TAX WARRANT

Dear Galen R Beach:

    Your account with the Department is in serious default due to non payment. Collection activity will commence on January 24, 2006 unless the case amount due is paid or the Department agrees to a payment plan.

    Please call (785) 296-6120. We would like to avoid garnishment, attachment and other legal actions that relate to the tax warrant previously filed with the District Court.

Sincerely,

Lasherrez Ramirez  
Revenue Agent

Enc. Return Envelope

HITAXDEM

041404