# EXHIBIT L – 1 Page

Documentation of Enforcement of State of North Carolina Administrative Court Rules and Procedures Administrative Statutes

**STATE OF NORTH CAROLINA**

_Iredell_ County

Court File No. 05CVD2

IV-D Case No.

In The General Court Of Justice
District Court Division

IREDELL COUNTY FILED APR 13 2006 AT ____ O'CLOCK __ M BY _____ CLERK OF SUPERIOR COURT

Name Of Plaintiff
Monica Dye

VERSUS

Name Of Defendant
Daniel Dye

**COMMITMENT ORDER FOR CIVIL CONTEMPT**

G.S. 5A-21

This matter was heard before the undersigned Judge on an Order to Show Cause why the ☒ defendant ☐ plaintiff should not be held in civil contempt for failure to comply with a child support order previously entered by the Court. The Court finds that the ☒ defendant ☐ plaintiff has willfully failed and refused to comply with the order entered on _____ (date), and that the party has sufficient means and ability to comply or take reasonable measures to comply. The party is, therefore, found to be in civil contempt of this Court. (List additional findings, if applicable.)

It is ORDERED that the ☐ defendant ☐ plaintiff shall immediately be taken into custody by the sheriff of this county. The party shall remain in custody until he/she purges himself/herself of contempt by paying into the office of the Clerk of Superior Court of this county the sum indicated below, or by complying with other release conditions listed below. When these conditions have been met, the party shall be released.

Amount Needed To Purge: $ 939.00 Cash to be paid to be released from jail.

Other Release Conditions:

If the ☐ defendant ☐ plaintiff named above is not sooner released, you are ORDERED to produce him/her in Court at the date, time and place set out below to review the above conditions.

Date of Hearing:
Time Of Hearing: ☐ AM ☐ PM
Place of Hearing:

Date: 4-13-06
Signature Of Presiding Judge: _Wayne L Michael_
Name Of Presiding Judge (Type Or Print): Wayne L Michael

**CERTIFICATION**

I certify that this Commitment is a true and complete copy of the original which is on file in this case.

Date:
Date Certified Copies Delivered To Sheriff:

Signature And Seal: _D Cardwell_
☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

AOC-CV-603, Rev. 3/03
© 2003 Administrative Office of the Courts

Original-File   Copy-Sheriff   Copy-Party