| | |
|---|---|
| phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation<br><br>                         Plaintiffs<br><br>V.<br><br>UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA<br><br>                         Defendants<br>in the truth Plaintiffs are known as Secured Parties | ) Case No: 1:06-CV-1372<br>)<br>) Judge: Paul L. Friedman<br>)<br>) Suite in Equity Article III §-2 United<br>) States Constitution<br>)<br>) Declaratory Injunctive Relief<br>)<br>) Declaratory Compensation and<br>) Damages<br>)<br>)<br>)<br>)<br><br>**FILED**<br><br>AUG 2 3 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### Notice of Acceptance of Constitutions, Oath of Office
### Fiduciary Duty of Public Servant

1. Enclosed are two original of the Plaintiffs official acceptance of the Oath of Office. One copy is to be filed in the evidence record folder and the other copy is for your personal record. I phillip allen dye acknowledge and attest that the following documents are included in this Priority Mail Envelope for mailing to Paul L. Friedman on this 17th day of August 2006 Delivery Confirmation 0306 1070 0000 1602 3304.

Table of Content of Documents included in this mailing:
A. One Original Document to Paul L. Friedman to be filed, docket and recording in the Evidence Folder.
B. One Original Document to Paul L. Friedman for his personal record.

### *Sui Juris – Jura summi imperii*

I phillip allen dye herein attest that the above statement is true and correct to best of my knowledge under penalty of perjury In My Private Capacity my Own Right Propria Persona Sui Jura Summi Imperii I affirm and execute this document. I therefore place my Autograph and Seal in Witness thereof.

Date: August 17, 2006

Autograph: *phillip allen dye*

**THIS INSTRUMENT IS NON-NEGOTIABLE**

      

Delawares 1778 Treaty | Moor 1787 Treaty | American Unity States | Moor Great Seal | Moorish America | America Republic | Pembina Nation Little Shell 1863 Treaty

## North America Indigenous People Grand Counsel of Nations
### The Delawares ◇ The Pembina Nation Little Shell
### The American Moors ◇ United States of North America



*North American Indigenous People Grand Counsel of Nations including the adjoining Islands.*
*In care of: Post Office Box 508, Odessa City, Delaware North America Republic Postal Zone [19730] Non Domestic*

### Notice of Accepting Constitutions and Oath of Office and Fiduciary Duty for Public Servant

1. Public Servant: Paul L. Friedman doing business as a judicial officer of and for the United States District Court for the District of Columbia.

**THIS INSTRUMENT IS NON-NEGOTIABLE**

### Point of Law

*All contracts commence with an offer and only become binding upon acceptance. See: "Contracts" by Farnsworth, third edition, sect. 3.3, pages 112,113.*

The Constitutions of the United States and of the several States and the Oath of office as a PUBLIC SERVANT, amounts to nothing more than an offer of an intention to act or refrain from acting in a specified way between the respective governments and the Private American People and for other purposes.

Be it known by this **Declaration** I, phillip allen dye, I rebecca jane dye, I, phillippo ali dey, I, joseph frances peet, I, galen renee beach, I, vickie lynn beach of the Natural Genealogy Heir Lineal Descendant of the Native American Indigenous Peoples within the America Territorial Lands and adjoining Islands do hereby accept the Constitutions of and for the United States and of and for the several States and the Oath of Office of the above named PUBLIC SERVANT as your open and binding offer of promise to form a firm and binding contract between (1) The respective governments, their political instrumentalities (2) The above named PUBLIC SERVANT (3) myself in my Private Native American National Capacity.

I Honorably and Reasonably Require that, as a PUBLIC SERVANT, you will perform all of your promises duties while staying within the limitations of your constitutions, creating no unfounded presumptions, Quasi Contracts nor Quasi In Rem Actions seeking only the true facts and telling the truth at all times and respecting and protecting our secured rights of personal liberty and private property and all rights antecedent thereto.

The aforegoing Notice of Acceptance of Constitutions and of Oath of Office is made Ab initio explicitly without recourse and now constitutes a "Binding Contract" and any deviation therefrom will be treated as a "Breach of Contract" "Breach of Fiduciary Duty of Performance" thereof and a violation of "Substantive Due Process".

### VERIFICATION

I, phillip allen dye, I rebecca jane dye, I, phillippo ali dey, I, joseph frances peet, I, galen renee beach, I, vickie lynn beach declare under penalty of perjury in accordance with the laws of the United States of America that the aforegoing is true, correct and complete to the best of our knowledge and belief.

Autograph: *phillip allen dye*     Autograph: *joseph frances peet*
Autograph: *rebecca jane dye*      Autograph: *galen renee beach*
Autograph: *phillippo ali dey*     Autograph: *vickie lynn beach*

## Notice to Agent is Notice to Principal <> Notice to Principal is Notice to Agent

"Contracts" by Farnsworth, third edition, sect. 3.3, pages 112, 113

**Offer and Acceptance.** The outward appearance of the agreement process, by which the parties satisfy the requirement of bargain imposed by the doctrine of consideration, varies widely according to the circumstances. It may, for example, involve face-to-face negotiations, an exchange of letters or facsimiles, or merely the perfunctory signing of a printed form supplied by the other party. Whatever the outward appearance, it is common to analyze the process in terms of two distinct steps: first, a manifestation of assent that is called an *offer,* made by one party (the *offeror)* to another (the *offeree);* and second, a manifestation of assent in response that is called an *acceptance,* made by the offeree to the offeror. Although courts apply this analysis on a case-by-case basis, depending on the circumstances, it gives a reassuring appearance of consistency.

What is an "offer"? It can be defined as a manifestation to another of assent to enter into a contract if the other manifests assent in return by some action, often a promise but sometimes a performance. By making an offer, the offeror thus confers upon the offeree the power to create a contact. An offer is nearly always a promise and, in a sense, the action (promise or performance) on which the offeror conditions the promise is the "price" of its becoming enforceable. *Offer,* then, is the name given to a promise that is conditional on some action by the promisee *if* the legal effect of the promisee's taking that action is to make the promise enforceable. Empowerment of the offeree to make the offeror's promise enforceable is thus the essence of an offer. When does a promise empower the promisee to take action that will make the promise enforceable? In other words, when does a manifestation of assent amount to an offer? This is one of the main subjects of this chapter.

What is an "acceptance"? It can be defined as the action (promise or performance) by the offeree that creates a contract (i.e., makes the offeror's promise enforceable). *Acceptance,* then, is the name given to the offeree's action if the legal effect of that action is to make the offeror's promise enforceable. When does action by the promisee make the promise enforceable? In other words, when does the promisee's action amount to an acceptance? This is another of the main subjects of this chapter.