# UNITED STATES DISTRICT COURT
## For The District of Columbia

| | |
|---|---|
| phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation <br><br>           Plaintiffs <br><br>     V. <br><br> UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA <br><br>           Defendants | Case No: 1:06-CV-1372 <br><br> Judge: Paul L. Friedman <br><br> Suite in Equity Article III §-2 United States Constitution <br><br> Declaratory Injunctive Relief <br><br> Declaratory Compensation and Damages |

To:
Clerk of Court
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

Delivery Confirmation 7002 2410 0000 0774 0873

### Præcipe

1. The enclosed is the Affidavit of Service and Confirmation of Delivery of the summons and a copy of the complaint captioned above and a copy of the notice of acceptance was served by me as ascribed thereon.

Thank you for your assistance in this matter

Date: August 24, 2006

Phillip Dye
403 Union Church Road
Townsend, Delaware [19734]

*phillip allen dye*

RECEIVED
AUG 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Affidavit of Service

1. I phillip allen dye declare that I served one copy of the Complaint for Ex Parte Declaratory Injunctive Relief And Compensation and Damages To Enjoin Enforcement of Administrative Codes and one copy of the Notice of Acceptance of Oath of Office, Constitutions and Fiduciary Duty of Public Servant Paul L. Friedman by Priority Mail with Delivery Confirmation to the following on August 17, 2006.

Civil Process Clerk
Alberto Gonzales United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530
Delivery Confirmation 03061070000016023311

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001
Delivery Confirmation 03061070000016023328

Carl C. Danberg Attorney General
Carvel State Building
820 North King Street
Wilmington, DE 19809
Delivery Confirmation 03060320000530317427

Zulima V. Farber
New Jersey Attorney General
P. O. Box 080
Trenton, NJ 08625-0080
Delivery Confirmation 03060320000530317557

Phil Kline
Kansas Attorney General
120 SW 10th Avenue 2nd Floor
Topeka, Kansas 66612-1597
Delivery Confirmation 03061070000016023342

Roy Copper Attorney General
North Carolina Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001
Delivery Confirmation 03061070000016023359

2. The Confirmation of Delivery of the Complaint is confirmed by the enclosed Track and Confirm Search Results from the United States Post Office as follows:
    a. Attachment A Confirms delivery to Alberto Gonzales United States Attorney General Delivery Confirmation **03061070000016023311**
    b. Attachment B Confirms delivery to Kenneth Wainstein United States Attorney, Delivery Confirmation **03061070000016023328**
    c. Attachment C Confirms delivery to Carl Danberg State of Delaware Attorney General, Delivery Confirmation **03060320000530317427**
    d. Attachment D Confirms delivery to Zulima Farber State of New Jersey Attorney General Delivery, Confirmation **03060320000530317557**
    e. Attachment E Confirms delivery to Phil Kline State of Kansas Attorney General Delivery, Confirmation **03061070000016023342**
    f. Attachment F Confirms delivery to Roy Copper State of Kansas Attorney General Delivery, Confirmation **03061070000016023359**

*phillip allen dye* (signature)

phillip allen dye
c/o 403 Union Church Road
Townsend, Delaware [19734]



# Attachment A
## 1 Page

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0306 1070 0000 1602 3311**
Status: **Delivered**

Your item was delivered at 11:55 am on August 22, 2006 in WASHINGTON, DC 20530.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



## *Attachment B*
## 1 Page


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results
Label/Receipt Number: **0306 1070 0000 1602 3328**
Status: **Forwarded**

Your item was forwarded to a different address at 1:21 pm on August 22, 2006 in WASHINGTON, DC 20022. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect. Information, if available, is updated every evening. Please check again later.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options
**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved.   Terms of Use   Privacy Policy



U.S. Postal Service Delivery Confirmation Receipt

Kenneth L. Wainstein US Attorney
501 3rd St NW
Washington, DC 20001

DELIVERY CONFIRMATION NUMBER: 0306 1070 0000 1602 3328

*Attachment C*
*1 Page*



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **0306 0320 0005 3031 7427**
Status: **Delivered**

Your item was delivered at 5:51 am on August 22, 2006 in WILMINGTON, DE 19899.

*Additional Details >*   *Return to USPS.com Home >*

---

**Track & Confirm**
Enter Label/Receipt Number.

*Go >*

---

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

---

POSTAL INSPECTORS | site map | contact us | government services | jobs | **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                         08/24/06 06:53:47



## *Attachment D*
## *1 Page*

# Track & Confirm

### Search Results

Label/Receipt Number: **0306 0320 0005 3031 7557**
Status: **Delivered**

Your item was delivered at 5:49 am on August 19, 2006 in TRENTON, NJ 08625.

*Additional Details >*   *Return to USPS.com Home >*

| Track & Confirm |
|---|
| Enter Label/Receipt Number. |
| Go > |

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

---

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

Zulima V. Farber, Attorney General
P.O. Box 080
Trenton, NJ 08625-0080

DELIVERY CONFIRMATION NUMBER: 0306 0320 0005 3031 7557

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

---



# Attachment E
## 1 Page

Home | Help | Sign In

Track & Confirm | FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **0306 1070 0000 1602 3342**
Status: **Delivered**

Your item was delivered at 10:59 am on August 19, 2006 in TOPEKA, KS 66612.

*Additional Details >*    *Return to USPS.com Home >*

| Track & Confirm |
| --- |
| Enter Label/Receipt Number. |
| Go > |

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy





*Attachment F*
*1 Page*

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 1070 0000 1602 3359
Status: **Delivered**

Your item was delivered at 7:45 am on August 21, 2006 in RALEIGH, NC 27699.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved.    Terms of Use   Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    08/24/06 06:41:25