IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIP ALLEN DYE, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06-CV01372-PLF |
| ) | |
| **UNITED STATES, et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO PLEAD TO PLAINTIFFS' COMPLAINT

Defendant, State of Kansas, by and through counsel Steve Phillips, Assistant Attorney General, respectfully requests that this Court issue an order confirming that the answer date be October 18, 2006. In support hereof Defendant states:

1. The records of the Kansas Attorney General indicate that the Defendant State of Kansas was served with summons on or about August 21, 2006.

2. The summons issued in this case indicates that Kansas has 60 days from the date of service to file an answer. (See attached Exhibit 1.)

3. The Court's Civil Docket for this case shows that an answer is due on October 18, 2006. (See Doc. 4.)

4. Fed. R. Civ. P. 12(a)(1)(A) requires a defendant to serve an answer within 20 days after being served with the summons and complaint.

5. Kansas requests an order from this Court confirming an answer date that

    corresponds with the summons issued in this case and the Court's Civil Docket sheet, October 18, 2006.

6. The granting of this motion will not be prejudicial to Plaintiffs.

7. Plaintiffs were not consulted prior to the filing of this motion.

8. A proposed order granting the defendants an extension of time accompanies this motion.

WHEREFORE, Kansas respectfully requests the Court grant this motion and confirming that the answer date to Plaintiffs' complaint be October 18, 2006.

    Respectfully submitted,

    PHILL KLINE
    ATTORNEY GENERAL

    s/ Steve Phillips
    Steve Phillips, Kansas Bar # 14130
    Assistant Attorney General
    Office of the Attorney General
    120 S.W. 10th Avenue, 2nd Floor,
    Topeka, Kansas 66612-1597
    Telephone (785) 296-2215
    Fax (785) 291-3736
    Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO PLEAD TO PLAINTIFFS' COMPLAINT** was served by depositing same in the United States Mail, first class postage prepaid, this 11th day of September, 2006:

Phillippo Ali Dey
Innovative Consultants
c/o 403 Union Church Road
Townsend, DE 19734

I further certify that on September 11, 2006, I electronically filed the above with the Clerk of the Court by using the CM/ECF system.

s/ Steve Phillips
Steve Phillips