IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIP ALLEN DYE, et al.**     )<br>                                                         )<br>           Plaintiffs,            )<br>                                                         )<br>v.                                               )       Case No. 06-CV01372-PLF<br>                                                         )<br>**UNITED STATES, et al.**          )<br>                                                         )<br>           Defendants.          )<br>_____) | |

**[PROPOSED] ORDER**

The Court having considered Defendant's, The State of Kansas, Motion for Extension of Time to Plead to Plaintiffs' Complaint, finds for good cause shown, that Kansas shall be granted until October 18, 2006 to file an answer or otherwise plead.

IT IS SO ORDERED, this _____ day of _____, 2006.


                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE