AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Columbia

phillip allen dye, phillippo ali dey, rebecca jane dye and joseph frances peet, galen renee beach, vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation

V.

UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:06CV01372

JUDGE: Paul L. Friedman

DECK TYPE: General Civil (Other)

DATE STAMP: 08/01/2006

TO: (Name and address of Defendant)

DEFENDANT STATE OF KANSAS

c/o Civil Process Clerk
State of Kansas Attorney General
Phil Kline
120 SW 10th Avenue 2nd Floor
Topeka, Kansas 66612-1597

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRIVATE ATTORNEY GENERAL (name and address)

phillippo ali dey, Private Attorney General
Innovative Consultants
c/o 403 Union Church Road
Townsend, Delaware 19734

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

T. Davis

(By) DEPUTY CLERK

DATE  AUG 1 1 2006