# UNITED STATES DISTRICT COURT
## For The District of Columbia

| | |
|---|---|
| phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation ) ) ) ) ) ) | Case No: 1:06-CV-1372 Judge: Paul L. Friedman Suite in Equity Article III §-2 United States Constitution |
| Plaintiffs ) ) | |
| V. ) ) | Declaratory Injunctive Relief |
| UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA ) ) ) ) ) | Declaratory Compensation and Damages |
| Defendants ) | |

To:
Clerk of Court
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

**RECEIVED AUG 3 0 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

## Præcipe

1. Enclosed is one copy each of service of "Notice of Lawsuit" to persons within the United States, Delaware, New Jersey, Kansas and North Carolina implicated in this case but are not Defendants. The Attorney Generals served the original summons are responsible of informing these persons of the specific of their involvement in the matter. These notice serves as a complimentary act from the Plaintiffs.

2. Please stamp, docket and file the originals and stamp the copies and return in the enclosed envelope.

Thank you for your assistance in this matter

Date: August 28, 2006

phillip allen dye
c/o 403 Union Church Road
Townsend, Delaware [19734]

*phillip allen dye* (signature)

       

Delawares 1778 Treaty   Moor 1787 Treaty   American Unity States   Moor Great Seal   Moorish America   America Republic   Pembina Nation Little Shell 1863 Treaty

# North America Indigenous People Grand Counsel of Nations
## The Delawares <> The Pembina Nation Little Shell
## The American Moors <> United States of North America



*North American Indigenous People Grand Counsel of Nations including the adjoining Islands.*
*In care of: Post Office Box 508, Odessa City, Delaware North America Republic Postal Zone [19730] Non Domestic*

## Notice of Lawsuit

1. Civil Lawsuit Case No: 1:06-CV-1372 Title "Complaint for Ex Parte Declaratory Injunctive Relief And Compensation and Damages" To Enjoin Enforcement of Administrative Codes Commenced in Federal District Court For the District of Columbia on August 1, 2006.

2. You are not a defendant in the case, however you are implicated in the suit for the reasons listed below.
   * Conspiracy in the Unlawful Enforcement of the United States Administrative Statutory Codes on Private Natural Citizens.
   * Conspiracy against and deprivation of substantive rights secured and protected by State and Federal Constitutions.
   * Conspiracy against and Violation of Treaties between the United States and the Indigenous North American Nations.
   * Other offenses are implicated as an active conspirator against private property and private property rights.

3. The United States Attorney General Alberto Gonzales (bold address listed below) was served the summons and complaint at 11:55 AM on August 22, 2006 and should contact you with specific information concerning your implication.
   a. However, you may want to contact the Attorney General Alberto Gonzales concerning your implication.

4. The United States Attorney Kenneth L. Wainetein (bold address listed above) was served the summons and complaint at 1:21 PM on August 22, 2006 and should contact you with specific information concerning your implication.
   a. However, you may want to contact the United States Attorney Kenneth L. Wainetein concerning your implication.

*Please Be Advised; this is a Legal Notice of a Commenced Civil Action Implicating You.*

Date: August 28, 2006

## Affidavit of Service

I phillip allen dye declare that one copy of the Notice of Lawsuit was served to the following persons by First Class mail on the date listed below.

| | | |
|---|---|---|
| Mark W. Everson Commissioner<br>Internal Revenue Service 1111<br>Constitution Avenue NW<br>Washington, DC 20224 | Christine Kalcevic Technical Services<br>Manager IRS Department Of Treasury<br>31 Hopkins Plaza<br>Baltimore, MD 21201 | Dennis L. Parizek Operations Manager<br>Exam SC Support Department of the<br>Treasury Internal Revenue Service<br>1973 North Rulon White Blvd.<br>Ogden, UT 84201 |

Thomas D Mathews Field Director
Department of the Treasury IRS
1973 North Rulon White Blvd.
Ogden, UT 84201

Judiciary Judith K. Fitzgerald
Bankruptcy Court Administrator
824 Market Street
Wilmington, DE 19899

Michael B. Joseph, Esquire
Bankruptcy Court Trustee
824 Market Street PO Box 1350
Wilmington, DE 1989901350

Chief Judiciary Sue L. Robinson
US District Court Delaware District
844 North King Street
Room 6124 Lock Box 18
Wilmington, DE 19801

Judiciary Ken A Jordon
US District Court Delaware District
844 North King Street
Wilmington, DE 19801

