STUART RABNER
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 114
Trenton, New Jersey  08625
Attorney for Defendant
State of New Jersey

By:  Albert D. Barnes
     Deputy Attorney General
     (609) 984-6455

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, REBECCA JANE DYE, PHILLIPPO ALI DEY, JOSEPH FRANCES PEET, GALEN RENEE BEACH and VICKIE LYNN BEACH, Private Natural Men and women, PEMBINA NATION LITTLE SHELL BAND OF NORTH AMERICA LINEAL DESCENDANT MEMBERS and MEMBERS OF MOORISH AMERICAN NATION, | HONORABLE PAUL L. FRIEDMAN  Civil Case No. 06-01372 (PLF) |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS and STATE OF NORTH CAROLINA, | |
| Defendants. | |

**ORDER DISMISSING COMPLAINT AS TO THE STATE OF NEW JERSEY**

THIS MATTER having been opened to the Court on Motion of the Defendant, State of New Jersey, to Dismiss the Complaint as to the State of New Jersey for improper venue and for failure to state a

claim upon which relief may be granted pursuant to F. R. Civ. P. 12(b)(3) and 12(b)(6), on notice to the parties, and the Court having considered the papers submitted in support of and in opposition to the Motion and the oral argument of the parties, if any, on the return date of the Motion; and it appearing that the motion should be granted, as may be more fully set forth on the record or in a separately issued written opinion;

    IT IS on this _____ day of _____, 2006

    ORDERED that all claims asserted against the State of New Jersey in the Complaint be and hereby are dismissed, with prejudice.

_____
PAUL L. FRIEDMAN, U.S.D.J.