# UNITED STATES DISTRICT COURT
## For The District of Columbia

| | |
|---|---|
| phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation <br><br> Plaintiffs <br><br> V. <br><br> UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA <br><br> Defendants | Case No: 1:06-CV-1372 <br><br> Judge: Paul L. Friedman <br><br> Suite in Equity Article III §-2 United States Constitution <br><br> Declaratory Injunctive Relief <br><br> Declaratory Compensation and Damages |

## Demand For Writ of Summary Judgment with Declaratory and Permanent Injunctive Relief and Compensation and Damages

1. This Court's Civil Rules of Procedure Rule 56 grants expeditious disposition of this controversy when there is no dispute as to either material fact or inferences to be drawn from undisputed facts, resulting in a default judgment. Also see American State Bank of Killdeer v. Hewson, N.D., 411 N.W.2d 57,60.

2. Pursuant to Federal Rules of Civil Procedure Rule 54(c)) Demand for Judgment and Rule 55 Default Judgments this demand for Default-Judgment with Declaratory and Permanent Relief and Compensation and Damages is in effect by Default of the State of Delaware, the State of New Jersey, and the State of North Carolina.

3. As stipulated in the Complaint Summons each Defendant the State of Delaware, the State of New Jersey, and the State of North Carolina each have failed to respond an answer to the complaint captioned above and therefore are in default.

4. Therefore, the plaintiffs in honor reasonably and respectfully demand this court issue a Summary Judgment against Defendants, the State of Delaware, the State of New Jersey, and State of North

RECEIVED

OCT - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Carolina. Whereas the named defendants are in default of failure to respond to Complaint Claim captioned filed August 08, 2006 and Grant the demands, compensation and damages as published in the declaratory and permanent injunction relief complaint.

5. Affidavit in Support is made part of this motion by reference and in support of.

Date: October 04, 2006

Autograph: *philippo ali dey*
403 Union Church Road
Townsend, DE 19734
(302) 378-5015

# Affidavit of Service

I, phillippo ali dey is publishing the fact that I served the above Demand For Summary Judgment with Declaratory and Permanent Injunctive Relief And Compensation And Damages with Affidavit in Support by First Class Mail on October 4, 2006 to the following.

Civil Process Clerk
Alberto Gonzales United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

Carl C. Danberg Attorney General
Carvel State Building
820 North King Street
Wilmington, DE 19809

Stuart Rabner
New Jersey Attorney General
P. O. Box 080
Trenton, NJ 08625-0080

Phil Kline
Kansas Attorney General
120 SW 10th Avenue 2nd Floor
Topeka, Kansas 66612-1597

Roy Copper Attorney General
NC Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001

_____
phillippo ali dey
In care of: 403 Union Church Road
Townsend, Delaware [19734]