# UNITED STATES DISTRICT COURT
## For The District of Columbia

| | |
|---|---|
| phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation<br><br>Plaintiffs<br><br>V.<br><br>UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA<br><br>Defendants | Case No: 1:06-CV-1372<br><br>Judge: Paul L. Friedman<br><br>Suite in Equity Article III §-2 United States Constitution<br><br>Declaratory Injunctive Relief<br><br>Declaratory Compensation and Damages |

## Affidavit in Support of Demand For Writ of Summary Judgment with Declaratory and Permanent Injunctive Relief and Compensation and Damages

Comes Now I phillip allen dye, I rebecca jane dye, I phillippo ali dey, joseph frances peet, I galen renee beach, I vickie lynn beach Affiant, in my private natural capacity bring this action on my own behalf and for and on behalf of the members of the private citizenry, states as follows:

1. Pursuant to Federal Rules of Civil Procedure Rule 54(c)) Demand for Judgment and Rules of Civil Procedure for this Court Rule 55 Default Judgments this demand for Summary Judgment with Declaratory and Permanent Relief, Compensation and Damages where as defendants are in default.

2. Jurisdiction of this Court is conferred by Article III §-2 of the Organic Constitution for the United States of America establishing that; "the judicial power shall extend to all cases in Law and Equity, arising under this Constitution, the laws of the United States, and Treaties made, or which shall be made, under their authority; to controversies to which the United States shall be a party and those cases in which a State shall be party; between a State and Citizens of another State; between Citizens of different States, and between a State or the Citizens thereof, and foreign States, Citizens, or Subjects,"

3. This being a suit in equity, jurisdiction is conferred and this court is bound by the constitutional oath of office to up hold the Constitution for the United States of America and Treaties made there under as Supreme in Law through out America to effect litigation in this matter in law in equity.

## Demand For Writ of Default-Judgment

4. On August 01, 2006 the Plaintiffs filed a Claim against the State of Delaware, the State of New Jersey, and State of North Carolina. The record of service of the summons and complaint was served to all defendants by August 22, 2006 as confirmed by the affidavit of service filed and docketed in the record affirming the United States Post Office Priority Mail Delivery Confirmation. To date the Docket Record in this case shows that the defendants the State of Delaware, the State of New Jersey, and State of North Carolina filed no answer to the complaint as ordered by the summons.

5. Pursuant to Rule of Civil Procedure Rule 12(a)(1)(A) the defendants are mandated to answer the complaint by September 11, 2006 and to date have failed to respond, rebut, challenge or allege any opposition to the allegations in the complaint and are now in Default.

6. The Defendant's failure to make any objections has by silent appearance of consent; acceptance, concurrence or assent constitutes acquiescence to the Claims articulated in the Complaint Civil Case 1:06-CV-1372. See Paul v. Western Distributing Co., 142 Kan. 816, 52 P.2d 379,387 and Frank v. Wilson & Co. 24 Del. Ch. 237, 9 A.2d 82, 86 and Natural Soda Products Co. v. City of Los Angeles, Cal. App., 132 P.2d 553, 563.

7. Therefore the defendants the State of Delaware, the State of New Jersey and the State of North Carolina has defaulted by its non-response, non-rebuttal of complaint.

8. Therefore the Plaintiffs demand a Writ of Execution of Default Judgment Order issuing Declaratory and Permanent Injunctive Relief from the State of Delaware, the State of New Jersey, and the State of North Carolina from enjoining their corporate administrative statutes on the

private citizens, the plaintiffs and grant compensation and damages as per the demands declared in the complaint.

9. Title 28 United States Code §-2201 and §-2202 affirms this suit for declaratory judgment for the State of Delaware, the State of New Jersey, and the State of North Carolina default shall have the force and effect of a final judgment.

## *Autograph Verification and Authentication of Affidavit*
### *Private Notary   Sui Juris – Jura Summi Imperii*

I phillip allen dye, I rebecca jane dye, I phillippo ali dey, I joseph frances peet, I galen renee beach and I vickie lynn beach herein attest, affirm and declare, VERIFY and AUTHENTICATE that the above statements and declarations of evidentiary facts are true and correct to best of my knowledge under penalty of perjury In My Private Capacity my Own Right In Propria Persona Sui Jura Summi Imperii I affirm and execute verify and authenticate this complaint document. I therefore place my Autograph and Seal in Witness thereof.

Date: September 03, 2006

Autograph: *phillip allen dye*         Autograph: *joseph frances peet*

Autograph: *rebecca jane dye*         Autograph: *galen renee beach*

Autograph: *phillippo ali dey*         Autograph: *vickie lynn beach*

