IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIPS ALLEN DYE,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 06CV1372--PLF |
| | ) |
| | ) |
| **UNITED STATES OF AMERICA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**[PROPOSED] ORDER DISMISSING COMPLAINT AS TO THE STATE OF KANSAS**

The Court having considered Defendant the State of Kansas' Motion to Dismiss, and any opposition thereto, finds the State of Kansas' Motion to be well taken and that the Court lacks subject matter jurisdiction over the State of Kansas due to Eleventh Amendment immunity. The Court also finds that venue is improper as to the State of Kansas. The State of Kansas' Motion to Dismiss is granted, and Plaintiff's Complaint against the State of Kansas is accordingly dismissed.

**IT IS SO ORDERED**, this _____ day of _____, 2006.

_____
Paul L. Friedman
United States District Court Judge