IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, PHILLIPPO ALI DAY, REBECCA JANE DYE AND JOSEPH FRANCES PEET, GALEN RENEE BEACH, VICKI LYNN BEACH, PRIVATE NATURAL MEN AND WOMAN, PEMBINA NATION LITTLE SHELL BAND OF NORTH AMERICA LINEAL DESCENDANT MEMBERS AND MEMBERS OF MOORISH AMERICAN NATION,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA,<br>　　　　　　Defendants. | Case No. 1:06CV01372 - PLF |

**[PROPOSED] ORDER**

The Court, having considered the motion to dismiss filed on behalf of defendant State of North Carolina, and any opposition thereto, finds defendant's motion to be well-taken and that this Court lacks jurisdiction over the subject matter of plaintiffs' complaint. Defendant State of North Carolina's motion to dismiss is, therefore, granted and plaintiff's complaint as to this defendant is dismissed with prejudice.

IT IS SO ORDERED, this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge