UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, et. al., | ) |
| | ) Case No. 1:06-cv-1372 |
| Plaintiffs, | ) |
| | ) Hon. Paul L. Friedman |
| v. | ) |
| | ) |
| UNITED STATES, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING COMPLAINT

Having considered the UNITED STATES' MOTION TO DISMISS together with the memorandum of points and authorities in support thereof, and having considered any opposition thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the United States' motion is GRANTED;

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ___ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PHILLIP ALLEN DYE
403 Union Church Road
Townsend, DE 19734

THOMAS J. JAWORSKI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

1978135.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER, which will be filed electronically and available for viewing and downloading from the court's ECF system, was caused to be served upon plaintiff on the 20th day of October, 2006, by depositing copies thereof in the United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Phillip Allen Dye<br>403 Union Church Road<br>Townsend, DE 19734 | Stephen O. Phillips<br>Office of Kansas Attorney General<br>120 Southwest 10th Avenue<br>Topeka, KS 66612 |
| Albert D. Barnes<br>Attorney General for the<br>State of New Jersey<br>25 Market Street<br>P.O. Box 114<br>Trenton, NJ 08625 | Grady L. Balentine, Jr.<br>North Carolina Department of<br>Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699 |

          /s/ Thomas J. Jaworski
THOMAS J. JAWORSKI

1978146.1