# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, REBECCA JANE DYE, PHILLIPO ALI DEY, JOSEPH FRANCES PEET, GALEN RENEE BEACH, VICKIE LYNN BEACH PRIVATE NATURAL MEN AND WOMEN, PEMBINA NATION LITTLE SHELL BAND OF NORTH AMERICA LINEAL DESCENDANT MEMBERS AND MEMBERS OF MOORISH AMERICAN NATION,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   C.A. No. 1:06cv01372<br>:   Judge Paul Friedman<br>:<br>:<br>:<br>:<br>: |

## STATE OF DELAWARE'S MOTION TO DISMISS

The State of Delaware hereby moves to dismiss this matter pursuant to Fed.R.Civ.P 12(b)(1) for the reasons set forth in accompanying points and authorities.

                                                                STATE OF DELAWARE
                                                                DEPARTMENT OF JUSTICE

                                                                /s/ Marc P. Niedzielski
                                                              Marc P. Niedzielski (#2616)
                                                              Deputy Attorney General
                                                              820 North French Street, 6th Floor
                                                              Wilmington, DE 19801
                                                              (302) 577-8324

DATED: January 22, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHILLIP ALLEN DYE, et al.,          : | |
| :  | |
| Plaintiffs,                 : | |
| :  | |
| v.                                  : | C.A. No. 1:06cv01372 |
| :  | Judge Paul Friedman |
| UNITED STATES, et al.,              : | |
| :  | |
| Defendants.                : | |

**POINTS AND AUTHORITIES IN SUPPORT OF DISMISSAL**

Plaintiffs commenced this action by complaint that seeks equitable and legal relief that includes compensatory damages against the State of Delaware. (see complaint pages 33, 35)

> The Eleventh Amendment to the United States Constitution provides:
>
> The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

The Supreme Court in describing the immunity of states from suit observed that "Eleventh Amendment immunity ... is convenient shorthand but something of a misnomer, for the sovereign immunity of the States neither derives from nor is limited by, the terms of the Eleventh Amendment." *Alden v. Maine*, 527 U.S. 706, 713 (1999). Instead, "the States' immunity from suit is a fundamental aspect of the sovereignty which the States enjoyed before the ratification of the

Constitution, and which they retain today except as altered by the plan of the Convention or certain constitutional Amendments." *Id*.

The complaint suggests that some of the plaintiffs may be citizens of the State of Delaware and the language of the Eleventh Amendment seems to bar suit only by citizens of other States. However, the Supreme Court has held that lawsuits by a State's own citizens are also barred. *Edelman v. Jordan*, 415 U.S. 651, 662-663 (1974) ["While the [Eleventh] Amendment by its terms does not bar suits against a State by its own citizens, this Court has consistently held that an unconsenting State is immune from suits brought in federal courts by its own citizens as well as by citizens of another State." (citations omitted)]; *See Ali v. District of Columbia*, 278 F.3d 1, 6 (C.A.D.C. 2002).

For the above reasons, the State of Delaware requests that the Court dismiss this matter for a lack of jurisdiction.

                                                                           Respectfully submitted,

                                                                           STATE OF DELAWARE
                                                                           DEPARTMENT OF JUSTICE

                                                                           /s/ Marc P. Niedzielski
                                                                           Marc P. Niedzielski (#2616)
                                                                           Deputy Attorney General
                                                                           820 North French Street, 6th Floor
                                                                           Wilmington, DE 19801
                                                                           (302) 577-8324

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHILLIP ALLEN DYE, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A. No. 1:06cv01372 |
| : | Judge Paul Friedman |
| UNITED STATES, et al., : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I certify that on January 22, 2007, I caused the following individuals to be served electronically with the attached State of Delaware's Motion to Dismiss and proposed form of order:

Stephen Phillips
Asst. Attorney General
State of Kansas
120 SW 10th Ave.
Topeka, KS 66612
PHILLIPS@ksag.org

Grady L. Balentine, Jr.
Special Deputy Attorney General
North Carolina Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
gbalentine@ncdoj.gov

Albert Barnes
Deputy Attorney General
Division of Law
Judiciary & Prosecutors Section
Hughes Justice Complex
P.O. Box 114
25 Market Street, Trenton, NJ
albert.barnes@law.dol.lps.state.nj.us

Thomas J. Jaworski
Assistant U.S. Attorney
U.S. Department of Justice
P.O. Box 227
Washington, DC  20044
thomas.j.jaworski2@usdoj.gov

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
marc.niedzielski@state.de.us

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A. No. 1:06cv01372 |
| : | Judge Paul Friedman |
| UNITED STATES, et al., : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

I certify that on January 19, 2007, I caused the following individual(s) to be served by regular U.S. Mail with the attached State of Delaware's Motion to Dismiss and proposed form of order:

phillippo ali dey
a/k/a Phillip Allen Dye
Rebecca Jane Dye
Galen Renee Beach
Vickie Beach
Joseph Frances Peet
Innovative Consultants
403 Union Church Road
Townsend, DE  19734

Galen Renee Beach
Vickie Lynn Beach
3228 Northwood Court
Newton, Kansas 67114

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
marc.niedzielski@state.de.us