IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A. No. 1:06cv01372 |
| : | Judge Paul Friedman |
| UNITED STATES, et al., : | |
| : | |
| Defendants. : | |

## **O R D E R**

WHEREAS, the State of Delaware has moved this Court to dismiss the complaint for a lack of jurisdiction under the Eleventh Amendment to the U.S. Constitution; and,

WHEREAS, the Court has reviewed the papers filed in connection with the matter.

**IT IS SO ORDERED this    day of          , 2007**

that the State of Delaware's motion is GRANTED and this matter is DISMISSED for a lack of jurisdiction.

_____
United States District Judge