UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, et al., )<br>)<br>Defendants. )<br> | Civil Action No. 06-1372 (PLF) |

ORDER

       This case was filed on August 1, 2006.  Plaintiffs' return of service, filed on August 28, 2006, reflects that defendant State of Delaware was served on August 22, 2006.  Due to an apparent error by the Clerk of Court, the non-federal defendants, including the State of Delaware were given 60 days to file an answer or otherwise respond to the complaint, instead of the 20 days permitted under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure.  This error was pointed out by defendant State of Kansas in its September 11, 2006 motion for extension of time to confirm that its deadline to respond was 60 days and not 20 days from the date of service.  The Court granted that motion and has permitted all non-federal defendants to file their responses to the complaint in accordance with the time limits set by the Clerk of Court.

       Defendant State of Delaware's response was therefore due on October 23, 2006.  That deadline came and passed without any filing from the State of Delaware.  On January 22, 2007, nearly three months after this deadline had passed and without seeking leave of Court, defendant State of Delaware filed a motion to dismiss.  The Court will not accept such motion, as it is untimely and has not been accompanied by a motion for extension of time providing

adequate explanation why this Court should *nunc pro tunc* extend a deadline that was already three times that to which the defendant was originally entitled. Accordingly it is hereby

ORDERED that defendant State of Delaware's motion to dimiss [13] is STRICKEN from the docket of the Court.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: January 31, 2007                                     United States District Judge