RECEIVED JAN 18 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

RECEIVED JAN 18 2006 TD NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

# UNITED STATES District Court
## For The District of Columbia

| | |
|---|---|
| phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation <br><br> Plaintiffs <br><br> V. <br><br> UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA <br> Defendants | Case No: 1:06-CV-1372 <br><br> Judge: Paul L. Friedman <br><br> Suite in Equity Article III §-2 United States Constitution <br><br> Declaratory Injunctive Relief <br><br> Declaratory Compensation and Damages |

## Plaintiffs Demand Default Judgment Against Each Defendant
## And Declaratory Injunctive Relief with Compensation For Damages
## With Notice of Public Servant Criminal Misconduct

Comes Now I phillip allen dye, I rebecca jane dye, I phillippo ali dey, I joseph frances peet, I galen renee beach, I vickie lynn beach the Affiant-Plaintiff, in my private natural capacity bring this action on my own behalf and on the behalf of the Indigenous North American Peoples and all other members of the private citizenry of America and the Several States, state as follows:

1. On August 1, 2006 I filed a Claim against Defendants for Declaratory Injunctive Relief to enjoin enforcement of their administrative statutes against me.

2. To date January 15, 2007, none of the defendants filed an answer nor a rebuttal of any part of the original complaint case No: 1:06-CV1372 PLF.

3. Each Defendant, the UNITED STATES, the STATE OF DELAWARE, the STATE OF NEW JERSEY, the STATE OF KANSAS and the STATE OF NORTH CARLOINA officially went into Default after October 23rd according the docket record posted 08/28/2006.

4. The last entry in the Docket record filed 11/01/2006 and a copy of that docket record dated 12/04/2006 is absent of an answer, response, rebuttal or any form of rebuttal-argument from any one of the defendants, thus affirming that each defendant is in Default of failure to answer.

**The Law In Equity Demands An Immediate Default Judgment Order0**

5. Paul L. Friedman judicial official and Nancy Mayer-Whittington clerk abandoned their public trust contractual obligation demanding they comply with the court order declared on the Summons issued by this court, signed and sealed by the clerk of this court declaring the following; "YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRIVATE ATTORNEY GENERAL an answer to the complaint which is served on you with this summons, within sixty (60) days after service of this summons on you, exclusive of the day of service. **If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**"

6. Each defendant failed to comply with this demand order and is in Default and Paul L. Friedman judicial official and Nancy Mayer-Whittington clerk has refused to comply with the order to take a default judgment against each defendant for the relief to plaintiff demands in the complaint.

7. Paul L. Friedman judicial official and Nancy Mayer-Whittington clerk abandoned their public trust contractual obligation demanding they comply with the Court's Civil Rules of Procedure;

   a. Rule 8(b), failing to; "state in short and plain terms the party's defenses to each claim asserted" thus failing to challenge, deny or argument any defense point by point against each declared fact in the complaint.

   b. Rule 55 each Defendant defaulted by non-response, non-rebuttal, non-repudiating and each defendant's failure to challenge or dispute as to either material fact or any inferences to be drawn from undisputed facts of the verified complaint. The docket record for Civil Case 1:06-CV-1372 affirms the default.

   c. Rule 56 grants **Expeditious Disposition** of this controversy when there is no dispute as to either material fact or inferences to be drawn from undisputed facts, resulting in a default judgment. Also see American State Bank of Killdeer v. Hewson, N.D., 411 N.W.2d 57,60.

   d. Rule 54(c) Demand for Judgment and Rule 55 Default Judgments.

8. The Rules of Procedure Rule 8(b), Rule 55, Rule 56, Rule 54(c) and the Bill of Rights at the Fifth Amendment each severally and jointly demand that Paul L. Friedman judicial official and Nancy Mayer-Whittington clerk immediately issue the Default Judgment with Declaratory Permanent Injunctive Relief, Compensation and Damages against each defendant.

9. Title 28 United States Code Judiciary and Judicial Procedure §-1657(a) Priority of Civil Actions also provides for instant expeditious disposition when Injunctive Relief, or any other action if good cause therefore is shown. For purposes of this subsection, "good cause" is shown if a right under the Constitution of the United States or a Federal Statute (including rights under section 552 of title 5) would be maintained in a factual context that indicates that a request for expedited consideration has merit. Default judgment merits expeditious disposition of this controversy.

10. Positive Law Codified at Title 28 United States Code §-2201 Creation of Remedy affirms; The declaration of any rights diminished, abrogated, violated, invaded, seized or declaring any arbitrary action against unalienable substantive rights or private property rights secured and protected by the Constitution and by Treaty "shall have the force and effect of a final judgment."

11. Title 28 United States Code §-2201 declarations of the verified claim suit and the declaration of the default judgment against each Defendant shall have the force and effect of a final judgment.

