UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILLIP ALLEN DYE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1372 (PLF) |

ORDER

This matter is before the Court on "Plaintiffs Demand Default Judgment Against Each Defendant And Declaratory Injunctive Relief with Compensation For Damages With Notice of Public Servant Criminal Misconduct." Upon review of the record in this case, it is hereby

ORDERED that plaintiffs' demand for default is DENIED with respect to defendants United States, State of New Jersey, State of Kansas, and State of North Carolina; and it is

FURTHER ORDERED that defendant State of Delaware shall show cause on or before February 15, 2007 why this Court should not enter default judgment in favor of plaintiffs; and it is

FURTHER ORDERED that defendant's demand for declaratory injunctive relief is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: February 2, 2007          United States District Judge