**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PHILLIP ALLEN DYE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 6-1372 (PLF) |
| | : | |
| UNITED STATES, et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT'S MOTION TO EXTEND THE TIME TO PLEAD**

The State of Delaware, by and through undersigned counsel, hereby moves the Honorable Court pursuant to Fed.R.Civ.P. 6(b) to extend the time to answer or otherwise plead to the complaint in this matter. In support of this motion, the following is shown:

1.  The docket reflects that this case was filed on August 1, 2006. The plaintiff's return of service suggests that service was made on August 22, 2006. By subsequent order, the Court granted all defendants 60 days to answer or otherwise plead. *Dye v. U.S.,* C.A.No. 06-1372 (PLF) (Order) (D.D.C. January 31, 2007)

2.  The District Court for the District of Columbia requires that "all documents to be filed with the Court must be filed by electronic means in manner authorized by the Clerk." LCvR 5.4(a)

3.  On October 12, 2006, counsel for the State of Delaware made application for admission to the Bar of the Court and for ECF registration in this

pending matter. No motion can be filed without ECF access. (copy of letter without enclosures is attached)

4. On October 24, 2006, counsel for the State of Delaware, following communications with the Clerk's office, submitted an application for registration. (copy of letter without enclosures is attached)

5. From October 24, 2006 until January 19, 2007, counsel for the State of Delaware made telephone calls on a regular basis to the Clerk's Office inquiring as to ECF registration so that a response to the complaint could be filed. Eventually, at the request of the Clerk's office, counsel sent by facsimile a copy of his prior submissions for ECF registration.

6. By e-mail dated Saturday, January 20, 2007 @ 7:57pm, counsel for the State of Delaware received his ECF Login Name and Password.

7. On Monday, January 22, 2007, counsel for the State of Delaware electronically filed a motion to dismiss for a lack of subject matter jurisdiction.

8. On January 31, 2007, the Court *sua sponte* stuck Delaware motion to dismiss on the grounds that it was filed without a requested extension of time.

9. On February 1, 2007, counsel for the moving party contacted counsel for the codefendants, and they indicated that they have no objection to the granting of this motion. Counsel also attempted to contact plaintiffs. Counsel called the only telephone number available and left a voice mail message. There has been no return call as of the time of this filing.

10. Plaintiffs will not be prejudiced by such an extension.

- 3 -

    For the above reasons, the State of Delaware requests the Honorable Court enter an order extending the time to answer or otherwise plead to ten days.

    Respectfully submitted,

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    <u>/s/ Marc P. Niedzielski</u>
    Marc P. Niedzielski (#2616)
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8324

DATED:  February 6, 2007

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 06-1372 (PLF) |
| | : |
| UNITED STATES, et al., | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I certify that on February 6, 2007, I caused the following individuals to be served electronically with the attached State of Delaware's Motion to Extend Time to Plead, exhibits and proposed form of order:

Stephen Phillips
Asst. Attorney General
State of Kansas
120 SW 10th Ave.
Topeka, KS 66612
PHILLIPS@ksag.org

Grady L. Balentine, Jr.
Special Deputy Attorney General
North Carolina Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
gbalentine@ncdoj.gov

Albert Barnes
Deputy Attorney General
Division of Law
Judiciary & Prosecutors Section
Hughes Justice Complex
P.O. Box 114
25 Market Street, Trenton, NJ
albert.barnes@law.dol.lps.state.nj.us

Thomas J. Jaworski
Assistant U.S. Attorney
U.S. Department of Justice
P.O. Box 227
Washington, DC  20044
thomas.j.jaworski2@usdoj.gov

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
marc.niedzielski@state.de.us

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No.06-1372 (PLF) |
| | : |
| UNITED STATES, et al., | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I certify that on February 6, 2007, I caused the following individual(s) to be served by regular U.S. Mail with the attached State of Delaware's Motion to Extend Time to Plead, exhibits and proposed form of order:

phillippo ali dey
a/k/a Phillip Allen Dye
Rebecca Jane Dye
Galen Renee Beach
Vickie Beach
Joseph Frances Peet
Innovative Consultants
403 Union Church Road
Townsend, DE  19734

Galen Renee Beach
Vickie Lynn Beach
3228 Northwood Court
Newton, Kansas 67114

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
marc.niedzielski@state.de.us

- 5 -