


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

October 12, 2006

PLEASE REPLY TO:   New Castle Office – Civil Division

U.S. District Court for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1825
Washington, DC 20001

RE:   <u>Dye v. United States, et al.</u>, 1:06cv01372-PLF

Dear Sir or Ms.:

I am a Deputy Attorney General with the Delaware Department of Justice who seeks to represent the State of Delaware which is a named defendant in the above matter. In accordance with LCvR 83.2(f), I am seeking admission to your Court.

I have enclosed a Certificate of Good Standing from the Delaware Supreme Court and an application for an account for the Court's ECF system. I have reviewed and am reasonably familiar with your local rules.

If I need do anything else, please contact me at your convenience. My direct dial telephone number is (302) 577-8324 and my fax number is (302) 577-5866.

Very truly yours,



Marc P. Niedzielski
Deputy Attorney General

Enclosures