


# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

October 24, 2006

**PLEASE REPLY TO:** New Castle Office – Civil Division

Ms. Sherryl Horn
Attorney Admissions Clerk
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

      RE:  **Dye v. United States, et al., 1:06cv01372-PLF**

Dear Ms. Horn:

Enclosed is the original 2006 Renewal/Government Attorney form as you requested in your e-mail of October 23, 2006.

If I need do anything else, please contact me at your convenience. My direct dial telephone number is (302) 577-8324 and my fax number is (302) 577-5866.

Very truly yours,

Marc P. Niedzielski
Deputy Attorney General

Enclosures