**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHILLIP ALLEN DYE, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 6-1372 (PLF) |
| | : |
| UNITED STATES, et al., | : |
| | : |
| Defendants. | : |

## O R D E R

WHEREAS, the State of Delaware has moved this Court to extend the time period to answer or otherwise plead pursuant to Fed.R.Civ.P, 6(b); and,

WHEREAS, the Court has reviewed the papers filed in connection with the matter.

**IT IS SO ORDERED this    day of          , 2007**

that the State of Delaware's motion is GRANTED and it shall answer or otherwise plead within ten days of this order.

_____
United States District Judge