IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.   : | C.A. No.6-1372 PLF |
| : | |
| UNITED STATES, et al., : | |
| : | |
| Defendants. : | |

## **O R D E R**

WHEREAS, the State of Delaware has moved this Court to dismiss the complaint for a lack of jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1) and (2); and,

WHEREAS, the Court has reviewed the papers filed in connection with the matter.

**IT IS SO ORDERED this    day of          , 2007**

that the State of Delaware's motion is GRANTED and this matter is DISMISSED for a lack of jurisdiction.

_____
United States District Judge