UNITED STATES DISTRICT COURT
For The District of Columbia

**RECEIVED**
FEB 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation<br><br>Plaintiffs<br><br>V.<br><br>UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA<br>Defendants | Case No: 1:06-CV-1372<br><br>Judge: Paul L. Friedman<br><br>Suite in Equity Article III §-2 United States Constitution<br><br>Declaratory Injunctive Relief<br><br>Declaratory Compensation and Damages |

### Demand For Recuse of Judicial Official And
### Notice of Initiation of Criminal and Civil Actions Against All Involved in Case

Comes Now I phillip allen dye, I rebecca jane dye, I phillippo ali dey, I joseph frances peet, I galen renee beach, I vickie lynn beach the Affiant-Plaintiff, in my private natural capacity bring this action on my own behalf and on the behalf of the Indigenous Private North American Peoples and all other members of the private citizenry of America and the Several States, declare as follows:

1. I demand the Paul L. Friedman remove himself or be removed from this case whereas I have initiated the following actions against him.
    A. Civil actions include the following.
        1. Breach of contract of performance of the oath of office taken by him to uphold the Constitution.
        2. Breach of contract of performance of public servant duty to regard and up hold the Bill of Rights, the Constitution and Treaties as the Supreme Law of the United States of America.
        3. Breach of contract of performance of duties to protect the me the plaintiff, a private citizen from the government actions against me that diminished, denied, abridged, modified and enlarged substantive rights secured by the Bill of Rights, Constitutions and Treaties.
        4. Disregard for the Bill of Rights at Amendments First, Four and Five of the Constitution.
    B. Criminal actions include the following.
        1. Falsification of the court records attempting to change the venue and jurisdiction of this court case from the original Article III §-2 of the Constitution for the United States status of law in equity to an administrative court under commercial statutory regulations where the prohibitions of the Bill of Rights and Constitutional limitations and protections are excluded.

2. Using falsified records to create counterfeit securities. The order dated and issued February 2, 2007 qualifies as a counterfeit security imposing a counterfeit obligation denying me full access to the due process right that is secured and protected by the Bill of Rights at Amendment Five.

3. Paul L. Friedman a judicial officer under oath to protect the plaintiffs that are secured and protected by the Bill of Rights, Treaties and the Constitution from invasion of their Republic Form of Government used his judicial position to aid, abet and support the actions of the attorneys that filed inadmissible motions in this civil action. The motions are designed to over the United States Republic Form of Constitutional Government protecting the plaintiffs from such acts of invasion.

4. State of New Jersey Attorney General Stuart Rabner, through Albert D. Barnes, Deputy Attorney General, and State of Kansas Attorney General Phil Kline, through Assistant Attorney General Steve Phillips, and United States Attorney Thomas J. Jaworski, and State of North Carolina Attorney General Roy Cooper by Special Deputy Attorney General Grady L. Balentine Jr, and State of Delaware Deputy Attorney General Marc P. Niedzielski each did file inadmissible motions in this civil action in an attempt to over throw the United States of America Republic Form of Government and its Constitution with Bill of Rights and Constitutional Article III law and Equity Courts of Justice that secure and protect the plaintiffs in their private status from such invasions.

5. Paul L. Friedman instead of rejecting these inadmissible motions supported them and the attempt to over the United States of America Constitutional Republic Form of Government, its Constitution and Bill of Rights and its Constitutional Article III law and Equity Courts of Justice. Denying the plaintiffs their un-attested, un-rebutted, un-challenged claims declared in the complaint 06-1372 (PLF) constitute aiding and abetting acts of the attorneys attempt to over throw the Constitution within this civil claim.

6. The motions submitted by the attorney generals each contain a falsification of court records information used to create Counterfeit Securities published in the form of motions and submitted in this civil action with the intent to over throw the Constitutional Article III §-2 Law and Equity Court of Justice.

7. Each attorney general and his deputy attorney general's actions of falsifying the court records attempting over the throw of this Article III Civil Action causing it to appear as a commercial administrative and statutory court using corporate administrative statutes to over throw the Republic Form of Government of the United States of America Republic and the 48 Contiguous Republic States by receiving judicial aid and abetting and support from the judicial officer Paul L. Friedman.

8. The order dated February 2, 2007 issued by Paul L. Friedman a counterfeit security created by falsifying the court records has subtly almost imperceptibly over thrown the Constitution, the Bill of Rights, Treaties made under the Constitution and the Republic Form of Government guaranteed by the Constitution as far as the plaintiffs are concern in this civil action.

9. The actions of the attorney generals and their deputy attorney generals aided and abetted by Paul L. Friedman and Nancy Mayer-Whittington in modifying and falsifying the court records to create

counterfeit securities and impose them on the plaintiffs diminishing, deny, abrogate substantive inalienable rights constitutes an over throw of their Republic Form of Government and the Bill of Rights, Constitution and Treaties created to protect the plaintiffs from such invasions from government.

10. This type of invasion action is defined as Misprision of Treason in the United States Criminal Code Title 18 U.S.C.A. §-2381 and §-2382 et al.

11. Other criminal actions include conspiracy against rights, racketeering, and modification of language during the court process, falsify the records, making false claims, making false statements, creating and issuing counterfeit securities, obstruction of Due Process, obstruction of Justice and a number of other criminal crimes to be published in the actual criminal complaint.

