# UNITED STATES DISTRICT COURT
## For The District of Columbia

| | |
|---|---|
| phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach and vickie lynn beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation )<br><br>Plaintiffs )<br><br>V. )<br><br>UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA )<br><br>Defendants ) | Case No: 1:06-CV-1372<br><br>Judge: Paul L. Friedman<br><br>Suite in Equity Article III §-2 United States Constitution<br><br>Declaratory Injunctive Relief<br><br>Declaratory Compensation and Damages |

### Counsel's Motion Is Inadmissible and
### Constitute A Breach of Contract and An Attempt To
### Over Throw The United States Government and Its Constitution

Comes Now I the Plaintiff-Affiant, in my private natural capacity bring this action on my own behalf and on the behalf of the Indigenous North American Peoples and all other members of the private citizenry of America and the Several States, state as follows:

1. On August 1, 2006 the Plaintiffs filed a Claim against Defendants for Declaratory Injunctive Relief to enjoin enforcement of their administrative statutes against the plaintiffs.

### Counsel Responds To Complaint Is Inadmissibly Insufficient

2. February 12, 2007 the State of Delaware Deputy Attorney General did file a document titled STATE OF DELAWARE'S MOTION TO DISMISS and mailed by First Class Mail the plaintiffs. The document appeared to be an answer to the Complaint captioned above in the form of a motion with what appeared to be POINTS AND AUTHORITIES IN SUPPORT OF DISMISSAL. The Deputy Attorney General appears to argue corporate administrative statutes, codes, rules of procedure, case law and points that are repugnant to the Constitution its Bill of Rights and Treaties

to dismiss this complaint captioned above thus denying us the plaintiffs full access to the due process and protection under the Constitutional, Bill of Rights and Treaty Law.

3. However, Deputy Attorney General Marc P. Niedzielski failed to comply with this court's Federal Rules of Civil Procedure Rule 8(b), failing to; "state in short and plain terms defenses to each claim asserted" thus failing to challenge, deny or argument any defense point by point against each declared fact in the complaint. And;

4. Deputy Attorney General Marc P. Niedzielski failed to comply with this court's order dated February 2, 2007 ordered the "defendant State of Delaware shall show cause on or before February 15, 2007 why this Court should not enter default judgment in favor of the plaintiff."

5. This court is without judicial and judiciary authority to consider or litigate on this document containing statements, motions, arguments or rulings on motions of second and third hand hearsay information made by Counsel.

### Motions From Counsel Are Not Admissible

6. The response from Counsel cited above is not admissible in this United States Constitutional Article III §-2 Civil Claim in law and Equity. Following are specific evidences affirming that counsel's response to the verified complaint 1:06-CV-1372, as statements, motions, arguments or rulings on motions are not admissible, whereas such statements are arguments of second hand hearsay and are not admissible in this court. This fact is profoundly supported by the following Rules of this court and other court decisions as follows.

A. This court's Rules of Evidence Rule 802 Hearsay – Is not admissible.

B. Statements-of counsel made during the court process serve as second hand un-sworn statements, which therefore could not be regarded as evidence in fact and can not be considered by the trial court. "Manifestly [such statements] cannot be properly considered by us in the disposition of [a] case," UNITED STATES v. LOVASCO (06/09/77) 431 U.S. '83,9' S. Ct. 2044, 52 L. Ed. 2d 752.

C. GONZALES v BUIST (04/01/12) 224 U.S. 126, 56 L. Ed. 693, 32 S. Ct. 463. During the instruction to the Jury no instruction was asked but, as we said, the judge told the jury that they were to regard only the evidence admitted but not statements of counsel, HOLT v. UNITED STATES (10/31/10) 218 U.S. 245. 54 L. Ed. 1021. 31 S. Ct, 2, Care has been taken, however, in summoning witnesses to testify. To call no man whose character or whose word could be successfully impeached by any methods known to the law. And it is remarkable, we submit, that in a case of this magnitude, with every means and resource at their command, the complainants after years of effort and search in near and in the most remote paths, and in every collateral by-way, now rest the charges of conspiracy and of gullibility against these witnesses, only upon the bare statements of counsel.

D. Statements of counsel in their briefs or arguments are not sufficient for purposes of granting a motion to dismiss or for summary judgment, Trinsey V. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

E. Unsupported contentions of material fact are not sufficient on motion for summary judgment, but rather, material facts must be supported by affidavits and other testimony and documents that would be admissible in evidence at trial. Cinco Enterprises, Ins. v. Benso, Okla., 890 P.2d 866 (1994).

