IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP ALLEN DYE, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, et. al., )<br>)<br>Defendants. ) | Case No. 1:06-cv-1372<br><br>Hon. Paul L. Friedman |

**UNITED STATES RESPONSE TO PLAINTIFFS'**
**MOTIONS FOR DEFAULT JUDGMENT**

1.  On August 22, 2006, plaintiffs served a complaint upon the United States. (PACER #4.)

2.  On October 23, 2006, the United States filed a motion to dismiss plaintiffs' complaint for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and (2) and for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). (PACER #11.) On November 1, 2006, plaintiffs filed a response to the United States' motion to dismiss. (PACER # 12.) To date, the Court has not ruled on the United States' motion to dismiss. (See PACER.)

3.  On January 31, 2007, plaintiffs filed a motion alleging the United States was in default because it had not filed an answer to plaintiffs' complaint. (PACER #15.) On February 2, 2007, before any parties filed a response, the Court denied plaintiffs' motion. (PACER #16.)

4.  On February 17, 2007, plaintiffs filed a motion entitled "Demand For

2201342.1

Recuse [sic] of Judicial Official and Notice of Initiation of Criminal and Civil Actions Against All Involved in Case." (PACER # 19.) Plaintiffs appear to allege that the undersigned counsel's filing of a motion to dismiss constituted "an attempt to overthrow the United States Government" and warrants "criminal and civil action." These allegations are baseless and, as a result, the motion should be denied as to the United States.

5. On February 17, 2007, plaintiffs filed a motion entitled "Notice of Adjudicative Facts of Void Order Ab Initio Petition-Demand to Correct the Wrong," in which plaintiffs appear to seek relief from the February 2, 2007 Order denying the motion for default. (PACER #20.)

6. On February 23, 2007, plaintiffs filed a motion entitled "Counsel's Motion is Inadmissible and Constitute[s] a Breach of Contract and An Attempt to Overthrow the United States Government and Its Constitution," in which plaintiffs appear to again seek a default judgment against the defendants for failure to answer the complaint. (PACER #21.)

7. Plaintiffs' motions (PACER #18-21) should be denied. Pursuant to Fed. R. Civ. P. 12(b), certain defenses may, at the pleader's option, be made by motion rather than the filing of an answer. These defenses include, in part, lack of jurisdiction and failure to state a claim upon which relief can be granted. See Fed. R. Civ. P. 12(b)(1), (2), and (6).

8. The United States is not in default because it filed a motion to dismiss

in lieu of filing an answer. (PACER #11.) As a result, plaintiffs' motions should be denied.

9. To the extent the Court reads plaintiffs' motions as seeking injunctive relief and damages, the United States addressed these allegations in its October 23, 2006 motion to dismiss asserting, in part, that the Anti-Injunction Act bars the relief sought and that plaintiffs have failed to state a claim for damages. (See PACER #11.) To date, the Court has not ruled on the United States' motion to dismiss.

## CONCLUSION

Plaintiffs' motions should be denied because the United States filed a motion to dismiss plaintiffs' complaint.

DATED: March 1, 2007

                                  Respectfully submitted,

                                  JEFFREY A. TAYLOR
                                  United States Attorney

                                  /s/ Thomas J. Jaworski
                                  THOMAS J. JAWORSKI
                                  Trial Attorney, Tax Division
                                  United States Department of Justice
                                  P.O. Box 227
                                  Washington, D.C. 20044
                                  Telephone: (202) 307-0854

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' RESPONSE TO PLAINTIFFS' MOTIONS FOR DEFAULT JUDGMENT and proposed ORDER which will be filed electronically and available for viewing and downloading from the court's ECF system, was caused to be served on the 1st day of March, 2007, by depositing copies thereof in the United States mail, postage prepaid, addressed as follows:

Phillip Allen Dye
403 Union Church Road
Townsend, DE 19734

Stephen O. Phillips
Office of Kansas Attorney General
120 Southwest 10th Avenue
Topeka, KS 66612

Albert D. Barnes
Attorney General for the
 State of New Jersey
25 Market Street
P.O. Box 114
Trenton, NJ 08625

Grady L. Balentine, Jr.
North Carolina Department of
 Justice
9001 Mail Service Center
Raleigh, NC 27699

Marc P. Niedzielski
Delaware Department of Justice
820 North French Street
6th Floor
Wilmington, DE 19801

/s/ Thomas J. Jaworski
THOMAS J. JAWORSKI