UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP ALLEN DYE, et. al.,              )
                                         )     Case No. 1:06-cv-1372
          Plaintiffs,                    )
                                         )      Hon. Paul L. Friedman
     v.                                  )
                                         )
UNITED STATES, et. al.,                  )
                                         )
          Defendants.                    )

## ORDER

Having considered the plaintiffs' DEMAND FOR RECUSE [sic] OF JUDICIAL

OFFICIAL AND NOTICE OF INITIATION OF CRIMINAL AND CIVIL ACTIONS

AGAINST ALL INVOLVED IN CASE, NOTICE OF ADJUDICATIVE FACTS OF VOID

ORDER AB INITIO PETITION-DEMAND TO CORRECT THE WRONG, and

COUNSEL'S MOTION IS INADMISSIBLE AND CONSTITUTE[S] BREACH OF

CONTRACT AND AN ATTEMPT TO OVERTHROW THE UNITED STATES

GOVERNMENT AND ITS CONSTITUTION, together with the UNITED STATES'

RESPONSE TO PLAINTIFFS' MOTIONS FOR DEFAULT JUDGMENT, and the entire

record of this proceeding, it is by the Court

ORDERED that the plaintiffs' motions as to the United States are DENIED;

//

2201955.1

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ___ day of _____ 2007.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PHILLIP ALLEN DYE, Plaintiff
THOMAS J. JAWORSKI, Trial Attorney, U.S. Department of Justice
ALBERT D. BARNES, Attorney General for the State of New Jersey
MARC P. NIEDZIELSKI, Delaware Department of Justice
STEPHEN O. PHILLIPS, Office of Kansas Attorney General
GRADY L. BALLENTINE, North Carolina Department of Justice

2201955.1