UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PHILLIP ALLEN DYE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1372 (PLF) |
| UNITED STATES, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER AND JUDGMENT

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendant United States' Motion to Dismiss [11] is GRANTED; it is

FURTHER ORDERED that defendant State of Delaware's Motion to Dismiss [18] is GRANTED; it is

FURTHER ORDERED that defendant State of Kansas' Motion to Dismiss [9] is GRANTED; it is

FURTHER ORDERED that defendant State of New Jersey's Motion to Dismiss Complaint as to the State of New Jersey Pursuant to F. R. Civ. P. 12(b)(3) and 12(b)(6) [7] is GRANTED; it is

FURTHER ORDERED that defendant State of North Carolina's Motion to Dismiss on Behalf of Defendant State of North Carolina Pursuant to F. R. Civ. P. 12(b)(1) and (3) [10] is GRANTED; it is

FURTHER ORDERED that plaintiffs' motions entitled "Plaintiffs Demand Default Judgment Against Each Defendant And Declaratory Injunctive Relief with Compensation For Damages With Notice of Public Servant Criminal Misconduct" [15]; "Notice of Adjudicative Facts of Void Order Ab Initio Petition-Demand To Correct the Wrong" [20]; "Counsel's Motion Is Inadmissible and Constitute a Breach of Contract and An Attempt To Over Throw the United States Government and Its Constitution" [21]; and "Counsel's Response To Plaintiff's Motion For Default Judgment Is Inadmissible and Constitute a Breach of Contract and An Attempt To Over Throw The United States Government and Its Constitution" [23] are DENIED; it is

FURTHER ORDERED that this case is dismissed from the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 27, 2007