
**National Flag Dye Family**


**Great Seal Dye Family**


**De-jure New Castle County Great Seal**


**De-jure Delaware Great State**

## United States District Court de-jure
## For The District of Columbia

**RECEIVED**

OCT 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Phillip-Allen: Dye, Rebecca-Jane: Dye, Phillippo-Ali: Dey, Joseph-Frances: Peet, Galen-Renee: Beach and Vickie- Lynn: Beach Private Natural men and woman, Pembina Nation Little Shell Band of North America Lineal Descendant Members and Members of Moorish American Nation<br><br>V.<br><br>UNITED STATES, STATE OF DELAWARE, STATE OF NEW JERSEY, STATE OF KANSAS AND STATE OF NORTH CAROLINA<br><br>Defendants | ) Case No: 1:06-CV-1372<br>)<br>) Paul L. Friedman de-jure judge<br>)<br>) Suite in Equity Article III §-2 United States<br>) Constitution<br>)<br>) Declaratory Injunctive Relief<br>)<br>) Declaratory Compensation and Damages<br>)<br>) Delivery Confirmation: 0306 0320 0002 1475 7525<br>) |

To: Nancy Mayer-Whittington Clerk of Court

United States District Court

333 Constitution Avenue NW

United States District Court Washington, DC 20001

October 16, 2007

Delivery Confirmation: 0306 2400 0002 3616 8230

### Præcipe – Notice of Service

1. One copy of the "Mandatory Judicial-Notice of Adjudicative Facts: Abatement in Action with common-law rules and operation of Law: Command to Cease and Desist De-facto Treasonous Operations Against Sovereigns: Declaration of Non-Consent and Refusal For Fraud" and one copy of notice to chief judge Thomas F. Hogan was served on the defendants October 16, 2007 Delivery Confirmation as per the annexed "*Declaration of Service.*"

Thank you.



Send reply to: Phillip-Allen: Dye
403 Union Church Road
Townsend 19734-9999
Delaware: the country

For the Great Seal of Phillip-Allen: Dye Family a sovereign holding the office of and for the sovereign people in and for the de-jure seventh judicial-district fin and or New Castle: the county Delaware: the country in and for the North America Republic de-jure confederation-government.



*Phillip-allen: Dye   Phillip-allen: Dye*

Page 1 of 1

# Declaration of Service

I Phillip-Allen: Dye declare that I served the "Mandatory Judicial-Notice of Adjudicative Facts: Abatement in Action with common-law rules and operation of Law: Command to Cease and Desist De-facto Treasonous Operations Against Sovereigns: Declaration of Non-Consent and Refusal For Fraud" and one copy of the Notice to Chief Judge to the following by first class mail Delivery Confirmation on October 16, 2007.

1. Steve Phillips
   Assistant Kansas Attorney General
   10th Avenue 2nd Floor
   Topeka, Kansas 66612-1597       Delivery Confirmation 0306 2400 0002 3616 8247

2. Albert B\D. Barnes
   New Jersey Attorney General
   25 Market Street  P. O. Box 114
   Trenton, NJ 08625-0114          Delivery Confirmation 0306 2400 0002 3616 8254

3. Thomas J. Jaworski
   United States Department of Justice
   P. O. Box 227
   Washington, DC 20044            Delivery Confirmation 0306 2400 0002 3616 8261

4. Grady L. Balentine, Jr.
   Special Deputy Attorney General
   NC Department of Justice
   9001 Mail Service Center
   Raleigh, NC 27699-9001          Delivery Confirmation 0306 2400 0002 3616 8278

5. Marc P. Niedzielski
   Deputy Attorney General
   Carvel State Building
   820 North King Street
   Wilmington, DE 19809            Delivery Confirmation 0306 2400 0002 3616 8285

Send reply to: Phillip-Allen: Dye
403 Union Church Road
Townsend 19734-9999
Delaware: the country

For the Great Seal of Phillip-Allen: Dye Family a sovereign holding the de-jure office of and for the sovereign people in and for the de-jure seventh judicial-district fin and or New Castle: the de-jure county Delaware: the de-jure country in and for the North America Republic de-jure confederation - government.



*Phillip-allen:Dye   Phillip-Allen: Dye*



Page 1 of 1