Michael T. Walsh New Castle Sheriff
Louis L. Redding City-County Bldg
800 North French Street
Wilmington, DE 19801

Thomas DH Barnett, Esquire
Draper & Goldberg, PLLC
512 Main Street PO Box 947
Georgetown, DE 19947-0947

Neil F. Dignon, Esquire
Draper & Goldberg, PLLC
512 Main Street PO Box 947
Georgetown, DE 19947-0947

Judiciary Anne Thompson
US District Court New Jersey District
Fisher Federal Building and United States Courthouse
Room 4000 402 E. State Street
Trenton, NJ 08608

Magistrate Monti L. Belot
United States Kansas District Court
403 United States Courthouse
401 North Market
Wichita, KA 67202

Magistrate Donald W. Bostwick
403 United States Courthouse
401 North Market
Wichita, KA 67202-2000.

Magistrate J. Thomas Marten
403 United States Courthouse
401 North Market
Wichita, KA 67202-2000.

Magistrate Karen Humphreys
403 United States Courthouse
401 North Market
Wichita, KA 67202-2000.

Eric Melgren US Attorney District
301 North Main Suite 1200
Wichita, KS 67202.

Brent I Anderson Prosecuting Attorney
1200 Epic Center 301 North Main
Wichita, Kansas 67202-4812

Roger L. Falk, Public Defender
301 West Central
Wichita, KA 67202-1077

Timothy J. Henry
850 Epic Center 301 North Main
Wichita, KS 67202-2000.

Magistrate Robert E. Nugent
United States Bankruptcy Court
401 North Market
Wichita, KA 67202

J. Michael Morris US Bankruptcy
401 North Market Room 167
Wichita, KA 67202

**Alberto Gonzales**
**United States Attorney General**
**950 Pennsylvania Avenue**
**Washington, DC 20530**

**Kenneth L. Wainetein**
**United States Attorney**
**501 3rd Street NW**
**Washington, DC 20001**

### *Sui Juris – Jural Summi Imperii*

I phillip allen dye herein attest and declare that the above statement is true and correct to best of my knowledge under penalty of perjury *In My Private Capacity my Own Right* Propria Persona Sui Jural Summi Imperii I affirm and execute this document. I therefore place my Autograph and Seal in Witness thereof.

Date: August 28, 2006

Autograph: phillip allen dye
c/o 403 Union Church Road
Townsend, Delaware 19734



       

Delawares 1778 Treaty  Moor 1787 Treaty  American Unity States  Moor Great Seal  Moorish America  America Republic  Pembina Nation Little Shell 1863 Treaty



## North America Indigenous People Grand Counsel of Nations
## The Delawares <> The Pembina Nation Little Shell
## The American Moors <> United States of North America



*North American Indigenous People Grand Counsel of Nations including the adjoining Islands.*
*In care of: Post Office Box 508, Odessa City, Delaware North America Republic Postal Zone [19730] Non Domestic*

## Notice of Lawsuit

1. Civil Lawsuit Case No: 1:06-CV-1372 Title "Complaint for Ex Parte Declaratory Injunctive Relief And Compensation and Damages" To Enjoin Enforcement of Administrative Codes commenced in Federal District Court For the District of Columbia on August 1, 2006.

2. You are not a defendant in the case, however you are implicated in the suit for the reasons listed below.
   * Conspiracy in the Unlawful Enforcement of State of Delaware Statutory Codes on Private Natural Citizens.
   * Conspiracy against and deprivation of substantive rights secured and protected by State and Federal Constitutions.
   * Conspiracy against and Violation of Treaties between the United States and the Indigenous North American Nations.
   * Other offenses are implicated as an active conspirator against private property and private property rights.

3. The State of Delaware Attorney Carl C. Danbey (Bold address listed above) was served the summons and complaint at 7:45 AM on August 22, 2006 and should contact you with specific information concerning your implication.
   a. However, you may want to contact the Attorney General Carl C. Danbey to determine the extent of your implication.

*Please Be Advised; this is a Legal Notice of a Commenced Civil Action Implicating You.*

Date: August 28, 2006

## Affidavit of Service

I phillip allen dye declare that one copy of the Notice of Lawsuit was served to the following persons by First Class mail on listed below.