12. Therefore Paul L. Friedman judicial official and Nancy Mayer-Whittington clerk are obligated, mandated and compelled to expeditiously, immediately, instantly affirm, docket, enter the Default Judgment and then take Default Judgment expeditiously, immediately, instantly declare by declaratory order the demands sought in Civil Action Civil Case 1:06-CV-1372 PLF.

13. I the Affiant-Plaintiff therefore demand that Paul L. Friedman judicial official and Nancy Mayer-Whittington clerk perform their public servant contractual obligation to perform their public trust duty of honoring their oath of office to obey Treaties, the Bill of Rights and Constitution as the Supreme law within the United States of America thus protecting me from the defendants.

## Court Officials Obstructing Justice and Obstructing Due Process

14. Affiants-Plaintiff filed on 11/01/2006 Docket No: 12, "Counsel's Responses Are Inadmissible and Defendants Are In Default Plaintiffs Directs The Court To Docket A Default Judgment Against Each Defendant For the Relief Demanded in the Complaint" which provided Paul L. Friedman judicial official and Nancy Mayer-Whittington clerk specific instructions on how to proceed with the Default Judgment Order against each defendant.

15. Therefore Paul L. Friedman judicial official and Nancy Mayer-Whittington clerk are obligated, bound and mandated to issue the Default Judgment against each defendant but they refused and are refusing to perform their public servant obligatory duty to issue the default judgment against each defendant resulting in Obstructing of Justice and Obstructing Due Process, defined as.

    A. Obstructing of Justice – Impeding or obstructing those who seek justice in a court. The act by which one or more persons attempt to prevent, or do prevent, the execution of lawful process. 18 U.S.C.A. § 1501 et seq.; Model Penal Code § 242.1 et seq. See Toledo Newspaper Co. v. U. S., 247 U.S. 402, 38 S. Ct. 560, 564, 62 L.Ed. 1186. See also Misprision of felony; Obstructing process; Withholding of evidence. Black's law Dictionary 6th Ed.

    B. Obstructing Process – the act by which one or more persons attempt to prevent or do prevent the execution of lawful process. Obstructing legal process by refusing to perform an duty authorized by law in the discharge of the official duty of executing the Default Judgment as cited herein. 18 U.S.C.A. § 1501 at seq. See also Obstructing justice. Ibid

        a. Paul L. Friedman and Mayer-Whittington's untimely delay has prevented and hindered the administration of justice of the execution of a default judgment.

16. Therefore this profound wrong must be immediately corrected and the default judgment executed.

## Notice of Falsifying Court Records

17. Chief Judge Thomas F. Hogan you are hereby NOTICED Individually, Jointly, Corporately and Severally of the Criminal Actions of the Court Public Servants Falsifying the Docket Record by counterfeiting the private information therein. The private name-titles of each plaintiff in the record are counterfeits, in that phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances

peet, galen renee beach, vickie lynn beach are published in the court docket record as PHILLIP ALLEN DYE, REBECCA JANE DYE, PHILLIPPO ALI DYE JOSEPH FRANCES PEET, GALEN RENEE BEACH VICKIE LYNN BEACH respectively. The latter names are names of corporate artificial persons in administrative commercial law. The plaintiffs as the former are natural private persons in law in equity as cited in the original complaint. The plaintiffs neither are artificial corporate persons, corporations or organizations nor are conducting commercial business for or within the corporate government jurisdictions or their political subdivisions or any agency or instrumentality thereof, state or federal.

18. Therefore the plaintiffs are not to be listed and identified as such in the docket record.

19. The falsifying of the record continues where each plaintiff is cited as Pro Se represented by a corporate artificial person. Pro Se is an artificial term used in statutory administrative courts meaning that an artificial person, corporation is represented by an artificial person, corporation such as being represented by a Bar Credited Attorney at Law.

20. I the Affiant-Plaintiff clearly identified myself as a private natural person, quoting from the original complaint; "Comes Now the Plaintiff-Affiants, members of the Indigenous North American Peoples and lineal descendent members of the Pembina Nation Little Shell Band of North America, members of the Moorish American Nation, in their private natural capacity bring this action on their own behalf and on the behalf of the Indigenous North American Peoples and all other members of the private citizenry."

21. This critical information in the Civil Docket Record for this case is false, whereas the each plaintiff is a private natural person and each defendant is a corporate artificial person as clearly identified as such in the original complaint and stands as non-disputable evidence in fact.

22. I the Plaintiff-Affiant, in my private natural capacity demand that the record be corrected immediately identifying each plaintiff in his and her proper private person by publishing their

name-title in all lower case letter as the original complaint publishes them and change the classification of the plaintiffs from Pro Se to the original declared status.