## Notice of Initiation Criminal and Civil Action

12. The criminal actions published herein above are initiated against the following.
    a. Paul L. Friedman doing as business the judicial officer in the civil action.
    b. Nancy Mayer Whittington doing business as the clerk of this federal district court.
    c. Thomas F. Hogan doing business as the chief judicial officer of this federal court.
    d. Thomas J. Jaworski doing business as a United States attorney.
    e. Marc P. Niedzielski doing business as deputy attorney for the State of Delaware.
    f. Stuart Rabner doing business as attorney for the State of New Jersey.
    g. Albert D. Barnes business as deputy attorney for the State of New Jersey.
    h. Paul Kline business as attorney for the State of Kansas.
    i. Steve Phillips business as deputy attorney for the State of Kansas.
    j. Roy Cooper business as attorney for the State of North Carolina.
    k. Grady L. Balentine, Jr. business as deputy attorney for the State of North Carolina.

C. Initiate Judicial Review to investigate and issue appropriate action for the following;
   1. Paul L. Friedman, who claims to be an Article III judge, is possibly committing an impeachable offense for failing to reside within the district to which he was appointed in violation of Title 28 U.S.C. §-134 and for violation of Title 18 U.S.C. §-2384 by conspiring with others "to prevent, hinder, or delay the execution of any law of the United States.
   2. Nancy Mayer Whittington, clerk of this court has falsified the records of this court and has by her actions has aided and abetted the actions of the attorney generals and their deputy attorney generals involved in this Article III Civil Claim in a conspiracy to over throw the Republic Form of Government, its Bill of Rights, Constitution and Treaties of Perpetual Peace and Friendship between the North American Indigenous Nations and their private natural peoples.
      a. Aiding and abetting actions to over throw the Constitution and the Republic Form of Government and Treaties made under the Constitution constitute acts of Treason.

3. Thomas F. Hogan, chief judicial officer of this district court refused to correct the errors of Paul L. Friedman and Nancy Mayer Whittington. He chose to abandon his oath of office and public servant duty to up hold the Supremacy of the Constitution, the Bill of Rights and Treaties and decided to aid and abet the actions of the attempt to over throw the Republic Form of Government in conspiracy with the other parties published herein.

2. Therefore I demand the immediate recuse of Paul L. Friedman whereas this action creates a profound conflict of interest for him to remain in this matter.

3. The replacement judge for Paul L. Friedman will like wise be held liable for the performance of his/her oath of office and residence requirement and his/her performance of all public servant duties.

**Notice to the principal is Notice to the agent**

**Notice to the agent is Notice to the principal**

**Notice of Criminal and Civil Action is initiated**

**Against all parties involved in the civil action**

*Autograph Verification and Authentication of Demand*

*Private Notary Sui Juris – Jural Summi Imperii*

I phillip allen dye, I rebecca jane dye, I phillippo ali dey, I joseph frances peet, I galen renee beach, I vickie lynn beach herein attest, affirm and declare, VERIFY and AUTHENTICATE that the above statements and declarations of evidentiary facts are true and correct to best of my knowledge under penalty of perjury. In My Private Capacity my Own Right In Propria Persona Sui Jural Summi Imperii, I hereby affirm and execute verify and authenticate this Demand. I therefore place my Autograph and Seal in Witness thereof.

Date: February 13, 2007

Autograph: *phillip allen dye*
Autograph: *rebecca jane dye*
Autograph: *phillippo ali dey*
Autograph: *joseph frances peet*
Autograph: *galen renee beach*
Autograph: *vickie lynn beach*



Page 4 of 4

# Affidavit of Service

I, phillippo ali dey affirm that I served the above Demand For Recuse of Judicial Official And Notice of Initiation of Criminal and Civil Actions Against All Involved in Case by First Class Mail with Delivery Confirmation on February 13, 2007 to the following.

Chief Judge Thomas F. Hogan
United States District Court
333 Constitution Avenue NW
Washington, DC 20001
Delivery Confirmation 0306 1070 00005 4480 8312

Judge Paul L. Friedman
United States District Court
333 Constitution Avenue NW
Washington, DC 20001
Delivery Confirmation 0306 1070 00005 4480 8312

Nancy Mayer-Whittington, Clerk
United States District Court
333 Constitution Avenue NW
Washington, DC 20001
Delivery Confirmation 0306 1070 00005 4480 8312

Thomas J. Jaworski
United States Department of Justice
P. O. Box 227
Washington, DC 20044
Delivery Confirmation 0306 1070 00005 4480 8329

Joseph Biden State of Delaware Attorney General
Carvel State Building
820 North King Street
Wilmington, DE 19809
Delivery Confirmation 0306 1070 00005 4480 8343

Marc P. Niedzielski Deputy Attorney General
Carvel State Building
820 North King Street
Wilmington, DE 19809
Delivery Confirmation 0306 1070 00005 4480 8343

Stuart Rabner New Jersey Attorney General
25 Market Street  P. O. Box 114
Trenton, NJ 08625-0114
Delivery Confirmation 0306 3030 0003 5194 2298

Albert B\D. Barnes
New Jersey Deputy Attorney General
25 Market Street  P. O. Box 114
Trenton, NJ 08625-0114
Delivery Confirmation 0306 3030 0003 5194 2298

Paul Kline State of Kansas Attorney General
120 SW 10th Avenue 2nd Floor
Topeka, Kansas 66612-1597
Delivery Confirmation 0306 3030 0003 5194 2304

Steve Phillips
Assistant State of Kansas Attorney General
120 SW 10th Avenue 2nd Floor
Topeka, Kansas 66612-1597
Delivery Confirmation 0306 3030 0003 5194 2304

Roy Cooper State of North Carolina Attorney General
NC Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
Delivery Confirmation 0306 3030 0003 5194 2311

Grady L. Balentine, Jr.
Special Deputy Attorney General
NC Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
Delivery Confirmation 0306 3030 0003 5194 2311

*phillippo ali dey*
_____
phillippo ali dey
In care of: 403 Union Church Road
Townsend, Delaware 19734-9999, Non-Domestic