F. Where there were no depositions, admissions answers to interrogatories, or affidavits, plaintiffs' motion for summary judgment could not be considered under district court rule (O.S. title 12, Chapter 12, Rule 13) providing for judgment here facts are not controverted, inasmuch as there was a complete absence of any of requisite basis for a proper determination that no substantial controversy existed. Oklahoma Statutes Annotated, Supp. pg. 113.

G. Any ruling on motion for summary adjudication must be made on record parties have actually made and not upon one that is theoretically possible. State ex rel. Macy v. Thirty Thousand Seven Hundred Eighty one Dollars & No 100, Okla. App. Div. 1, 865 P.2d 1262 (1993).

H. Any adjudication must be made on testimony made on the record by the parties have actually made and not upon one that is theoretically possible or made by statements of counsel. State ex rel. Macy v. Thirty Thousand Seven Hundred Eighty one Dollars & No 100, Okla. App. Div. 1, 865 P.2d 1262 (1993).

I. Under no possible view, however, of the findings we are considering can they be held to constitute a compliance with the statute, since they merely embody conflicting statements of counsel concerning the facts as they suppose them to be and their appreciation of the law which they deem applicable, there being, therefore, no attempt whatever to state the ultimate facts by a consideration of which we would be able to conclude whether or not the judgment was warranted. GONZALES v. BUIST (04/01/12) 224 U.S. 126, 56 L. Ed. 693, 32 S. Ct, 463.

### Counsel's Motion Constitutes A Breach of Contract and An Attempt To Over Throw The United States Republic Government. Its Constitution, Bill of Rights and Treaties made Pursuant To

7. The motion to dismiss submitted by Deputy Attorney General Marc P. Niedzielski constitutes an attempt to over throw the United States Republic Form of Government, and Constitution with Bill of Rights, Treaties made pursuant to and Law in Equity Courts of Justice upheld and secured by the Constitution for the United States of American Republic at Article III.

8. The Bill of Rights is a Permanent Injunction enjoining Deputy Attorney General Marc P. Niedzielski a public servant and any and all public servants having taken the oath of office to uphold the Constitution with its Bill of Rights for the United States Republic, Treaties made under said Constitution and the Constitution with its Bill of Rights for the Delaware Republic as the Supreme Rule of Law throughout the United States Republic of North America while performing his public servant fiduciary duty and public trust from acting in any capacity repugnant to the Constitution its Bill of Rights and Treaties under their authority and their secured protection for us the private plaintiffs in this Civil Action secured under Article III of the Constitution.

9. The oath of office when taken by Deputy Attorney General Marc P. Niedzielski a public servant and all other public servants is a contract offer to each American Private Citizen from that public servant swearing that he/she will uphold and regard the Constitution, Bill of Rights and Treaties made with the United States as Supreme in law throughout the United States of North America Republic. As such each public swears to protect the private citizen from the government invasion of private citizens and their private property; to protect us the plaintiffs in our private status and capacity, as well as our private property to secure our unalienable substantive rights from all forms of government invasion, seizure, taking, diminishing or denying of said private property rights.

10. However Deputy Attorney General Marc P. Niedzielski by his motion is acting in a capacity repugnant to the United States Republic Constitution with its Bill of Rights and Treaties made under their authority and the Constitution with its Bill of Rights for the Delaware Republic. Instead, Deputy Attorney General Marc P. Niedzielski filed motions in this case asking this court to deny us the plaintiffs the very rights Deputy Attorney General Marc P. Niedzielski took the oath to ensure our safety, protection and security in our private property.

### Counsel's Motion Constitute Falsifying Court Records In An Attempt To Over Throw The United States Republic Government, Its Constitution, Bill of Rights and Treaties made Pursuant To

11. Granting this inadmissible motion would over throw the Constitution Bill of Right – First Amendment Right to seek redress for wrongs and injury imposed by the Defendants as corporate government entities against the plaintiffs as articulated in the complaint. Deputy Attorney General Marc P. Niedzielski and each public servant as counsel in this Constitutional Article III case is citing inferior rules, statutes, case law and other actions repugnant to their oath of office contract as a means to over throw the United States of North America Republic From of Government its Constitution with the Bill of Rights to deprive the plaintiffs of the Bill of Rights protections and securities prohibiting such actions.

12. Deputy Attorney General Marc P. Niedzielski and each public servant as counsel in this Constitutional Article III case falsified this court's records attempting to change the venue and jurisdiction of this court case from the original Article III §-2 of the Constitution for the United States status of law in equity to an administrative court venue and jurisdiction under commercial statutory regulations where the prohibitions of the Bill of Rights and Constitutional limitations and protections are excluded.