Kevin Shotwell New Castle County
Police Southern Patrol Unit
605 North Broad Street
Middletown, DE 19709

Romi Dunning New Castle County
Police Southern Patrol Unit
605 North Broad Street
Middletown, DE 19709

Robert A. Armstrong
Justice of the Peace
Court Number 9
757 North Broad Street
Middletown, DE 19709

Raphael Williams Warden

Howard Young Multi-Purpose
Criminal Correction Facility
1301 East 12th Street
Wilmington, DE 19809

Perry Phelps Assist Warden
Howard Young Multi-Purpose
Criminal Correction Facility
1301 East 12th Street

Wilmington, DE 19809

Mark Emic Chief of Security
Howard Young Multi-Purpose
Criminal Correction Facility
1301 East 12th Street
Wilmington, DE 19809

Chief Judiciary Alex J. Smalls
NCC Court of Common Pleas
500 N King Street
Wilmington, DE 19801-3704

Judiciary William C. Bradley
NCC Court of Common Pleas
500 N King Street
Wilmington, DE 19801-3704

Judiciary Joseph F. Flickinger, III
NCC Court of Common Pleas
500 N King Street
Wilmington, DE 19801-3704

Judiciary John K. Welch
NCC Court of Common Pleas
500 N King Street
Wilmington, DE 19801-3704

Judiciary Mary M. McDonough
NCC Court of Common Pleas
500 N King Street
Wilmington, DE 19801-3704

Judiciary Jay P. James
NCC Court of Common Pleas
500 N King Street
Wilmington, DE 19801-3704

Judiciary Alfred Fraczkowski
NCC Court of Common Pleas
500 N King Street
Wilmington, DE 19801-3704

Judiciary Merrill C. Trader
Court of Common Pleas
38 The Green Suite 6
Dover, DE 19901-3620

Joseph W. Maybee
Court of Common Pleas
38 The Green Suite 6
Dover, DE 19901-3620

Charles W. Welch, III
Court of Common Pleas
38 The Green Suite 6
Dover, DE 19901-3620

Rosemary B. Beauregard
Court of Common Pleas
PO Box 426
Georgetown, DE 19947-0426

Kenneth S. Clark
Court of Common Pleas
PO Box 426
Georgetown, DE 19947-0426

Dennis J. Siebold New Castle County
Financial Legal Office of Law
87 Reads Way
New Castle, DE 19720

Anne Marie Hayes
Deputy Attorney General
Carvel State Building
820 North King Street
Wilmington, DE 19809

Deborah Mowbray Clerk
NCC Court of Common Pleas
500 N King Street
Wilmington, DE 19801-3704

Patrick T. Carter Director of Revenue
State of Delaware Division of Revenue
820 North French Street PO Box 8763
Wilmington, DE 19898-8763

Kathryn M. Sheneman, Psychologist
State of Delaware Psychiatric Center
1901 N. Dupont Highway
New Castle, DE 19720.

Michael D. Shahan, Director of Motor
Vehicle Division
State of Delaware MVD
P O Box 698
Dover, DE 19903-0698.

Michael T. Walsh New Castle Sheriff
Louis L. Redding City-County Bldg
800 North French Street
Wilmington, DE 19801

Thomas DH Barnett & Neil F. Dignon
Draper & Goldberg, PLLC
512 Market Street PO Box 947
Georgetown, DE 19947-0947

**Carl C. Danbey, Attorney General**
**Carvel State Building**
**820 North French Street**
**6th Floor Civil Division**
**Wilmington, DE 19801**

### *Sui Juris – Jural Summi Imperii*

I phillip allen dye herein attest and declare that the above statement is true and correct to best of my knowledge under penalty of perjury *In My Private Capacity my Own Right* Propria Persona Sui Jural Summi Imperii I affirm and execute this document. I therefore place my Autograph and Seal in Witness thereof.

Date: August 28, 2006

Autograph: phillip allen dye

c/o 403 Union Church Road
Townsend, Delaware 19734



       

Delawares 1778 Treaty   Moor 1787 Treaty   American Unity States   Moor Great Seal   Moorish America   America Republic   Pembina Nation Little Shell 1863 Treaty

# North America Indigenous People Grand Counsel of Nations
## The Delawares <> The Pembina Nation Little Shell
## The American Moors <> United States of North America



*North American Indigenous People Grand Counsel of Nations including the adjoining Islands.*
*In care of: Post Office Box 508, Odessa City, Delaware North America Republic Postal Zone [19730] Non Domestic*

## Notice of Lawsuit

1. Civil Lawsuit Case No: 1:06-CV-1372 Title "Complaint for Ex Parte Declaratory Injunctive Relief And Compensation and Damages" To Enjoin Enforcement of Administrative Codes Commenced in Federal District Court For the District of Columbia on August 1, 2006.