23. Falsifying the record "is a crime, under state and federal statutes, for a person, knowing that he has no privilege to do so, to falsify or otherwise tamper with public records with purpose to deceive or injure anyone or to conceal any wrongdoing. See, e.g., Model Penal Code, §-224.4; U.S.C.A. §§ 1506, 2071 2073." Black's Law dictionary 6th Ed page 603.

24. I the Plaintiff-Affiant, in my private natural capacity demand that the false counterfeit information in the docket record be corrected immediately within seventy-two (72) hours, or I will initiate criminal actions for the injustice of such acts and civil actions for the serious damaged imposed upon me as a result of Paul L. Friedman judicial official and Mayer-Whittington clerk refusing to perform their duty and obligation to issue the Default Judgment against the defendants.

25. Chief Judge Thomas F. Hogan you are hereby NOTICED Individually, Jointly, Corporately and Severally of the Criminal Actions of the Court Public Servants identified herein above as are Cited in Title 18 USC §-542 Entry of goods by means of falsifying the records. The docket record contains the following falsifications as identified and defined by Black's Law Dictionary 6th Edition on pages 600 – 603 by the following definitions of terms.

   A. False – See Definition on page 600.
   B. False and fraudulent – See Definition on page 600.
   C. False Claim – See Definition on page 601.
   D. False Claims Act – See Definition on page 601.
   E. False entry – See Definition on page 601.
   F. False fact – See Definition on page 601
   G. Falsehood – See Definition on page 601.
   H. False impersonation – See Definition on page 601.
   I. False instrument – See Definition on page 601.
   J. Falsely – See Definition on page 601.
   K. False pretenses – See Definition on page 602.

    L. False representation – See Definition on page 602.

    M. False Statements – See Definition on page 602.

    N. Falsify – See Definition on page 602.

    O. Falsifying a record – See Definition on page 602.

    P. Falsity – See Definition on page 603.

26. The Falsified Counterfeiting of the names-titles of the plaintiffs and the pro se status gives the false pretense, false representation and false claim that the jurisdiction and venue of this court is transferred from the original jurisdiction-venue founded at Article III §-2 of the Organic Constitution for the United States of America in law and equity established in the original complaint to an Administrative Jurisdiction Venue under Commercial Statutory Code.

27. I the Affiant-Plaintiff, in my private natural capacity demand that the record be corrected immediately affirming the original jurisdiction-venue thus demanding that the court immediately issue the Default Judgment against each defendant as demanded in the complaint and cited herein.

**Notice of Falsifying Court Records To Obstruct Justice and Obstruct Process**

28. Chief Judge Thomas F. Hogan you are hereby-NOTICED Individually, Jointly, Corporately and Severally of the Criminal Actions of the Court Public Servants conspiracy to falsify records to obstruct justice and to obstruct due process and therefore refusing to enter the default judgment against the defendants.

    A. CONSPIRACY - Is a Federal Criminal Offense Title 18 USCA §-371, Model Penal Code §-5.03, See Black's Law Dictionary 6th Edition pages 309-310.

    C. USCA Title 28- Judiciary and Judicial Procedure, Chapter 13 Civil Rights, §-241 Conspiracy against private property rights – the Bill of Rights Fifth Amendment Due Process Clause.

    D. USCA Title 28- Judiciary and Judicial Procedure, Chapter 13 Civil Rights, §-242 Deprivation of rights under color of law – Secured by the Bill of Rights.

    E. USCA Title 42 Chapter 21 Subchapter I §-1985–Conspiracy interfering with Private Property Rights – Secured by the Bill of Rights.

F. USCA Title 28 USC §-1746 and Title 18 §-1621 Perjury and conspiring to commit perjury against property and rights – Secured by the Bill of Rights.

29. The Falsifying of the Record thus creating a counterfeit security documents causing the plaintiffs to appear on the record as artificial corporate persons and then deny them full access to due process secured by the Bill of Rights at Amendment Five and full protection under said Bill of Rights. Whereas artificial corporate persons under corporate administrative statutory procedures are excluded from Bill of Rights prohibiting the defendants from enforcing their administrative statutory codes on me the Affiant-Plaintiff when I am falsely entered as a corp. artificial person.

### Notice of Conceal Possible Impeachable Offences

30. Chief Judge Thomas F. Hogan you are hereby-NOTICED Individually, Jointly, Corporately and Severally of the Falsifying of the Record to convey the deceptive presentment of an administration court instead of the actual Article III court is perpetrated (possibly) because this territorial district judge Paul L. Friedman, who claims to be an Article III judge, is committing an impeachable offense for failing to reside within the district to which he was appointed in violation of §-134 Title 28 U.S.C. and for violation of §-2384 Title 18 U.S.C. by conspiring with others "to prevent, hinder, or delay the execution of any law of the United States. And that the clerk Nancy Mayer-Whittington may be in violation of the federal residency law and also conspiring with others "to prevent, hinder, or delay the execution of any law of the United States.