13. The private name-title of each plaintiff in the record are counterfeits, in that phillip allen dye, rebecca jane dye, phillippo ali dey, joseph frances peet, galen renee beach, vickie lynn beach are published in the court docket record as PHILLIP ALLEN DYE, REBECCA JANE DYE, PHILLIPPO ALI DYE JOSEPH FRANCES PEET, GALEN RENEE BEACH VICKIE LYNN BEACH respectively.  The latter names are names of corporate artificial persons in administrative commercial law. The plaintiffs as the former are natural private persons in law in equity as cited in the original complaint. The plaintiffs are not artificial corporate persons, corporations, entities or organizations nor are they conducting commercial activities for or within the corporate government jurisdictions or their political subdivisions or any agency or instrumentality thereof, state or federal within the Corporate United States and its Corporate Political Subdivisions.

14. This act of falsifying and counterfeiting the names of each plaintiff causing them to appear as corporate artificial persons would appear that the dejure Article III in law and equity Court of Justice has been changed to corporate administrative statutory defacto commercial court.

15. Therefore the plaintiffs must not be listed and identified as such in the docket record.

16. The falsifying of the record continues whereas the court heading is falsified by Deputy Attorney General Marc P. Niedzielski and each public servant as counsel in this Constitutional Article III case by changing the title of the court from UNITED STATES DISTRICT COURT For The District of Columbia to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

17. The all capital letter title is a designation of a corporate entity. This title heading is identifying an administrative corporate statutory court and not the original Article III Constitutional law and equity Court of Justice. Such administrative actions changing the appearance of these names and titles constitute falsifying and counterfeiting the original record.

18. Falsifying the record "is a crime, under state and federal statutes, for a person, knowing that he has no privilege to do so, to falsify or otherwise tamper with public records with purpose to deceive or injure anyone or to conceal any wrongdoing. See, e.g., Model Penal Code, §-224.4; U.S.C.A. §§ 1506, 2071 2073." Black's Law dictionary 6th Ed page 603.

## Using Falsified Records to Create Counterfeit Securities

19. The order dated and issued February 2, 2007 by Paul L. Friedman qualifies as a counterfeit security imposing a counterfeit obligation of denying the plaintiffs full access to the due process secured and protected by the Bill of Rights at Amendment Five.

20. Paul L. Friedman a judicial officer under oath to protect the plaintiffs that are secured and protected by the Bill of Rights, Treaties and the Constitution from invasion of their Republic Form of Government, used his judicial position to aid, abet and support the actions of the attorneys that filed inadmissible motions in this civil action designed to over the United States Republic Form of Constitutional Government protecting the plaintiffs from such acts of invasion.

21. State of New Jersey Attorney General Stuart Rabner, through Albert D. Barnes, Deputy Attorney General, and State of Kansas Attorney General Phil Kline, through Assistant Attorney General Steve Phillips, and United States Attorney Thomas J. Jaworski, and State of North Carolina Attorney General Roy Cooper by Special Deputy Attorney General Grady L. Balentine Jr, and State of Delaware Deputy Attorney General Marc P. Niedzielski each did file inadmissible motions and Deputy Attorney General Marc P. Niedzielski is filing another inadmissible motion in this civil action in an attempt to over throw the United States of America Republic Form of

Government and its Constitution with Bill of Rights and Constitutional Article III law and Equity Courts of Justice that secure and protect the plaintiffs in their private status from such invasions.

22. Paul L. Friedman instead of rejecting these inadmissible motions supported them and by aiding and abetting the enemy who are trying to over throw the United States of America Constitutional Republic Form of Government, its Constitution and Bill of Rights and its Constitutional Article III law and Equity Courts of Justice. Denying the plaintiffs their un-attested, un-rebutted, un-challenged claims declared in the complaint 06-1372 (PLF) constitute aiding and abetting acts of the attorneys attempt to over throw the authority and supremacy of the Constitution.

23. Paul L. Friedman has evidenced the commission of Treason against the Government of the United States of America Republic and Treason against the Constitution with its Bill of Rights. His order dated February 2, 2007 aided and abetted the false claims made in documents with information that falsified the facts in the docket records in this case created by the attorneys who never lawfully applied for nor received authority to even appear in this Article III law in equity court of constitutional justice.

24. Paul L. Friedman is confronted a second time with reviewing yet another inadmissible motion containing falsified information designed to over throw the United States Republic Form of Government and its Constitution with Bill of Rights submitted by Deputy Attorney General Marc P. Niedzielski, while the defendant the State of Delaware is already in default for failure to answer, rebut or challenge the claims declared in the original complaint initiated under the Constitution Article III law in equity court of constitutional justice.