2. You are not a defendant in the case, however you are implicated in the suit for the reasons listed below.
   * Conspiracy in the Unlawful Enforcement of the State of New Jersey Administrative Statutory Codes on Private Natural Citizens.
   * Conspiracy against and deprivation of substantive rights secured and protected by State and Federal Constitutions.
   * Conspiracy against and Violation of Treaties between the United States and the Indigenous North American Nations.
   * Other offenses are implicated as an active conspirator against private property and private property rights.

3. The State of New Jersey Attorney General Zulima V. Farber (bold address listed below) was served the summons and complaint at 5:50 AM on August 19, 2006 and should contact you with specific information concerning your implication.
   a. However, you may want to contact the United States Attorney Zulima V. Farber concerning your implication.

*Please Be Advised; this is a Legal Notice of a Commenced Civil Action Implicating You.*

Date: August 28, 2006
Autograph: *phillip allen cye*

## Affidavit of Service

I phillip allen dye declare that one copy of the Notice of Lawsuit was served to the following persons by First Class mail on the date listed below.

Judge Wendel E. Daniels J.S.C.
New Jersey Superior Court Ocean
County Criminal Divisions
Ocean City Courthouse
Toms River, NJ 08754

Brian Jarka Patrolman
State of New Jersey
Dover Municipal Police Department
Ocean County 255 Oak Avenue
Toms River, NJ 08753.

Gregory Edgecomb Supervisor
State of New Jersey Ocean County
Dover Municipal Police Department
255 Oak Avenue
Toms River, NJ 08753.

LT Steven C. Gudey ID No: 188
State of New Jersey Ocean County
Dover Municipal Police Department
255 Oak Avenue
Toms River, NJ 08753.

Jennifer Juka ID Number 319
Police Officer
State of New Jersey Ocean County
Dover Municipal Police Department
255 Oak Avenue
Toms River, NJ 08753

Cindy Weyandt: DCA, CMCA
State of New Jersey Ocean County
Judiciary Dover Municipal Court
255 Oak Avenue
Toms River, NJ 08753.

Judiciary James Liguori
State of New Jersey Ocean County
Judiciary Dover Municipal Court
255 Oak Avenue
Toms River, NJ 08753

Judiciary Domian Murry
State of New Jersey Ocean County
Judiciary Dover Municipal Court
255 Oak Avenue
Toms River, NJ 08753

Zulima V. Farber
New Jersey Attorney General
Post Office Box 080
Trenton, NJ 08625-0080

### *Sui Juris – Jural Summi Imperii*

I phillip allen dye herein attest and declare that the above statement is true and correct to best of my knowledge under penalty of perjury *In My Private Capacity my Own Right* Propria Persona Sui Jural Summi Imperii I affirm and execute this document. I therefore place my Autograph and Seal in Witness thereof.

Date: August 28, 2006

Autograph: phillip allen dye

c/o 403 Union Church Road
Townsend, Delaware 19734



       

Delawares 1778 Treaty    Moor 1787 Treaty    American Unity States    Moor Great Seal    Moorish America    America Republic    Pembina Nation Little Shell 1863 Treaty

# North America Indigenous People Grand Counsel of Nations
## The Delawares <> The Pembina Nation Little Shell
## The American Moors <> United States of North America



North American Indigenous People Grand Counsel of Nations including the adjoining Islands.
In care of: Post Office Box 508, Odessa City, Delaware North America Republic Postal Zone [19730] Non Domestic

## Notice of Lawsuit

1. Civil Lawsuit Case No: 1:06-CV-1372 Title "Complaint for Ex Parte Declaratory Injunctive Relief And Compensation and Damages" To Enjoin Enforcement of Administrative Codes Commenced in Federal District Court For the District of Columbia on August 1, 2006.

2. You are not a defendant in the case, however you are implicated in the suit for the reasons listed below.
   * Conspiracy in the Unlawful Enforcement of the State of Kansas Administrative Statutory Codes on Private Natural Citizens.
   * Conspiracy against and deprivation of substantive rights secured and protected by State and Federal Constitutions.
   * Conspiracy against and Violation of Treaties between the United States and the Indigenous North American Nations.
   * Other offenses are implicated as an active conspirator against private property and private property rights.

3. The State of Kansas Attorney General Phil Kline (bold address listed below) was served the summons and complaint at 10:59 AM on August 19, 2006 and should contact you with specific information concerning your implication.
   a. However, you may want to contact the United States Attorney Phil Kline concerning your implication.