31. If in violation of the Federal Residency Clause, Paul L. Friedman is without judicial authority to execute any law of the United States giving cause to why his is preventing, hindering and delaying the execution any law such as the Bill of Rights, Terms and Conditions of Treaties of Perpetual Peace and Friendship, laws, rules, procedures such as the Civil Rules of Evidence Codified at Title 28 United States Code Judiciary and Judicial Procedure §-2072, the Rules of Evidence Rule 802 Hearsay, the Rules of Procedure Rule 8, Rule 54, Rule 56 all of which demand that Paul L. Friedman and Nancy Mayer-Whittington immediately, instantly, expeditiously without any further

delay issue the lawful Default Judgment against each defendant and granting the demands of each plaintiff in this case as outlined in the complaint which are posted within and made part thereof.

32. The above cited concealment of true residence declared against Paul L. Friedman and Nancy Mayer-Whittington constitute a profound breach of public trust and the performance of their public trust duties and performance of their oath of office with honor, truth and trustworthiness.

### The Breach of Contract of Performance Duty and Abandon of Oath of Office Falsifying the Records Is Criminal and Demands Being Corrected Immediately

33. Chief Judge Thomas F. Hogan you are Noticed that failure to correct the record and issue the Default Judgment pursuant to the non-disputable evidence of this civil action within seventy-two (72) hours of the date and time this notice is received would provide Affiant-Plaintiff sufficient and reasonable cause to initiate an investigation with criminal prosecution intent for the miss conduct of Paul L. Friedman and Nancy Mayer-Whittington federal public servants.

34. Chief Judge Thomas F. Hogan you are Noticed Individually, Jointly, Corporately and Severally of the Criminal Actions of the Public Servants Paul L. Friedman and Nancy Mayer-Whittington of falsifying of public records, conspiring to falsify records to create, publish and administer counterfeit falsified record; then obstructing justice, obstructing civil process and the execution of due process and protection from government enforcement and regulation secured by the Bill of Rights, the Fifth Amendment, breach of contract of performance of public trust duties, abandonment oath of office, violation of the federal residency laws and conspiring with others conceal such facts "to prevent, hinder, or delay the execution of any law of the United States and therefore refusing to enter the default judgment against the defendants.

35. Paul L. Friedman issued an instant minute order granting an extension of time to answer the complaint to defendants who did not even filed a motion requesting such extension. The Attorney General for the State of Kansas requested an extension of time and the court was therefore authorized to grant such extension, is posted and entered on the record 09/13/2006.

36. However, Paul L. Friedman had no authority to extend such time for the other defendants who did not request such an extension.

37. Paul L. Friedman quickly, instantly, immediately, expeditiously without any delay did issue the extension order even though it was asked for by some defendants. And YET.

38. Paul L. Friedman did not even answer the Affiant-Plaintiff demand that the court "Ex Parte" issue an instant, immediate, expeditious without any delay Temporary Declaratory Injunctive Relief executing the protection secured by the Bill of Rights at Amendments Four and Five that Prohibit the defendants from invading, seizing, interfering with, taking and denying Affiant-Plaintiff private property and diminishing substantive inalienable rights secured by the Bill of Rights.

39. Paul L. Friedman abandoned his oath of office by not up holding the Bill of Rights prohibition prohibiting each of the defendants from administering and enforcing their internal corporate administrative statutory codes and corporate government regulatory enforcement of such statues and code and all other arbitrary actions of enforcement against the Affiant-Plaintiff repugnant to the Bill of Rights and Constitution.

40. The action of Paul L. Friedman abandoning his oath of office and public trust duty and obligation to protect me in my private person, my private property and my private business has resulted in profound extraordinary physical, emotional and financial injury.

41. Each Affiant-Plaintiff individually or collectively is continuously being assaulted, battered, private property being unjustly taken, freedom and liberty movement denied, the pursuit of happiness is diminished. The Affiant-Plaintiffs as private persons are being forced to abandon their private lives and forced and coerced to comply with, conform to and do business in government commerce under the defendant corporate regulations, respectively.

42. Instead of performing his duty to protect each Affiant-Plaintiff, Paul L. Friedman, instead chose to abandon his oath and abandon his duty, obstruct justice by not issuing the "Ex Parte" Temporary Declaratory Injunctive Relief Order.

43. Paul L. Friedman chose to perpetuate his abandonment of his oath of office and his public servant duty in a conspiracy of obstruction of justice and the obstruction of due process, and refusing to protect me the Affiant-Plaintiff from the defendants respectively by not issuing the default judgment even when the record affirms that each defendant defaulted.