25. The motions previous submitted by the state attorney generals like this motion submitted Deputy Attorney General Marc P. Niedzielski each contain a falsification of court records information used to create Counterfeit Securities published in the form of inadmissible motions and submitted in this civil action with the intent and design to over throw the Constitutional Article III §-2 Law and Equity Court of Justice.

26. Each attorney general and his deputy attorney general's previous motions as with this motion of Deputy Attorney General Marc P. Niedzielski of falsifying the court records attempting the over throw of this Article III Civil Action by causing it to appear as a commercial administrative and statutory court using inferior corporate administrative statutes, rules, procedures, case law decisions repugnant to the Constitution to over throw the Republic Form of Government of the United States of America Republic and the 48 Contiguous Republic States by receiving judicial aid and abetting and support from the judicial officer Paul L. Friedman.

27. The order dated February 2, 2007 issued by Paul L. Friedman a counterfeit security created by falsifying the court records has subtly almost imperceptibly over thrown the Constitution, the Bill of Rights, Treaties made under the Constitution and the Republic Form of Government guaranteed by the Constitution as far as the plaintiffs are concern in this civil action.

28. The actions of the attorney generals and their deputy attorney generals aided and abetted by Paul L. Friedman and Nancy Mayer-Whittington in modifying and falsifying the court records to create counterfeit securities and impose them on the plaintiffs diminishing, deny, abrogating their substantive inalienable private property rights constitutes and results in a subtle and almost in perceptional over throw of the Republic Form of Government and the Bill of Rights, Constitution and Treaties created to protect the plaintiffs from such invasions from government.

29. This type of invasion action is defined as Misprision of Treason in the United States Criminal Code Title 18 U.S.C.A. §-2381 and §-2382 et al.

30. Other criminal actions include conspiracy against rights, racketeering, and modification of language during the court process, falsify the court records, making false claims, making false statements, creating and issuing counterfeit securities, obstruction of Due Process, obstruction of Justice and a number of other criminal crimes to be published in the actual criminal complaint, is probably forth coming.

31. Deputy Attorney General Marc P. Niedzielski a public servant abandoned the foundational Rules of Procedure Codified at Title 28 the United States Code the Judiciary and Judicial Procedure, Part V, Procedure Chapter III, General provisions, §-1652 Sub-title; State Laws as Rules of Decision; that holds that the rules of decision in...the courts of the United States are regarded as decisions except where the Constitution or Treaties otherwise require or provide. Constitutions and Treaties are supreme in law throughout the United States of America protecting the plaintiffs and their private property from all court decisions repugnant to all State Constitutions and the United States Constitution.

32. Deputy Attorney General Marc P. Niedzielski a public servant abandoned the foundational Rules of Procedure Codified at Title 28 United States Code Judiciary and Judicial Procedure §-2072 that holds that all rules of evidence, rules of procedure or any, "Such rules shall not abridge, enlarge or modify any substantive right. All laws in conflict with such rules shall be of no further force or effect after such rules have taken effect."

33. Therefore each argument made by Deputy Attorney General Marc P. Niedzielski is null and void on their face, without any legal and lawful force in this civil case.

34. Deputy Attorney General Marc P. Niedzielski chose to Breach his Oath of Office Contract to uphold Treaties and Constitutions as the Supreme Law in the United States of America, and chose to Abandon his Fiduciary Duty to Protect the Private Property and Unalienable Substantive Rights of each Respective Plaintiff and he chose to act in concert with each attorney and respective defendant to Invade, Seize, Deny, Diminish and Take said Rights and said Private Property, and he chose to publicly affirm his actions repugnant to the Bill of Rights, Constitutions, Treaties cited in the complaint, Positive Law Codified in the United States Code, Federal and States Rules of Evidence and Rules of Procedure in

support of the Bill of Rights, Constitutions and Treaties cited the complaint by their signatures on the documents filed in this court.

### Defendants Fail To Answer Constitutes Default

35. The verified complaint civil action case 1:06-CV-1372 captioned above sets before this court a preponderance of non-disputable adjudicative evidentiary facts all of which each defendant has acquiescence to by failure to deny or dispute each point declared therein.

36. Pursuant to Federal Rules of Civil Procedure Rule 8(b) each defendant failed to respond to the complaint, failing to; "state in short and plain terms any response, opposition to or denial of each claim asserted by declaration in the complaint captioned above and therefore is in default. The order of the summons served on each defendant demands that judgment by default is taken against each defendant and the compensation, damages and relief declared and sought in this complaint is granted.