*Please Be Advised; this is a Legal Notice of a Commenced Civil Action Implicating You.*

Date: August 28, 2006
Autograph: *phillip allen clyne*

# Affidavit of Service

I phillip allen dye declare that one copy of the Notice of Lawsuit was served to the following persons by First Class mail on the date listed below.

Byron Motter, Sheriff, 9th Judicial District of Harvey County
201 East 6th Street
Newton, Kansas 67114

Clerk of District Court
Harvey County Kansas
201 East Sixth Street
Newton, KS 67114

Sherryl Kraft, Kansas Foreclosures
Shapiro and Reid Attorneys At Law
Lamar Suite 240

Overland park, KS 66202

Washington Mutual Bank, FA
PO Box 3029
Milwaukee, Wisconsin 53201-3029

Linda S. Mock, Esquire
Washington Mutual Bank, Attorney FA Successor in Interest to Fleet Mortgage Corporation
c/o PO Box 3029
Milwaukee, Wisconsin 53201

Sarah Rosenblum
Washington Mutual Bank, Attorney FA Successor in Interest to Fleet Mortgage Corporation
c/o PO Box 3029
Milwaukee, Wisconsin 53201

**Phil Kline**
**State of Kansas Attorney General**
**120 SW 10th Avenue 2nd Floor**
**Topeka, Kansas 66612-1597**

## *Sui Juris – Jural Summi Imperii*

I phillip allen dye herein attest and declare that the above statement is true and correct to best of my knowledge under penalty of perjury *In My Private Capacity my Own Right* Propria Persona Sui Jural Summi Imperii I affirm and execute this document. I therefore place my Autograph and Seal in Witness thereof.

Date: August 28, 2006

Autograph: phillip allen dye
c/o 403 Union Church Road
Townsend, Delaware 19734



       

Delawares 1778 Treaty   Moor 1787 Treaty   American Unity States   Moor Great Seal   Moorish America   America Republic   Pembina Nation Little Shell 1863 Treaty

## North America Indigenous People Grand Counsel of Nations
## The Delawares <> The Pembina Nation Little Shell
## The American Moors <> United States of North America



North American Indigenous People Grand Counsel of Nations including the adjoining Islands.
In care of: Post Office Box 508, Odessa City, Delaware North America Republic Postal Zone [19730] Non Domestic

## Notice of Lawsuit

1. Civil Lawsuit Case No: 1:06-CV-1372 Title "Complaint for Ex Parte Declaratory Injunctive Relief And Compensation and Damages" To Enjoin Enforcement of Administrative Codes Commenced in Federal District Court For the District of Columbia on August 1, 2006.

2. You are not a defendant in the case, however you are implicated in the suit for the reasons listed below.
    * Conspiracy in the Unlawful Enforcement of the State of North Carolina Administrative Statutory Codes on Private Natural Citizens.
    * Conspiracy against and deprivation of substantive rights secured and protected by State and Federal Constitutions.
    * Conspiracy against and Violation of Treaties between the United States and the Indigenous North American Nations.
    * Other offenses are implicated as an active conspirator against private property and private property rights.

3. The State of North Caroline Attorney General Roy Copper (bold address listed below) was served the summons and complaint at 07:45 AM on August 21, 2006 and should contact you with specific information concerning your implication.
    a. However, you may want to contact the United States Attorney Roy Copper concerning your implication.

*Please Be Advised; this is a Legal Notice of a Commenced Civil Action Implicating You.*

Date: August 28, 2006
Autograph: *phillip allen clyne*

## Affidavit of Service

I phillip allen dye declare that one copy of the Notice of Lawsuit was served to the following persons by First Class mail on the date listed below.

**Magistrate Tom Church**
State of North Carolina
General Court of Justice
221 Water Street
Charlotte, NC 28677

Magistrate Wayne L. Michaels
State of North Carolina
General Court of Justice
221 Water Street
Charlotte, NC 28677.

Monica D. Dye

11430 Fawn Bridge Drive
Hagerstown, MD 21742.

**Roy Copper**
North Carolina Attorney General
9001 Mail Service Center
Raleigh, NC 26799-9001

### *Sui Juris – Jural Summi Imperii*

I phillip allen dye herein attest and declare that the above statement is true and correct to best of my knowledge under penalty of perjury *In My Private Capacity my Own Right* Propria Persona Sui Jural Summi Imperii I affirm and execute this document. I therefore place my Autograph and Seal in Witness thereof.

Date: August 28, 2006

Autograph: *phillip allen dye*

c/o 403 Union Church Road
Townsend, Delaware 19734