44. Chief Judge Thomas F. Hogan you must immediately, instantly, expeditiously without any further delay correct these injustices issue the lawful Default Judgment Order against each defendant and granting the demands of each Affiant-Plaintiff in this case as outlined in the original complaint which are posted within and made part thereof.

*Notice to the Principle is Notice to the Agent*
*Notice to the Agent is Notice to the Principle*

45. AFFIANT further sayeth not.

## *Autograph Verification and Authentication of Demand*
### *Private Notary Sui Juris – Jural Summi Imperii*

I phillip allen dye, I rebecca jane dye, I phillippo ali dey, I joseph frances peet, I galen renee beach, I vickie lynn beach herein attest, affirm and declare, VERIFY and AUTHENTICATE that the above statements and declarations of evidentiary facts are true and correct to best of my knowledge under penalty of perjury. In My Private Capacity my Own Right In Propria Persona Sui Jural Summi Imperii, I hereby affirm and execute verify and authenticate this Demand. I therefore place my Autograph and Seal in Witness thereof.

Date: January 16, 2007

Autograph: *phillip allen dye*
Autograph: *rebecca jane dye*
Autograph: *phillippo ali dey*
Autograph: *joseph frances peet*
Autograph: *galen renee beach*
Autograph: *vickie lynn beach*

## Affidavit of Service

I, phillippo ali dey affirm that I served the above Plaintiffs Demand Default Judgment Against Each Defendant And Declaratory Injunctive Relief with Compensation For Damages by Priority Mail with Delivery Confirmation 0306 1070 0005 0629 4511 on January 16, 2007 to the following.

Chief Judge Thomas F. Hogan
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

Judge Paul L. Friedman
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

Nancy Mayer-Whittington
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

*phillippo ali dey*
phillippo ali dey
In care of: 403 Union Church Road
Townsend, Delaware 19734-9999, Non-Domestic

## Affidavit of Notice of Misprision of Felony, Criminal and Treason Crimes

1. I phillip allen dye, I rebecca jane dye, I phillippo ali dey, I joseph frances peet, I galen renee beach, I vickie lynn beach a Private Natural Person, "Hereafter" Affiant, is of lawful age, sound mind, competent and capable of telling the truth, voluntarily relate the following first hand knowledge of the facts declaring the following.
2. Chief Judge Thomas F. Hogan *you* are hereby NOTICED Individually, Jointly, Corporately and Severally of the Misprision of Felony Criminal Actions of federal district court public servant government officials performing public service duties operating under "The Color of Law".
3. Pursuant to TITLE 18 PART I, CHAPTER 1 § 1. §-4 Misprision of Felony
   a. Whoever, having knowledge of the actual commission of a felony (Criminal Activity) cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both. The following definitions help me to better understand the need to submit this Affidavit of Notice.
4. United States Code Title 18 USC makes it a serious crime to have knowledge of certain criminal behaviors of individuals and fail to report such to the proper authorities. The Warnings are called "Misprision of Felony" and "Misprision of Treason". Black's Law Dictionary 6th Ed defines these terms as follows.

   *a. Misprision.* A word used to describe an offense, which does not possess a specific name. United States v. Perlstein, C.C.A.N.J., 126 F.2d 789, 798. But more particularly and properly the term denotes either: (1) a contempt against the sovereign, the government, or the courts of justice, including not only contempt of court, properly so called, but also all forms of seditious or disloyal conduct and leze-majesty; (2) misadministration of public office; neglect or improper performance of official duty, including peculation of public funds; (3) neglect of light account made of a crime, that is, failure in the duty of a citizen to endeavor to prevent the commission of a crime, or, having knowledge of its commission, to fail to reveal it to the proper authorities.

   *b. Misprision of felony.* The offense of concealing a felony committed by another, but without such previous concert with or subsequent assistance to the felon as would make the party concealing an accessory before or after the fact. United States v. Perlstein, C.C.A.N.J., 126 F.2d 789, 798. Elements of the crime are that the principal committed and completed the felony alleged, that the defendant had full knowledge of that fact, that the defendant failed to notify the authorities, and that defendant took an affirmative step to conceal the crime. U.S. v. Ciambrone, C.A. Nev., 750 F.2d 1416, 1417.

   *c. Misprision of treason.* The bare knowledge and concealment of an act of treason or treasonable plot by failing to disclose it to the appropriate officials; that is, without any assent or participation therein, for if the latter elements be present the party becomes a principal. 18 U.S.C.A. § 2382. See also Obstructing justice.