37. Pursuant to Civil Rules of Procedure Rule 55 each Defendant defaulted by non-response, non-rebuttal, non-repudiating and each defendant's failure to challenge or dispute as to either material fact or any inferences to be drawn from undisputed facts of the verified complaint. The docket record for Civil Case 1:06-CV-1372 affirms the default.

38. The Rules of Civil Procedure and the warning declared on each Summons issued by the clerk of this court demands that each defendant answer by responding to the declarations of facts declared in the complaint. Neither of the Defendants listed in the caption above responded nor challenged or denied any part of the complaint.

39. Therefore each defendant, the United States', the State of Delaware's, the State of New Jersey's, the State of State of Kansas' and the State of North Carolina's failure to make any objections has by silent appearance of consent; acceptance, concurrence and assent constitutes an absolute acquiescence to each of the claims articulated in the Verified Complaint Civil Case 1:06-CV-1372.

Also See Paul v. Western Distributing Co., 142 Kan. 816, 52 P.2d 379,387 and Frank v. Wilson & Co. 24 Del. Ch. 237, 9 A.2d 82, 86 and Natural Soda Products Co. v. City of Los Angeles, Cal. App., 132 P.2d 553, 563.

## Permanent Injunction Relief Affirmed

40. The United States' Bill of Rights affirms the Permanent Injunctive Relief for the Plaintiffs, Private Natural Persons, members of the Private Citizenry from each of the respective Defendants' Corporate Administrative Statutory Regulations. Whereas the Federal Bill of Rights – Constitution has full applicability within any and all States within and throughout the United States.

41. The State of Delaware Chapter 104 Regulatory Flexibility Act §-10403(2) identifying natural persons as anyone not affected by the States' Corporate Administrative Regulations; And

42. The State of Delaware Chapter 101 Administrative Procedures §-10102(9) Substantive or Substantive in Nature meaning those regulations allowing, requiring or forbidding conduct in which private persons are free or prohibited to engage affirms the Permanent Injunctive Relief for the Plaintiffs members of the Private Citizenry from each Defendants Corporate Administrative Statutory Regulations. Whereas this State Delaware Regulatory Flexibility Act and Administrative Procedure has full applicability within any and all States within and throughout the United States pursuant to Article IV §-1 of the United States Constitution.

## Judgment by default is taken against each defendant

43. This Court's Civil Rules of Procedure Rule 56 grants expeditious disposition of this controversy when there is no dispute as to either material fact or inferences to be drawn from undisputed facts, resulting in a default judgment. Also see American State Bank of Killdeer v. Hewson, N.D., 411 N.W.2d 57,60.

44. Title 28 United States Code Judiciary and Judicial Procedure §-1657(a) Priority of Civil Actions also provides for instant expeditious disposition when Injunctive Relief, or any other action if good cause therefore is shown. For purposes of this subsection, "good cause" is shown if a right

under the Constitution of the United States or a Federal Statute (including rights under section 552 of title 5) would be maintained in a factual context that indicates that a request for expedited consideration has merit. Default judgment merits expeditious disposition of this controversy.

45. Pursuant to Federal Rules of Civil Procedure Rule 54(c) Demand for Judgment and Rule 55 Default Judgments, this demand from each plaintiff for Default-Judgment with Declaratory Permanent Injunctive Relief, Compensation and Damages is in effect by the Default of each defendant, the United States, the State of Delaware, the State of New Jersey, the State of Kansas and the State of North Carolina.

46. Therefore each Defendant failed to meet the stipulation to answer each declared claim point by point by responding with answering by way of rebutting responding and answering each declared claim therein with First Hand Knowledge by Affidavit In Truth Pursuant to Rules of Civil Procedure Rule 12(a)(1)(A) and signed by each defendant under the penalty of perjury pursuant to and in accordance with Title 18 United States Code §-1621 and §-1623, thus creating and affirming their default in fact.

47. Positive Law Codified at Title 28 United States Code §-2201 Creation of Remedy affirms; The declaration of any rights diminished, abrogated, violated, invaded, seized or declaring any arbitrary action against unalienable substantive rights or private property rights secured and protected by the Constitution and by Treaty "shall have the force and effect of a final judgment."

48. Therefore this court is compelled to expeditiously, immediately, instantly enter and docket the Default Judgment, expeditiously, immediately, instantly affirming the claims declared in civil action Civil Case 1:06-CV-1372 PLF.

49. Title 28 United States Code §-2201 declarations of the verified claim suit and the declaration of the default judgment against each Defendant shall have the force and effect of a final judgment.