   *d. Obstructing justice -* Obstructing justice. Impeding or obstructing those who seek justice in a court, or those who have duties or powers of administering justice therein. The act by which one or more persons attempt to prevent, or do prevent, the execution of lawful process. The term applies also to obstructing the administration of justice in any way-as by hindering witnesses from appearing, assaulting process server, influencing jurors, obstructing court orders or criminal investigations. Any act, conduct, or directing agency pertaining to pending proceedings, intended to play on human frailty and to deflect and deter court from performance of its duty and drive it into compromise with its own unfettered judgment by placing it, through medium of knowingly false assertion, in wrong position before public, constitutes an obstruction to administration of justice. Toledo Newspaper Co. v. U. S., 247 U.S. 402, 38 S.Ct. 560, 564, 62 L.Ed. 1186.

See 18 U.S.C.A. § 1501 et seq.; Model Penal Code § 242.1 et seq. See also Misprision of felony; Obstructing process; Withholding of evidence.

*e. Obstructing Process* - In criminal law, the act by which one or more persons attempt to prevent or do prevent the execution of lawful process. Obstructing legal process or official duty is knowingly and willfully obstructing, resisting or opposing any person authorized by law to serve process or order of a court, or in the discharge of any official duty. See e.g. 18 U.S.C.A. § 1501 at seq. See also Obstructing justice.

5. This affidavit is not designed to go into specific detail at any length to explain anything. The purpose of this affidavit is to comply the concept of notifying the proper officials when it is known that certain criminal crimes felony and treason in nature is committed or is being committed. This affidavit of notice is to inform of how my person, my family and my personal property is significantly damaged and harmed by the misprision acts of Delaware public servants.

6. Whereas, Affiant, being a law abiding Private Natural Person of the private citizenry in the Delaware Republic within the United States Republic of America is cognizable of the above law.

7. THEREFORE Affiant Declarant declares under penalty of perjury under the laws for the United States of America Republic, that I am competent to be witness and that the facts contained herein are true, correct, complete and not misleading, to the best of my first-hand knowledge and belief.

## *Autograph Verification and Authentication of Notice*
### *Private Notary   Sui Juris – Jural Summi Imperii*

I phillip allen dye, I rebecca jane dye, I phillippo ali dey, I joseph frances peet, I galen renee beach, I vickie lynn beach Declarant herein attest, affirm and declare, VERIFY and AUTHENTICATE under penalty of perjury under the laws for the United States of America Republic that the above declarations of this Affidavit of Notice of Misprision of Felony, Criminal and Treason Crimes are true and correct to best of my first-hand knowledge. I in My Private Capacity my Own Right In Propria Persona Sui Jural Summi Imperii, affirm and execute verify and authenticate this Notice document. I therefore place my Autograph and Seal in Witness thereof.

Date: January 15, 2007

Autograph: *phillip allen dye*
Autograph: *rebecca jane dye*
Autograph: *phillippo ali dey*
Autograph: *joseph frances peet*
Autograph: *galen renee beach*
Autograph: *vickie lynn beach*

In care of: 403 Union Church Road
Townsend, Delaware [19734-9999]
Non-Domestic

Page 2 of 2

# UNITED STATES DISTRICT COURT
## For The District of Columbia

| | |
|---|---|
| phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation<br><br>Plaintiffs<br><br>V.<br><br>UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA<br>Defendants | Case No: 1:06-CV-1372<br><br>Judge: Paul L. Friedman<br><br>Suite in Equity Article III §-2 United States Constitution<br><br>Declaratory Injunctive Relief<br><br>Declaratory Compensation and Damages |

### Plaintiff Instructions To the Court For Permanent Injunctive Relief Order
### And The Declaration and Granting of Damages Order

1. Specific instructions were provided to the court to prepare and issue the default judgment against each defendant. The filing is docketed in the record 11/01/2006 (12)(8) entered 11/06/2006 containing the following instructions to the court.

2. THEREFORE, each Plaintiff standing on inalienable substantive rights that exist by the Law of the Land, long antecedent to the organization of the State reasonably, respectively and honorably demand that this Most Honorable Court:

   A. Issue an immediate Order Affirming the Status of the Bill of Rights as a Permanent Injunction enjoining, prohibiting each Defendant, their successors, their officers, their agents and all private and public persons acting in concert with them from performing any acts or actions repugnant to the Bill of Rights – Constitution and all Treaties which are the Supreme laws throughout the United States and its Political Sub-divisions thereof and therein from administering and enforcing their administrative statues against each Plaintiff.

   B. Issue an immediate Declaratory Judgment Order to compel each Defendant, their successors, their officers, their agents and all private and public persons acting in concert with them to perform his/her duty to Protect and Secure Private-Citizens, each Plaintiff and their Private Property and all Unalienable Substantive Rights pursuant to Title 28 the United States Code at §-361, "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

   C. Issue an immediate Declaratory Order enjoining prohibiting by Permanent Injunctive Relief; each defendant, their successors, their agents and all persons acting in concert with them from enforcing or

threatening to enforce federal and state corporate administrative statues, laws, codes, ordinances, regulations or any arbitrary acts inconsistent, repugnant or contrary to the Bill of Rights – Constitution and Treaties cited in the complaint on the plaintiffs, members of Treaty Nations in North America and the private citizenry therein.