50. This blatant yet subtle and almost in perceptional Treasonable attempt to over throw this United States of America Republic Form of Government, its Constitution with the Bill of Rights will either fail or succeed.

51. Thomas F. Hogan by the power invested in him as Chief Justice by the Constitution and the laws of the United States of America Republic, his oath of office and his public trust fiduciary duty to up hold and support the Constitution with its Bill of Rights and Treaties made their authority will determine by an equitable decision to stop this Treason.

Or

52. Chief Justice Thomas F. Hogan will do nothing and by silence aid and abet the enemy in support of this Treasonable Attempt to over throw the United States of America Republic Form of Government and its Constitution with it Bill of Rights that protect the plaintiffs from such invasion, seizure and taking of unalienable substantive private property rights.

## Each Plaintiff Instructions To the Court
## Permanent Injunctive Relief Declared and Sought is Granted

53. THEREFORE, each Plaintiff standing on inalienable substantive rights that exist by the Law of the Land, long antecedent to the organization of the State reasonably, respectively and honorably demand that this Most Honorable Court:

A. Issue an immediate Order Affirming the Status of the Bill of Rights as a Permanent Injunction enjoining, prohibiting each Defendant, their successors, their officers, their agents and all private and public persons acting in concert with them from performing any acts or actions repugnant to the Bill of Rights – Constitution and all Treaties which are the Supreme laws throughout the United States and its Political Sub-divisions thereof and therein from administering and enforcing their administrative statues against each Plaintiff.

B. Issue an immediate Declaratory Judgment Order to compel each Defendant, their successors, their officers, their agents and all private and public persons acting in concert with them to perform his/her duty to Protect and Secure Private-Citizens, each Plaintiff and their Private Property and all Unalienable Substantive Rights pursuant to Title 28 the United States Code at §-361, "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

C. Issue an immediate Declaratory Order enjoining prohibiting by Permanent Injunctive Relief; each defendant, their successors, their agents and all persons acting in concert with them from enforcing or threatening to enforce federal and state corporate administrative statues, laws, codes, ordinances, regulations or any arbitrary acts inconsistent, repugnant or contrary to the Bill of Rights – Constitution and Treaties cited in the complaint on the plaintiffs, members of Treaty Nations in North America and the private citizenry therein.

D. To ensure future safety and protection of each plaintiff, that each defendant respectively list each plaintiff in their information data system as Private Citizens with exclusive immunity from their regulations allowing, requiring or forbidding conduct in which private persons are prohibited to engage.

E. Issue a declaratory judgment order ordering each defendant to return all private property taken or seized by extortion wrongfully by undue influence, fraudulent conveyance by way of registration, misrepresenting of facts, non-disclosure of facts or with holding of facts in any agreement or contract administering registrations and applications and recordings of private property and terminating the following contracts as follows:

1. The application and or registration documents for corporate birth certification.

2. The application and or registration documents for corporate marriage certification.

3. The application and or registration documents for social security number.

4. The application and or registration documents for vehicle certificate of title and return original title of ownership to each respective plaintiff including the Manufactures' Statement of Origin.

5. The application and or registration documents for state drivers license.

6. The recording and or registration documents for private real land property including private property deeds that were recorded and or registered.

7. That each defendant terminates all hidden adhesion contracts associated with the names that appear like and sound like the name of the private plaintiffs.

   i. Remove all liens, judgments and encumbrances posted against each plaintiff's private properties.

   ii. Notify all credit reporting agencies of the termination of said liens, judgments and encumbrances against plaintiff's private properties.

   iii. Provide each respective plaintiff with proper notice that all credit-reporting agencies are notices and the liens, all encumbrances and all judgments against plaintiff's private properties are removed from credit reporting records.

## Calculations To Determine Compensation For Property Taken and Damages

54. Whereas the Declaration of a violation of a substantive right "shall have the force and effect of a final judgment." Pursuant to Title 28 United States Code §-2201, each declaration shall be treated independently per defendant and plaintiff and Defendant and third injured party.