D. To ensure future safety and protection of each plaintiff, that each defendant respectively list each plaintiff in their information data system as Private Citizens with exclusive immunity from their regulations allowing, requiring or forbidding conduct in which private persons are prohibited to engage.

E. Issue a declaratory judgment order ordering each defendant to return all private property taken or seized by extortion wrongfully by undue influence, fraudulent conveyance by way of registration, misrepresenting of facts, non-disclosure of facts or with holding of facts in any agreement or contract administering registrations and applications and recordings of private property and terminating the following contracts as follows:

1. The application and or registration documents for corporate birth certification.
2. The application and or registration documents for corporate marriage certification.
3. The application and or registration documents for social security number.
4. The application and or registration documents for vehicle certificate of title and return original title of ownership to each respective plaintiff including the Manufactures' Statement of Origin.
5. The application and or registration documents for state drivers license.
6. The recording and or registration documents for private real land property including private property deeds that were recorded and or registered.
7. That each defendant terminates all hidden adhesion contracts associated with the names that appear like and sound like the name of the private plaintiffs.
    i. Remove all liens, judgments and encumbrances posted against each plaintiff's private properties.
    ii. Notify all credit reporting agencies of the termination of said liens, judgments and encumbrances against plaintiff's private properties.
    iii. Provide each respective plaintiff with proper notice that all credit-reporting agencies are notices and the liens, all encumbrances and all judgments against plaintiff's private properties are removed from credit reporting records.

**Calculations To Determine Compensation For Property Taken and Damages**

3. Whereas the Declaration of a violation of a substantive right "shall have the force and effect of a final judgment." Pursuant to Title 28 United States Code §-2201, each declaration shall be treated independently per defendant and plaintiff and Defendant and third injured party.

4. Each Plaintiff and Injured Party seek a Just Compensation of $ 25,000.00 for each violation of private property, private property rights and inalienable substantive rights taken and Damages of $25,000.00 for each violation of law interfering with inalienable substantive secured and protected rights cited herein below as follows;

A. There are ten (10) violations published below.
   1. The 1778 Delawares Treaty of Perpetual Peace and Friendship.
   2. The 1787 Moorish Treaty of Perpetual Peace and Friendship.
   3. The 1863 Pembina Nation Treaty of Perpetual of Peace and Friendship.
   4. Title 18 United States Code §-241 Conspiracy against substantive rights.
   5. Title 18 United States Code §-242 Depravation of rights under color of law
   6. Title 28 United States Code 2072 Abridge, enlarge or modify any substantive rights.
   7. Title 42 United States Code §-1983 Deprivation of Rights under colorable law.
   8. Title 42 United States Code §-1985 Conspiracy to Interfere with Rights under colorable law and statues.
   9. Title 18 United States Code §-1001 Making False Statements shall be fined for damages.
   10. Title 18 United States Code §-152 and §-3571 Presenting Fraudulent Claims against each Plaintiff.
B. The Provisions for Compensation and Damages are published below.
   1. The United States Constitution 5th and 14th Amendments Just Compensation Clause.
   2. Title 26 United States Code §-7433 Damages for certain unauthorized collection actions.
   3. Title 28 United States Code §-1343 for damages for deprivation of rights under color of law.
   4. Title 28 United States Code §-2201 and §-2202 for declaratory relief and further relief.
   5. Title 18 United States Code §-152 and §-3571 for presenting fraudulent claim.

5. Compensation and damages for each declaration actions against plaintiffs in complaint as follows:
   a. The First Declaration – United States 10 violations of takings at $25,000.00 each.
      i. phillip allen dye - $250,000.00 and rebecca jane dye - $250,000.00.
   b. The Second Declaration – United States 10 violations at $25,000.00 each.
      i. phillip allen dye - $250,000.00 and rebecca jane dye - $250,000.00.
   c. The Third Declaration – United States and State of Delaware 10 violations at $25,000.00 each
      i. phillip allen dye - $250,000.00/$250,000.00
      ii. rebecca jane dye - $250,000.00/$250,000.00.
   d. The Fourth Declaration – State of Delaware 10 violations at $25,000.00 each.
      i. phillip allen dye - $250,000.00.
      ii. phillip allen dye - $750,000.00 for 3 days detainment in state prison.
   e. The Fifth Declaration – United States 10 violations at $25,000.00 each.
      i. phillippo ali dey - $250,000.00 and joseph frances peet - $250,000.00 and galen renee beach - $250,000.00 and vickie lynn beach - $250,000.00
   f. The Sixth Declaration – State of New Jersey 10 violations at $25,000.00 each.
      i. joseph frances peet - $250,000.00.
      ii. joseph frances peet - $250,000.00 for the second occurrence.
      iii. joseph frances peet - $2,500,000.00 for 10 days detainment in prison.
   g. The Seventh Declaration – United States and State of Kansas 10 violations at $25,000.00 each

    i. galen renee beach - $250,000.00/$250,000.00.