55. Each Plaintiff and Injured Party seek a Just Compensation of $ 25,000.00 for each violation of private property, private property rights and inalienable substantive rights taken and Damages of $25,000.00 for each violation of law interfering with inalienable substantive secured and protected rights cited herein below as follows;

A. There are ten (10) violations published below.

1. The 1778 Delawares Treaty of Perpetual Peace and Friendship.

2. The 1787 Moorish Treaty of Perpetual Peace and Friendship.

3. The 1863 Pembina Nation Treaty of Perpetual of Peace and Friendship.

4. Title 18 United States Code §-241 Conspiracy against substantive rights.

5. Title 18 United States Code §-242 Depravation of rights under color of law

6. Title 28 United States Code 2072 Abridge, enlarge or modify any substantive rights.

7. Title 42 United States Code §-1983 Deprivation of Rights under colorable law.

8. Title 42 United States Code §-1985 Conspiracy to Interfere with Rights under colorable law and statues.

9. Title 18 United States Code §-1001 Making False Statements shall be fined for damages.

10. Title 18 United States Code §-152 and §-3571 Presenting Fraudulent Claims against each Plaintiff.

B. The Provisions for Compensation and Damages are published below.

1. The United States Constitution 5th and 14th Amendments Just Compensation Clause.

2. Title 26 United States Code §-7433 Damages for certain unauthorized collection actions.

3. Title 28 United States Code §-1343 for damages for deprivation of rights under color of law.

4. Title 28 United States Code §-2201 and §-2202 for declaratory relief and further relief.

5. Title 18 United States Code §-152 and §-3571 for presenting fraudulent claim.

56. Compensation and damages for each declaration actions against plaintiffs in complaint as follows:

a. The First Declaration – United States 10 violations of takings at $25,000.00 each.

   i. phillip allen dye - $250,000.00 and rebecca jane dye - $250,000.00.

b. The Second Declaration – United States 10 violations at $25,000.00 each.

   i. phillip allen dye - $250,000.00 and rebecca jane dye - $250,000.00.

c. The Third Declaration – United States and State of Delaware 10 violations at $25,000.00 each

    i.   phillip allen dye - $250,000.00/$250,000.00

    ii.  rebecca jane dye - $250,000.00/$250.000.00.

d.  The Fourth Declaration – State of Delaware 10 violations at $25,000.00 each.

    i.   phillip allen dye - $250,000.00.

    ii.  phillip allen dye - $750,000.00 for 3 days detainment in state prison.

e.  The Fifth Declaration – United States 10 violations at $25,000.00 each.

    i.   phillippo ali dey - $250,000.00 and joseph frances peet - $250,000.00 and galen renee beach - $250,000.00 and vickie lynn beach - $250,000.00

f.  The Sixth Declaration – State of New Jersey 10 violations at $25,000.00 each.

    i.   joseph frances peet - $250,000.00.

    ii.  joseph frances peet - $250,000.00 for the second occurrence.

    iii. joseph frances peet - $2,500,000.00 for 10 days detainment in prison.

g.  The Seventh Declaration – United States and State of Kansas 10 violations at $25,000.00 each

    i.   galen renee beach - $250,000.00/$250,000.00.

    ii.  vickie lynn beach - $250,000.00/$250,00.00.

h.  The Eighth Declaration – United States 10 violations at $25,000.00 each.

    i.   galen renee beach - $250,000.00.

    ii.  galen renee beach - $5,500,000.00 for over five months detainment in prison.

    iii. vickie lynn beach - $250,000.00.

    iv. vickie lynn beach - $3,250,000.00 for 93 Days detainment in prison.

i.  The Ninth Declaration – United States 10 violations at $25,000.00 each.

    i.   galen renee beach - $250,000.00 and vickie lynn beach - $250,000.00.

j.  The Tenth Declaration – State of Kansas 10 violations at $25,000.00 each.

    i.   galen renee beach - $250,000.00 and vickie lynn beach - $250,000.00.

k.  The Eleventh Declaration – State of North Carolina 10 violations at $25,000.00 each.

    i.   daniel alden dye - $250,000.00.

    ii.  daniel alden dye - $250,000.00 for over two hours confinement in local jail.

57. The following Table contains the final amount each Defendant is liable for compensation for the invasion of, seizure of and the taking of private property and private property rights including all unalienable and Substantive rights and damage resulting from violations of Treaty, Constitution Bill of Rights and the Positive laws of the United States America and the State of Delaware, the State of New Jersey, the State of Kansas and the State of North Carolina to each Plaintiff based on the Declaration of claims against each Defendant.