    ii. vickie lynn beach - $250,000.00/$250,00.00.

  h. The Eighth Declaration – United States 10 violations at $25,000.00 each.

    i. galen renee beach - $250,000.00.

    ii. galen renee beach - $5,500,000.00 for over five months detainment in prison.

    iii. vickie lynn beach - $250,000.00.

    iv. vickie lynn beach - $3,250,000.00 for 93 Days detainment in a United States Federal prison.

  i. The Ninth Declaration – United States 10 violations at $25,000.00 each.

    i. galen renee beach - $250,000.00 and vickie lynn beach - $250,000.00.

  j. The Tenth Declaration – State of Kansas 10 violations at $25,000.00 each.

    i. galen renee beach - $250,000.00 and vickie lynn beach - $250,000.00.

  k. The Eleventh Declaration – State of North Carolina 10 violations at $25,000.00 each.

    i. daniel alden dye - $250,000.00.

    ii. daniel alden dye - $250,000.00 for two hours confinement in the Statesville, NC local county jail.

6. The following Table contains the final amount each Defendant is liable for compensation for the invasion of, seizure of and the taking of private property and private property rights including all unalienable and Substantive rights and damage resulting from violations of Treaty, Constitution Bill of Rights and the Positive laws of the United States America and the State of Delaware, the State of New Jersey, the State of Kansas and the State of North Carolina to each Plaintiff based on the Declaration of claims against each Defendant.

### Total of Compensation and Damages for Each Plaintiff

| Plaintiff | Defendant | Compensation | Damages |
|---|---|---|---|
| phillip allen dye | United States of America | $750,000.00 | $750,000.00 |
| phillip allen dye | State of Delaware | $500,000.00 | $500,000.00 |
| rebecca jane dye | United States of America | $750,000.00 | $750,000.00 |
| rebecca jane dye | State of Delaware | $250,000.00 | $250,000.00 |
| phillippo ali dey | United States of America | $250,000.00 | $250,000.00 |
| joseph frances peet | United States of America | $250,000.00 | $250,000.00 |
| joseph frances peet | State of New Jersey | $750,000.00 | $750,000.00 |
| galen renee beach | United States of America | $6,000,000.00 | $6,000,000.00 |
| galen renee beach | State of Kansas | $500,000.00 | $500,000.00 |
| vickie lynn beach | United States of America | $4,250,000.00 | $4,250,000.00 |
| vickie lynn beach | State of Kansas | $500,000.00 | $500,000.00 |
| Daniel alden dye | State of North Carolina | $500,000.00 | $500,000.00 |

7. The above declaration of just compensation to each Plaintiff from the specific Defendants' actions of taking of private property, private property rights and interference with specific Plaintiff's inalienable and substantive rights; "shall have the force and effect of a final judgment." Pursuant to Title 28 United States Code §-2201.
8. The above declaration for damages resulting from the Defendants taking of private property, private property rights and interference with specific Plaintiff's inalienable and substantive rights; said damages "shall have the force and effect of a final judgment." Pursuant to Title 28 United States Code §-2201.
9. Therefore, Plaintiffs respectively, reasonably and Honorably demand that this Most honorable Court Grant each plaintiff and the injured third party the just compensation and damages as published above.
10. And, that this Most Honorable Court Grant the Plaintiffs such other relief as the Court may deem proper.
11. These demands for damages are fair and equitable in law.

## *Autograph Verification and Authentication of Instruction*
### *Private Notary Sui Juris – Jural Summi Imperii*

I phillip allen dye, I rebecca jane dye, I phillippo ali dey, I joseph frances peet, I galen renee beach, I vickie lynn beach herein attest, affirm and declare, VERIFY and AUTHENTICATE that the above statements and declarations of evidentiary facts are true and correct to best of my knowledge under penalty of perjury. In My Private Capacity my Own Right In Propria Persona Sui Jural Summi Imperii, I hereby affirm and execute verify and authenticate this Demand. I therefore place my Autograph and Seal in Witness thereof.

Date: January 16, 2007

Autograph: _phillip allen dye_

Autograph: _rebecca jane dye_

Autograph: _phillippo ali dey_

Autograph: _joseph frances peet_

Autograph: _galen renee beach_

Autograph: _vickie lynn beach_