## Total of Compensation and Damages for Each Plaintiff

| Plaintiff | Defendant | Compensation | Damages |
|---|---|---|---|
| phillip allen dye | United States of America | $750,000.00 | $750,000.00 |
| phillip allen dye | State of Delaware | $500,000.00 | $500,000.00 |
| rebecca jane dye | United States of America | $750,000.00 | $750,000.00 |
| rebecca jane dye | State of Delaware | $250,000.00 | $250,000.00 |
| phillippo ali dey | United States of America | $250,000.00 | $250,000.00 |
| joseph frances peet | United States of America | $250,000.00 | $250,000.00 |
| joseph frances peet | State of New Jersey | $750,000.00 | $750,000.00 |
| galen renee beach | United States of America | $6,000,000.00 | $6,000,000.00 |
| galen renee beach | State of Kansas | $500,000.00 | $500,000.00 |
| vickie lynn beach | United States of America | $4,250,000.00 | $4,250,000.00 |
| vickie lynn beach | State of Kansas | $500,000.00 | $500,000.00 |
| Daniel alden dye | State of North Carolina | $500,000.00 | $500,000.00 |

58. The above declaration of just compensation to each Plaintiff from the specific Defendants' actions of taking of private property, private property rights and interference with specific Plaintiff's inalienable and substantive rights; "shall have the force and effect of a final judgment." Pursuant to Title 28 United States Code §-2201.

59. The above declaration for damages resulting from the Defendants taking of private property, private property rights and interference with specific Plaintiff's inalienable and substantive rights;

said damages "shall have the force and effect of a final judgment." Pursuant to Title 28 United States Code §-2201.

60. Therefore, Plaintiffs respectively, reasonably and Honorably demand that this Most honorable Court Grant each plaintiff and the injured third party the just compensation and damages as published above.

61. And, that this Most Honorable Court Grant the Plaintiffs such other relief as the Court may deem proper.

## *Autograph Verification and Authentication of Complaint*
### *Private Notary Sui Juris – Jural Summi Imperii*

I phillip allen dye, I rebecca jane dye, I phillippo ali dey, I joseph frances peet, I galen renee beach, I vickie lynn beach herein attest, affirm and declare, VERIFY and AUTHENTICATE that the above statements and declarations of evidentiary facts are true and correct to best of my knowledge under penalty of perjury. In My Private Capacity my Own Right In Propria Persona Sui Jural Summi Imperii, I hereby affirm and execute verify and authenticate this Affidavit. I therefore place my Autograph and Seal in Witness thereof.

Date: February 15, 2007

Autograph: *phillip allen dye*

Autograph: *rebecca jane dye*

Autograph: *phillippo ali dey*

Autograph: *joseph frances peet*

Autograph: *galen renee beach*

Autograph: *vickie lynn beach*



# Affidavit of Service

I, phillippo ali dey affirm that I served the above Counsel's Motion Is Inadmissible and Constitute A Breach of Contract and An Attempt To Over Throw The United States Government and Its Constitution by First Class Mail on February 15, 2007 to the following.

Chief Judge Thomas F. Hogan
United States District Court
333 Constitution Avenue NW
Washington, DC 20001
Delivery Confirmation 0306 3030 0003 5194 2328

Judge Paul L. Friedman
United States District Court
333 Constitution Avenue NW
Washington, DC 20001
Delivery Confirmation 0306 3030 0003 5194 2328

Nancy Mayer-Whittington
United States District Court
333 Constitution Avenue NW
Washington, DC 20001
Delivery Confirmation 0306 3030 0003 5194 2328

Thomas J. Jaworski
United States Department of Justice
P. O. Box 227
Washington, DC 20044
Delivery Confirmation 0306 3030 0003 5194 2335

Joseph Biben  Attorney General
Carvel State Building
820 North King Street
Wilmington, DE 19809
Delivery Confirmation 0306 3030 0003 5194 2342

Marc P. Niedzielski Deputy Attorney General
Carvel State Building
820 North King Street
Wilmington, DE 19809
Delivery Confirmation 0306 3030 0003 5194 2342

Stuart Rabner New Jersey Attorney General
25 Market Street  P. O. Box 114
Trenton, NJ 08625-0114
Delivery Confirmation 0306 3030 0003 5194 2359

Albert D. Barnes
New Jersey Deputy Attorney General
25 Market Street  P. O. Box 114
Trenton, NJ 08625-0114
Delivery Confirmation 0306 3030 0003 5194 2359

Paul Kline Assistant Kansas Attorney General
120 SW 10th Avenue 2nd Floor
Topeka, Kansas 66612-1597
Delivery Confirmation 0306 1070 0001 1097 4779

Steve Phillips
Assistant Kansas Attorney General
120 SW 10th Avenue 2nd Floor
Topeka, Kansas 66612-1597
Delivery Confirmation 0306 1070 0001 1097 4779

Roy Cooper Attorney General
NC Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
Delivery Confirmation 0306 1070 0001 1097 4786

Grady L. Balentine, Jr.
Special Deputy Attorney General
NC Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
Delivery Confirmation 0306 1070 0001 1097 4786

phillippo ali dey
In care of: 403 Union Church Road
Townsend, Delaware [19734]